# Suzanne Daquila

**From:** Suzanne D'Aquila [snd@brownbuchanan.com]
**Sent:** Wednesday, September 09, 2009 1:46 PM
**To:** 'Haley Broom'
**Cc:** 'Joe Gewin'; 'Patrick R. Buchanan'; Mark Watts (mvw@brownbuchanan.com)
**Subject:** RE: Ken Katsaris

How is it coming with dates for deposition for Katsaris and Ciota?

Thank you,

Suzanne D'Aquila
Paralegal
BROWN BUCHANAN, P.A.
P.O. Box 1377
Biloxi, MS 39533-1377
Phone (228) 374-2999
Fax (228) 435-7090
snd@brownbuchanan.com

---

**From:** Suzanne D'Aquila [mailto:snd@brownbuchanan.com]
**Sent:** Tuesday, September 08, 2009 2:30 PM
**To:** 'Haley Broom'
**Cc:** 'Joe Gewin'
**Subject:** RE: Ken Katsaris

Haley – In addition to the rate sheet for Katsaris, please provided dates for deposition for Ken Katsaris and for Megan Ciota.

Thank you.

---

**From:** Suzanne D'Aquila [mailto:snd@brownbuchanan.com]
**Sent:** Tuesday, September 08, 2009 10:23 AM
**To:** 'Haley Broom'
**Subject:** Ken Katsaris

Haley – Did you provided us with a rate sheet for Mr. Katsaris? I reviewed the designations from last December and the recent ones and did not find one, but I could have missed it.

Thank you!

Suzanne D'Aquila
Paralegal
BROWN BUCHANAN, P.A.
P.O. Box 1377
Biloxi, MS 39533-1377
Phone (228) 374-2999
Fax (228) 435-7090
snd@brownbuchanan.com


EXHIBIT "A"