**Suzanne Daquila**

| | |
|---|---|
| From: | Suzanne D'Aquila [snd@brownbuchanan.com] |
| Sent: | Monday, September 14, 2009 9:42 AM |
| To: | Trish Misko |
| Subject: | Ken Katsaris and Megan Ciota |

Have you had any luck with deposition dates?
Thank you.

Suzanne D'Aquila
Paralegal
BROWN BUCHANAN, P.A.
P.O. Box 1377
Biloxi, MS 39533-1377
Phone (228) 374-2999
Fax (228) 435-7090
snd@brownbuchanan.com

EXHIBIT "B"