IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MARGUERITE CARRUBBA                                                    PLAINTIFF

VERSUS                                              CAUSE NO.: 1:07cv1238-LG-RHW

HARRISON COUNTY, MISSISSIPPI, ET AL.                          DEFENDANTS

## GOOD FAITH CERTIFICATE

All counsel in this case hereby certify that they have conferred in good faith in an effort

to resolve the issues in question and it is necessary to file a motion entitled:

### MOTION TO COMPEL EXPERT DEPOSITIONS

Counsel further certify:

__(1)  The filed motion is unopposed by all parties.

__(2)  The filed motion is unopposed by _____

✔(3)  The filed motion is opposed by *Defendant George Payne, Jr.*

✔(4)  The parties agree that the reply and rebuttal to the filed motion shall be submitted to the Magistrate Judge in accordance with the time limitations set forth in Uniform Local Rule 7.2.

This 25 day of September, 2009.

_____
PATRICK R. BUCHANAN, (MSB # 8439)
MARK V. WATTS (MSB # 102204)
Attorney For Plaintiff

_____
JOE GEWIN
HALEY BROOM
Attorneys for Defendant

Blumberg No. 5208

EXHIBIT
" E "