LAW OFFICES OF

# DUKES, DUKES, KEATING & FANECA, P.A.

Walter W. Dukes
Hugh D. Keating
Cy Faneca
Phillip W. Jarrell *
W. Edward Hatten, Jr.
Trace D.McRaney
Bobby R. Long
~~~~~~~~
Je'Nell B. Blum **
Haley N. Broom
Jon S. Tiner
Matthew M. Williams
Adam B. Harris

*also licensed in TX
**also licensed in CA

2909 13th Street, Sixth Floor
Gulfport, Mississippi 39501
Telephone: 228-868-1111
Facsimile: 228-863-2886
www.ddkf.com

WILLIAM F. DUKES
*(1927 - 2003)*

Gulfport Mailing Address:
Post Office Drawer W
Gulfport, Mississippi 39502
Toll Free: (888) 542-2034

~~~~~~~~

Hattiesburg Office:
100 Dudley W. Conner Street
Hattiesburg, Mississippi 39401
Telephone: 601-583-0999
Facsimile: 601-583-0997

September10, 2009

Patrick Buchanan, Esquire
Mark Watts, Esquire
Brown Buchanan, P.A.
796 Vieux Marche', Suite 1
Biloxi, MS 39533

Re:    In the United States District Court for the Southern District of Mississippi,
Southern Division, Civil Action No. 1:07-cv-1238-LG-RHW
*Carrubba v. Harrison County, MS et al.*
Our File No. 1811.0121

Dear Mr. Buchanan and Mr. Watts:

Mrs. Carubba testified at her deposition that she has received treatment from additional medical providers.  To date we have not received this information.  Please provide us with the names and addresses of these providers.  Additionally, we will need the enclosed medical authorizations executed by Mrs. Carrubba in order to obtain the medical records from the additional medical providers.

Please allow this letter to serve as our Good Faith effort to obtain this information. Please respond within five (5) days from the date of this letter.  If you should have any questions, or wish to discuss this matter  further, please do not hesitate to contact either myself or Haley Broom.

Very truly yours,

Joe C. Gewin

JCG/tam
Enclosures


EXHIBIT
"B"