

**PASCAGOULA OFFICE**
3112 Canty Street
Post Office Box 2220
Pascagoula, Mississippi 39569-2220
Tel: 228.762.0035
Fax: 228.762.0299

www.brownbuchanan.com

Mark V. Watts
228.374.2999
mvw@brownbuchanan.com
Reply to Biloxi

**BILOXI OFFICE**
796 Vieux Marché, Suite 1
Post Office Box 1377
Biloxi, Mississippi 39533-1377
Tel: 228.374.2999
Fax: 228.435.7090

September 11, 2009

<u>**Via Facsimile (228) 863-2886**</u>
Haley Broom
Dukes, Dukes, Keating & Faneca
2909 13th Street, 6th Floor
Gulfport, MS 39502

      Re:   *Carrubba v. Harrison County, MS, et al*;
              Cause No. 1:07-cv-1238-LG-RHW

Dear Haley:

      This correspondence is in response to your letter regarding additional medical records of Marguerite Carrubba. To date, we have provided all medical records which we believe are relevant to the instant litigation. We do not believe Ms. Carrubba's medical records dating back more than fifteen years are relevant to the instant allegations in this matter. Ms. Carrubba answered all questions during her deposition on August 19, 2009.

      Should you have any questions, please do not hesitate to contact us. Thanks, and hope all is well.

                              Sincerely,

                              BROWN BUCHANAN, P.A.

                              MARK V. WATTS

MVW/snd



EXHIBIT "C"