FORM 5 (ND/SD Miss. Dec. 2000)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

MARGUERITE CARRUBBA

                **Plaintiff**

v.                              CIVIL ACTION No.    1:07cv1205LG-JMR

HARRISON COUNTY, MISSISSIPPI, ET AL.

                **Defendants**

## GOOD FAITH CERTIFICATE

All counsel certify that they have conferred in good faith to resolve the issues in question and that it is necessary to file the following motion:

                Motion to Compel

Counsel further certify that:

✔ as appropriate:

    1. The motion is unopposed by all parties.

    2. The motion is unopposed by:

✔    3. The motion is opposed by: Plaintiff

    4. The parties agree that replies and rebuttals to the motion shall be submitted to the magistrate judge in accordance with the time limitations stated in Uniform Local Rule 7.2

EXHIBIT "D"

FORM 5 (ND/SD Miss. Dec. 2000)

This the _____ day of _____ _____, 2009.

_____
Signature of Plaintiff's Attorney

Patrick Buchanan MSB #8439
Typed Name and Bar Number