# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**MARGUERITE CARRUBBA**                                    **PLAINTIFF**

**VERSUS**                                     **CAUSE NO.: 1:07CV1238-LG-RHW**

**HARRISON COUNTY, MISSISSIPPI, ET AL.**                  **DEFENDANTS**

## DEFENDANT GEORGE PAYNE'S RESPONSES TO PLAINTIFF'S FIRST SET INTERROGATORIES

COMES NOW Defendant George Payne, Jr , in his Official Capacity, by and through his

attorneys, Dukes, Dukes, Keating & Faneca, P.A., pursuant to the Federal Rules of Civil Procedure,

and produces this his Responses to Plaintiff's Interrogatories, as follows, to wit:

Defendant reserves his right to supplement these Responses as investigation and discovery

continue.

**INTERROGATORY NO: 1:**        State the name, address and telephone number of each

person or persons the Defendant has ascertained who may have knowledge or discoverable evidence

relating to the subject matter of the present litigation.

**RESPONSE:**

1.      Sheriff George Payne, Jr.
        Former Harrison County Sheriff
        Harrison County Adult Detention Center
        2813 Kelly Avenue, Gulfport, MS 39501
        228-863-8053

2.      Major Dianne Gaston-Riley
        Former Warden at the Harrison County Sheriff's Department
        P.O. Box 3772, Gulfport, MS 39505
        228-539-9882

3.    Don Cabana
      Harrison County Sheriff's Department
      10451 Larkin Smith Drive, Gulfport, MS 39503
      228-896-3000

4.    Healthcare Assurance Personnel
      10451 Larkin Smith Drive, Gulfport, MS 39503
      228-896-3000

5.    Steve Campbell
      Former Harrison County Sheriff's Office
      Harrison County Adult Detention Center
      19136 Marion Avenue, Long Beach, MS 39560
      228-297-2852

6.    Investigator Darwin McMahan
      Former Harrison County Sheriff's Office
      Harrison County Adult Detention Center
      28069 16th Section Road, Pass Christian, MS 39571
      228-669-7153

7.    Sheriff Melvin Brisolara
      Harrison County Sheriff's Office
      Harrison County Adult Detention Center
      10451 Larkin Smith Road, Gulfport, MS  39503
      228-896-3000

8.    Kenny Rogers
      Harrison County Adult Detention Center
      Address and telephone number are currently unknown.

9.    Phil Taylor
      Harrison County Adult Detention Center
      10451 Larkin Smith Road,  Gulfport, MS  39503
      228-896-3000

10.   Kevin Fayard
      Harrison County Adult Detention Center
      10451 Larkin Smith Road,  Gulfport, MS  39503.
      228-896-3000

11.   Steve Martin
      Department of Justice

12.    Ron Werby
       Former Harrison County Adult Detention Center Officer
       218 Pine Wood Circle, Gulfport, MS 39507
       Phone number unknown at this time.

13.    Captain Rick Gaston
       Former Supervisor of Booking, Harrison County Adult Detention Center
       1607 Girvan Court, Ocean Springs, MS 39564
       228-234-8270

14.    Ryan Teel
       Former Deputy, Harrison County Adult Detention Center
       Oxford Federal Correctional Institute

15.    American Correctional Association employees
       206 N. Washington St. Suite 200
       Alexandria, VA 22314

16.    Wayne Payne
       Former Director of Operations, Harrison County Sheriff's Department
       D'Iberville Chief of Police

17.    Larry Benefield
       Former Member of the Board of Supervisors
       1820 23rd Avenue
       Gulfport, MS 39501

18.    Marlin Ladner
       Member of the Board of Supervisors
       1801 23rd Avenue
       Gulfport, MS 39501

19.    Connie Rocko
       Member of the Board of Supervisors
       1801 23rd Avenue
       Gulfport, MS 39501

20.    William Martin
       Member of the Board of Supervisors
       1801 23rd Avenue
       Gulfport, MS 39501

21. Bobby Eleuterius
Former member of the Board of Supervisors
1801 23rd Avenue
Gulfport, MS 39501

22. J.L. White
Employed by Health Assurance, LLC.
10451 Larkin Smith Drive, Gulfport, MS 39503
228-896-3000

23. Karl Stolze
Former Sheriff's Deputy, Harrison County Sheriff's Department
15912 Big Ridge Rd. Biloxi, MS 39532
228-392-9329

24. William Priest
Former Sheriff's Deputy, Harrison Country Sheriff's Department

25. Ronald A. Roe, Jr. #4776
Gulfport Police Department
228-868-5953

26. J. McConnell #6962
Gulfport Police Department
258-868-5953

27. Leslie Mathis
Former Harrison County Sheriff's Department Deputy
7004 Oakhust Drive, Ocean Springs, MS 39564
228-326-4138

28. Justin Richards
Harrison County Sheriff's Deputy, Harrison County Sheriff's Department

29. Sgt. Earl Leonard
Harrison County Sheriff's Deputy, Harrison County Sheriff's Department
10451 Larkin Smith Drive, Gulfport, MS 39503
228-896-3000

30. Cindy Gillespie
Harrison County Sheriff's Deputy, Harrison County Sheriff's Department

31.  Twonia Williams
     Harrison County Sheriff's Deputy, Harrison County Sheriff's Department

32.  Beth Desper
     Harrison County Sheriff's Deputy, Harrison County Sheriff's Department
     10451 Larkin Smith Drive, Gulfport, MS 39503
     228-896-3000

33.  Thomas Cummings
     Former Harrison County Deputy

34.  Richard Carrubba

35.  Rev. Joe Collins
     10451 Larkin Smith Dr.
     Gulfport, MS 39503
     228-896-3000

36.  Leo De George
     Former Harrison County Adult Detention Center Deputy
     11082 Noll Drive
     D'Iberville, MS 39540
     228-424-8758

37.  Dwight Johnson
     FBI, 1317 26th Avenue
     Gulfport, MS 39501
     228-864-6131

38.  Ken Katsarsis
     110-A South Monroe St. Tallahassee, FL
     32301, 850-224-2929

39.  Officer Kip Manning
     Biloxi Police Deparment
     c/o Ben Bowden
     1617 25th Ave. First Floor
     Gulfport, MS 39501
     228-863-5656

40.  Nurse Brenda Pleasant
     3901 Belmede Dr.
     Gulfport, MS 39507
     228-223-7656

41. Eddie Collins
    HCADC Deputy
    10451 Larkin Smith Dr.
    Gulfport, MS 3950
    228- 896-3000

42. Vivian Adamson
    Former HCADC Deputy
    2214 16th Avenue
    Gulfport, MS 39501

43. Elizabeth Allen
    Former HCADC Deputy
    13351 Warren Drive
    Gulfport, MS 39503

44. James Barnes
    Former HCADC Deputy
    4808 Indiana Ave.
    Gulfport, MS 39501

45. Nurse Tammy Davidson
    Former nurse with Health Assurance, HCADC
    10731 Fox Ridge Drive, Vancleave, MS 39565

46. Nathan Ellsberry
    HCADC Deputy
    10451 Larkin Smith Dr.
    Gulfport, MS 39503
    228-896-3000

47. Wendy Accardo
    HCADC Deputy
    10451 Larkin Smith Dr.
    Gulfport, MS 39503
    228-896-3000

48. Melinda Hester
    HCADC Deputy
    10451 Larkin Smith Dr.
    Gulfport, MS 39503
    228-896-3000

49.  Evan Hubbard
     HCADC Deputy
     10451 Larkin Smith Dr.
     Gulfport, MS 39503
     228-896-3000

50.  Regina Leslie
     HCADC Deputy
     10451 Larkin Smith Dr.
     Gulfport, MS 39503
     228-896-3000

51.  Catherine Pavolini
     Former HCADC Deputy
     24211 Martina St.
     Saucier, MS 39574
     228-586-9337

52.  Ron Pullen
     HCADC Deputy
     10451 Larkin Smith Dr.
     Gulfport, MS 39503
     228-896-3000

53.  Robert Parker
     HCADC
     10451 Larkin Smith Dr.
     Gulfport, MS 39503
     228-896-3000

54.  Mildred Sue Smart
     Former HCADC Deputy
     494 Weaver Ave.
     Gulfport, MS 39507

55.  Ron Werby
     Former HCADC Deputy
     218 Pine Wood Cr.
     Gulfport, MS 39507
     228- 297-2853

56.  Sgt. Varnado
     Harrison County Sheriff's Deputy, Harrison County Adult Detention Center
     10451 Larkin Smith Drive, Gulfport, MS 39503
     228-896-3000

57. Any witness named by Plaintiff regarding any jail incident.

58. Any individuals who witnessed or were involved in any incident identified by Plaintiff.

59. All employees of Health Assurance who participated in or have knowledge of the incidents identified by Plaintiff.

60. Any and all individuals identified by any party as potential witnesses that may be called at trial in this cause.

61. Any and all individuals identified in any reports or narratives provided by any party.

62. Any expert witness identified by any party during discovery.

63. Any other persons identified in other parties' initial disclosures.

**INTERROGATORY NO: 2**: State the name, address and telephone number of each witness the Defendant will or may call in the trial of this Cause.

**RESPONSE:** See response to interrogatory no. 1 above for a list of individuals that the Defendant may call in the trial in this cause. Will supplement as provided by the Federal Rules of Civil Procedure.

**INTERROGATORY NO: 3**: State the names, addresses and telephone numbers of all expert witnesses you will call or may call at the trial of this matter and state the following about each such expert:

A. The subject matter on which the expert is expected to testify;

B. The substance of facts and opinions to which said expert is expected to testify;

C. Such expert's qualifications and area of expertise;

D. Summary of the grounds for each opinion to which each expert is expected to testify.

**RESPONSE:** Defendant will provide pursuant to the Federal Rules of Civil Procedure.

**INTERROGATORY NO: 4**:    Describe all documentary and/or tangible evidence you intend to introduce at the trial of this Cause.

**RESPONSE:**    See Defendant's response to Plaintiff's Request for Production of Documents No. 2 and 6.  Will supplement as provided by the Federal Rules of Civil Procedure.

**INTERROGATORY NO: 5**:    State the name, address and telephone number of any insurance carrier whose responsibility it is to defend claims such as the one herein made by the Plaintiffs as against the Defendant, and state the monetary limitations of the insurance policy or policies as reflected in said policy.

**RESPONSE:**    A copy of the applicable insurance policy has previously been provided to the Plaintiff in  Defendant's Pre-Discovery Disclosure of Core Information.

**INTERROGATORY NO: 6**:    Please state the names of all persons known by you to have been a witness to the incident giving rise to this litigation, including name, address, employer and telephone number.

**RESPONSE:**

1.    J.L. White
Employed by Health Assurance, LLC.
10451 Larkin Smith Drive, Gulfport, MS 39503
228-896-3000

2.    Karl Stolze
Former Sheriff's Deputy, Harrison County Sheriff's Department
15912 Big Ridge Rd. Biloxi, MS 39532
228-392-9329

3.    William Priest
Former Sheriff's Deputy, Harrison Country Sheriff's Department

4.    Ronald A. Roe, Jr. #4776
Gulfport Police Department
228-868-5953

5.    J. McConnell #6962
      Gulfport Police Department
      258-868-5953

6.    Sgt. Earl Leonard
      Harrison County Sheriff's Deputy, Harrison County Sheriff's Department
      10451 Larkin Smith Drive, Gulfport, MS 39503
      228-896-3000

7.    Cindy Gillespie
      Harrison County Sheriff's Deputy, Harrison County Sheriff's Department

8.    Twonia Williams
      Harrison County Sheriff's Deputy, Harrison County Sheriff's Department

9.    Thomas Cummings
      Former HCADC Deputy

10.   Beth Desper
      HCADC Deputy
      10451 Larkin Smith Drive
      Gulfport, MS 39503
      228-896-3000

**INTERROGATORY NO: 7:**    Describe in detail without limitation, any statement written or oral made by the Plaintiff concerning the subject occurrence.

**RESPONSE:** See Gulfport Police Department narrative report dated June 17, 2006, and narratives of Sgt. Leonard.

**INTERROGATORY NO. 8:**    Described any and all photographs, video tapes or film of the Plaintiff and/or the subject matter of the present litigation.

**RESPONSE:** Booking photo of Plaintiff and video of HCADC booking area when Plaintiff was booked into the HCADC.

**INTERROGATORY NO. 9:**    For each affirmative defense set forth in your answer,

please state the following:

    A. The factual basis for your affirmative defense.

    B. The legal basis for the affirmative defense.

    C. The name, address and telephone number of each individual you allege has knowledge concerning the affirmative defense.

    D. Identify and list each document you contend supports your affirmative defense.

**RESPONSE:** Defendant objects to this Interrogatory on the grounds that it seeks to discover mental impressions, conclusions, opinions, and legal theories of Defendant's counsel. Without waiving this objection, Defendant would refer the Plaintiff to all of Defendant's Responses to Plaintiff's Interrogatories and to Request for Production of Documents which provides a list of individuals likely to have discoverable information relevant to Defendant's defenses as well as copies of documents and other tangible things that are relevant to Defendant's claims and defenses.

**INTERROGATORY NO. 10:**    State whether an investigation of the Plaintiff's allegations which occurred on or about June 17, 2006, has been performed, whether performed for any department or agency of any local, state or federal government, or for the Defendant, its insured, agents, or for any other party and for each such person conducting the investigation state the following:

    A.    The person's employer.

    B.    Dates of the investigation.

    C.    Whether any photographs were taken or drawings were made and if so, the names and addresses of all persons having copies of such photographs or drawings.

D.     Whether any video tapes were taken or reviewed and if so, the names and

addresses of all persons having copies or originals of te video tapes.

E.     Whether statements in any form were taken, and if so, the names and addresses of

all persons from whom the statements were taken, the form of the statements and

the name and address of the person having originals, copies or transcripts of such

statements.

F.     A description and list of all tangible, physical or other evidence or information

which was obtained during the investigation.

G.     Whether a report or any other documents were prepared during or as a result of the

investigation, and if so, list and describe all documents prepared and the name and

address of every person having the original or a copy of the reports or documents.

**RESPONSE:**

A.     Harrison County Sheriff's Department Sgt. Earl Leonard and Harrison County

Sheriff's Department Captain Steve Campbell.

B.     June 18, 2006

C.     A booking photo was made of Plaintiff.  Plaintiff has been provided a copy of this

photo.

D.     The HCADC booking area video made when the Plaintiff was booked into the

HCADC was reviewed by Captain Steve Campbell.

E.     See attached copies of Gulfport Police arresting officer's Narrative Report.  Copies

of Sgt. Leonard's Narrative Reports of June 17, 2006 and June 18, 2006 have

previously been provided to Plaintiff.  A copy of Health Assurance Nurse White's

narrative has previously been provided to Plaintiff.

F.    See list below:

     1.    Uniform Arrest/Booking Form - 6/17/06
     2.    Booking Report
     3.    Sheriff Custody - Personal - CJ 287022
     4.    Inmate Personal Property & Sheriff Custody - Property List - 6/17/06
     5.    Sheriff Custody - Event History - CJ 287022
     6.    Sheriff Custody - Medical Observation - CJ 287022
     7.    Health Assurance, LLC. - Nurse's Notes - 6/17/06
     8.    Sheriff's Office/Jail Receipt - 6/17/06
     9.    Inquiry
     10    Booking Arrest
     11.    Booking History
     12.    Post Assignment - 6/17/06
     13.    Narrative - Sgt. Leonard - 6/17/06
     14.    Narrative - Sgt. Leonard - 6/18/06
     15.    Post Assignment 06/17/06 - 0700-1900
     17.    Gulfport Motor Vehicle Accident Report.

G.    No written report was issued.  Captain Steve Campbell reviewed the video of

Plaintiff in booking and then had a conversation with Plaintiff and informed her

that his review of the video indicated that the booking officers did not take any

inappropriate action.

**INTERROGATORY NO. 11:**    List all complaints filed by any citizen, whether

through lawsuit or in any other manner alleging abusive, violent or other inappropriate behavior

by members of the Harrison County sheriff's Department in the Harrison County Detention

Facility. If reports or lawsuits were made concerning the complaints, list and describe each

document, the cause number and court where suit was filed and the name and address of

individual having originals or copies of such documents.

**RESPONSE:**  Defendant objects to Interrogatory No. 11, this request is unduly

burdensome, overly broad, and seeks information that is irrelevant or not reasonably calculated to lead to the discovery of admissible evidence. Notwithstanding said objection, Defendant would state that inmates can file grievances regarding alleged abuse and Defendant has previously provided Plaintiff access to the inmate grievances. Additionally, Defendant's would refer Plaintiff to Response to Request for Production of Documents No. 2 for grievances alleging abuse received from 2000 to 2006. In regard to lawsuits alleging abuse, Defendant would refer Plaintiff to the list below of civil cases filed with the Court between the period of January 1, 2003 through June 17, 2006 wherein it was alleged that Harrison County Sheriff's Department officers used excessive force against an inmate at the HCADC. These cases are all of which Defendant Payne is aware of during this period.

1.  *Young v. Harrison County, MS et al*, 103cv9069GRO, United States District Court, Southern district, Southern Division (Harrison County).

2.  *Clayton v. George Payne, et al*, 1:04cv22GGU, United States District Court, Southern District, Southern Division, (Harrison County).

3.  *Cranford v. Roberson, et al*, 1:05cv486GRO, United States District Court, Southern District, Southern Division (Harrison County).

4.  *Oliver v. Capt. Gaston, Officer Partain, and Officer Craft*, 1:04cv499RRO, United States District Court, southern District, Southern Division (Harrison County).

5.  *Oliver v. Sgt. Geas, Sgt. Rogers, F.T.O. Francabandera*, 1:03cv656RRO, United States District Court, Southern District, Southern Division (Harrison County).

6.  *Poiroux v. John Does and Sergeant Reese*, 1:04cv77RRO, United States District Court, Southern District, Southern Division (Harrison County).

7. *Anderson v. George Payne, Gaston-Riley, Phil Taylor, and John Does*, 1:04cv542RRO, United States District Court, Southern District, Southern Division, (Harrison County).

8. *Roles, III v. Captain Taylor, George Payne, Jr., Ricky Gaston, and Harrison County Adult Detention Center*, 1:03cv949RRO, United States District Court, Southern District, Southern Division (Harrison County).

9. *Vanderburg v. Harrison County Sheriff's Department, et al*, 1:05cv303LTS-JMR, United States District Court, Southern District, Southern Division (Harrison County).

10. *Knight v. George Payne, Jr., et al*, 1:05cv186LG-JMR, United States District Court, Southern District, Southern Division (Harrison County).

11. *Farrow v. George Payne, Jr., et al*, 1:05cv326LG-JMR, United States District Court, Southern District, Southern Division (Harrison County).

12. *Graves, Individually and Glen Graves, Individually, and as Administrator of the Estate of Gary Powell Graves, Deceased and on Behalf of the Wrongful Death Beneficiaries v. Harrison County, Mississippi; George Payne, Jr., et al.*, 1:02cv895GR, United States District Court, Southern District, Southern Division (Harrison County).

13. *Gregory Hancock, Thomas J. Hebert, and Kevin Bryan Necaise v. George Payne, Jr., as Sheriff; et al*, 1:03cv617RO, United States District Court, Southern District, Southern Division (Harrison County).

14. *Hale v. Harrison County Board of Supervisors; et al*, 1:03cv840RRO, United

States District Court, Southern District, Southern Division (Harrison County).

15. _Lizana v. Harrison County, George Payne, Jr., et al_, 1:04cv23LG-JMR, United
States District Court, Southern District, Southern Division (Harrison County).

16. _Stephens v. Harrison County, George Payne, Jr., et al_, 1:07cv96LG-JMR, United
States District Court, Southern District, Southern Division (Harrison County).

17. _Rawls v. Sgt. Mathis, Officer Labauve and Lawson_, 1:05cv47LG-JMR, United
States District Court, Southern District, Southern Division (Harrison County).

18. _In the Matter of the Estate of Jessie Lee Williams, Deceased, by and through His
Next Friend and Legal Representative, Terry Williams, Administrator of The
Estate of Jessie Lee Williams, Jr., vs. Harrison County, Mississippi, et al._,
1:06cv196LG-RHW, U. S. District Court, Southern District, Southern
Division(Harrison County).

**INTERROGATORY NO. 12:**    State the last known address, telephone number and
employer of the following individuals: Diane Gaston-Riley, Karle W. Stolze, Daniel Evans,
Andrea Gibbs, Regina Rhodes, Jarred Necaise, Catherine Pavolini, Morgan Lee Thompson, Ryan
Teel, Dedri Yulon Caldwell, Thomas Preston Wills, William Jeffery Priest, Lee Otis Jackson,
Phillip Taylor, Madeline Dedeaux, Eddie Collins, Melinda Hester, Kenneth Windham, Earl
Leonard, Elizabeth Allen, Wayne Turner, Steve Campbell, Andy Calvanese, Rupert Lacy, Joe
Collins, Bill Frith, Gary Shirley, Rick Gaston, Preston Will, and Robert Parker.

**RESPONSE:**

A. Dianne G.Riley-                    11011 Landon Lake Blvd.
                                      Gulfport, MS 39503

B.  Karl W. Stolze -                    15912 Big Ridge Road
                                        Biloxi, MS 39532

C.  Daniel Evans -                      Fort Worth Federal Correctional Institute

D.  Andrea Gibbs -                      Unknown at this time.

E.  Regina Rhodes -                     Unknown at this time.

F.  Jarred Necaise -                    Deceased

G.  Catherine Pavolini -                24211 Martina Street
                                        Saucier, MS 39574

H.  Morgan Lee Thompson -               Petersburg Federal Correctional Institute

I.  Ryan Teel -                         Oxford Federal Correctional Institute

J.  Dedri Yulon Caldwell -              Carswell Federal Medical Center

K.  Thomas Preston Wills -              Loretto Federal Correctional Institute

L.  William Jeffrey Priest -            Montgomery CCM

M.  Lee Otis Jackson -                  Unknown at this time

N.  Phillip Taylor -                    Harrison County Adult Detention Center
                                        10451 Larkin Smith Drive
                                        Gulfport, MS 39503

O.  Madeline Dedeaux -                  419 Josephine Ave.
                                        Pass, MS 39571

P.  Eddie Collins -                     Harrison County Adult Detention Center
                                        10451 Larkin Smith Drive
                                        Gulfport, MS 39503

Q.  Melinda Hester -                    Harrison County Adult Detention Center
                                        10451 Larkin Smith Drive
                                        Gulfport, MS 39503

R. Kenneth Windham -          2300 Shelby Ln.
Ocean Springs, MS 39564

S. Earl Leonard -          Harrison County Adult Detention Center
10451 Larkin Smith Drive
Gulfport, MS 39503

T. Elizabeth Allen -          13351 Warren Drive
Gulfport, MS 39503

U. Wayne Turner -          18114 Sherwood Dr.
Saucier, MS 39574

V. Steve Campbell -          19136 Marion Avenue
Long Beach, MS 39560

W. Andy Calvanese -          12512 Brentford St.
OS, MS 39564

X. Rupert Lacy -          Harrison County Emergency Management Director
1801 23rd Avenue
Gulfport, MS 39501

Y. Joe Collins-          Harrison County Adult Detention Center
10451 Larkin Smith Drive
Gulfport, MS 39503

Z. Bill Frith -          Deceased.

A1. Gary Shirley -          Unknown at this time.

B1. Rick Gaston -          1607 Girvan Court
Ocean Springs, MS 39564

C1. Robert Parker -          Harrison County Adult Detention Center
10451 Larkin Smith Drive

Gulfport, MS 39503

**INTERROGATORY NO. 13**        Other than this lawsuit, have you ever been a

Defendant in any other suit wherein it was alleged that abuse, violent or other inappropriate

behavior occurred at the Harrison County Detention Facility?  If so, state the following:

    A.    Name of the party and style of litigation.

    B.    The amount of the settlement.

    C.    City, State or County where litigation was filed.

    D.    Results or outcome of litigation.

**RESPONSE:**  Defendant objects to Interrogatory No. 13 as it is unduly burdensome and

that it seeks information that is irrelevant or not reasonably calculated  to lead to the discovery of

admissible evidence. Notwithstanding said objection, Defendant would refer Plaintiff to

Interrogatory No. 11.  Furthermore, any suit filed against him is a matter of public record and it is

on file at the United States District Court or the Circuit Court of Harrison County, MS.

**INTERROGATORY NO. 14:**        Have you ever settled with any other person, any

claims alleging abuse, violent or other inappropriate behavior at the Harrison county Detention

Facility?  If so, state the following:

    A.    The name, address and telephone number of the individual with whom you settled

        the claim.

    B.    The amount of the settlement.

    C.    The facts of the claim which led you to settle the claim.

    D.    List and describe any documents that were reviewed in determining that the claim

        should be settled.

E.      State whether or not the Harrison County Sheriff submits to Harrison County or its

Board of Supervisors, its internal operational procedures, manuals or other

documents.  If so, list and describe each document.

**RESPONSE:**  Defendant objects to Interrogatory No. 14 as it is unduly burdensome, and

it also seeks information that is irrelevant or not reasonably calculated  to lead to the

discovery of admissible evidence.  Notwithstanding said objection, Defendant would refer

Plaintiff to the list of individuals with whom the Harrison County Sheriff's Department

has settled a claim with between the period of January 1, 2003 to June 17, 2006:

A.      Floyd Bailey
        157 B. Rue Dauphin
        Biloxi, MS 39530
        228-392-6913
        Type: Auto Accident;

B.      Anika White
        2510 Todd Avenue
        Gulfport, MS 39501
        Type: Auto Accident;

C.      May Sharp
        1820 Thornton Avenue
        Gulfport, MS 39501
        228-864-5887
        Type: Auto Accident;

D.      Wesley Allen, Darren Allen, and Diedre Donnelly
        Gulfport, MS 39501
        Type: Auto Accident;

E.      John Olier
        344 Willow Avenue
        Biloxi, MS 39531
        228-388-2983
        Type: Auto Accident;

F.    Valerie Huffman
      P.O. Box 611
      Gulfport, MS 39502
      228-518-1940
      Type: Auto Accident;

G.    Charles Pruitt
      204 Burt Circle
      Gulfport, MS 39503
      228-832-0341
      Type: Auto Accident; and

**INTERROGATORY NO. 15:**    State whether or not on June 17, 2006, there

was a plan or policy in place at the Harrison County Detention Facility to provide medical care to

detainees/inmates. If so, was the plan in writing? State the contents of the plan or policy.

**RESPONSE:** Defendant would state that Harrison County Sheriff's Department did

contract with Health Assurance, LLC. to provide medical services to the inmates of Harrison

County Adult Detention Center on June 17, 2006. At this time there was in place a health care

services policy procedure and directive. Defendant refers the Plaintiff to Exhibit "A" of

Defendant's response to Plaintiff's Request for Production of Documents No. 2 for the contents of

the Harrison County Adult Detention Center's policies and procedures directive for Health Care

Services.

**INTERROGATORY NO. 16:**    State whether or not there is a civilian or civil

service board appointed to review and make recommendations concerning any Complaints filed

by citizens against the Harrison County Detention Facility or the employees. If so, state the name,

address and telephone number of the members for the past five years.

**RESPONSE:** Defendant objects to this Interrogatory on the grounds that it is ambiguous,

vague and does not adequately identify the information Plaintiff is seeking. Notwithstanding said objection, Defendants would state that no such board existed.

**INTERROGATORY NO. 17:**    State what oversight, supervision or monitoring is performed by Harrison County, its Board of Supervisors, its agents or representatives concerning the operation of the Harrison County Detention Facility.  State whether or not you have a copy of the narrative form, incident report or other document completed by any Harrison County Sheriff's Department employee concerning the incident that is the subject of this litigation.  State whether or not you have a copy of any reports submitted by you, Harrison County Sheriff, Harrison County Detention Facility Employees or anyone else concerning a report submitted to the United States Justice Department.

**RESPONSE:** Defendant objects to this Interrogatory on the grounds that it is ambiguous, vague and does not adequately identify the information the Plaintiff is seeking. Additionally, this Interrogatory is compound in nature, is not relevant, and is not reasonably calculated to the discovery of admissible evidence. Without waiving this objection, Defendants would state that they have a copy of the offense form and arrest/booking form regarding this incident and other Harrison County Sheriff's Department employees' narrative forms, all of which have been previously produced to the Plaintiff.

**INTERROGATORY NO. 18:**    State whether or not you received a copy of the 1995 Federal Court Order to improve conditions and guaranty inmate rights at the Harrison County Detention Facility.  If so, state the date you received the Order and all actions you have taken to implement the Federal Court Order.

**RESPONSE:** Defendant Payne would state that he received a copy of the 1995 Consent

Judgment and entered by the United States of America v. Harrison County, MS et al. and the United States District Court for the Southern District of Mississippi, Southern Division civil action 1:95- cv -0005 (GR), when he took office.

**INTERROGATORY NO. 19:**    State whether or not you receive the quarterly package or reports the Harrison County Detention Facility is required to submit under the 1995 Federal Court Order. If so, state the individual or entity that has possession of the packages/reports.

**RESPONSE:** Defendant would state that the Harrison County Sheriff's Office prepares and submits the required quarterly report to the United States District Court, Southern Division in case number 1:95-cv-0005 (GR). Additionally, these quarterly reports are a matter of public record and are already available for inspection in the civil action styled United States of America v. Harrison County, MS, et al.

**INTERROGATORY NO. 20:**    State the name, address and telephone number of all employees who worked in the Harrison County Detention Facility June 17, 2005.

**RESPONSE:** Defendant objects to Interrogatory No. 20 in that it is overly broad, vague and lacks specificity. Without waiving the objection, Defendant has previously provided Plaintiff with the Harrison County Post Assignment Roster providing the names and badge numbers of the eighteen (18) Harrison County Adult Detention Center employees working at the time of Plaintiff's booking on June 17, 2005.

**INTERROGATORY NO. 21:**    State the factual and/or evidentiary basis for your beliefs and allegations that at all times you acted in a reasonable manner and in good faith in the execution of your official duties, therefore making you immune from liability.

**RESPONSE:**  See response to Interrogatory No. 9.

**INTERROGATORY NO. 22:**        In you Answer, Sixth Defense, you state: "Any acts or omissions by Defendant are not the sole and proximate cause of, or in the alternative, the proximate contributing cause of any injuries to the Plaintiff, or any alleged injuries or damages to the Plaintiff, so this Defendant is not liable to Plaintiff." As to this allegation, state the following:

    A.      The names, address and telephone number of any person providing facts which support this statement.

    B.      List and describe any documents which support this allegation .

    C.      The names, addresses and telephone numbers of the persons responsible for the injuries and damages sustained by the Plaintiff on November 6, 2005.

    D.      State the name, address and telephone number of any individuals providing these facts.

**RESPONSE:**  See response to Interrogatory No. 9.

**INTERROGATORY NO. 23:**        State the factual and/or evidentiary basis for your beliefs and allegations that a habit, pattern, custom, or policy of injurious abuse and use of excessive force against detainees and/or inmates did not exist at the Harrison County Adult Detention Center.

**RESPONSE:** See response to Interrogatory No. 9

**INTERROGATORY NO. 24:**        State the factual and/or evidentiary basis for your beliefs and allegations that a conspiracy to deprive the Plaintiff or nay other individual of any rights or freedoms never existed at the Harrison County Adult Detention Center.

**RESPONSE:** See response to Interrogatory No. 9.

**INTERROGATORY NO. 25:**     State the full name, address, telephone number, place of employment and position held of each and every person answering or assisting in answering these interrogatories.

> **RESPONSE:**
> George Payne, Jr.; he may be contacted by way of his attorneys of record, Dukes, Dukes Keating and Faneca, P.A.
> 2909 13th Street, Gulfport, MS 39501.
> 228-868-1111
> Former Sheriff of Harrison County, MS

**INTERROGATORY NO. 26:**     What, if any, disciplinary action was taken against booking officers, including, but not limited to, Ryan Teel, for his involvement in the beating death of Jessie Lee Williams?

**RESPONSE:** Defendant objects to Interrogatory No. 26 in that it seeks information that is irrelevant or not reasonably calculated to lead to the discovery of admissible evidence. Without waiving said objection, the investigation into the Jessie Lee Williams incident was turned over to the United States Department of Justice and numerous deputies subsequently resigned. No disciplinary action was taken by me against any officers relating to this incident.

**INTERROGATORY NO. 27:**     What, if any, disciplinary action was taken against booking officers, for their involvement in the June 17, 2006, beating of Marguerite Carrubba?

**RESPONSE:** No disciplinary action was taken against any Harrison County Adult Detention Center booking officers relating to the alleged beating of Marguerite Carrubba.

RESPECTFULLY SUBMITTED, this the 18 day of June, 2009.

GEORGE PAYNE, JR., DEFENDANT

_____

GEORGE PAYNE, JR.

STATE OF MISSISSIPPI

COUNTY OF HARRISON

George Payne, Jr., being first duly sworn on his oath, deposes and says that he has read the foregoing answers to interrogatories in his official and individual capacities, and he subscribes and knows the contents thereof, that said responses were prepared with the advice and assistance of counsel, that the responses set forth herein, subject to inadvertent or undiscovered errors, are based on and therefore necessarily limited by the records and information still in existence, presently recollected and thus far discovered in the course of the preparation of these responses; that consequently, he reserves the right to make any changes in the responses if it appears at any time that omissions or errors have been made therein or that more accurate information is available and that subject to the limitations as set forth herein, said responses are true and correct to the best of his knowledge, information and belief.

Witness my signature, this the 18 day of June, 2009.

GEORGE PAYNE, JR.

SWORN TO AND SUBSCRIBED BEFORE ME, this the 18 day of June, 2009.

NOTARY PUBLIC

My Commission Expires:

STATE OF MISSISSIPPI
NOTARY PUBLIC, I.D.
ID.# 61816
STACEY SCHULTZ
Commission Expires
Feb. 3, 2013
HARRISON COUNTY

**GEORGE PAYNE, JR., DEFENDANT**

AS TO OBJECTIONS:

BY:    DUKES, DUKES, KEATING & FANECA, P.A.


BY: _____

CY FANECA, MSB #5128


Signed as to objections:


_____

**DUKES, DUKES, KEATING & FANECA, P. A.**
CY T. FANECA, MSB #5128
HALEY N. BROOM, MSB#101838
2909 13TH Street, Sixth Floor
Post Office Drawer W
Gulfport, Mississippi  39502-0680
**Telephone**:  (228) 868-1111
**Facsimile**:  (228) 863-2886

## **CERTIFICATE OF SERVICE**

      I, CY FANECA, do hereby certify that I have this day sent via U.S. Mail a true and correct copy of the foregoing to the following:

              Counsel for Plaintiff:
                    Robert G. Harenski
                    1906 Pass Road
                    Biloxi, MS 39531


                    Brown Buchanan, PA
                    796 Vieux Marche, Suite 1
                    Biloxi, MS 39530


              Counsel for Harrison County:
                    Joseph R. Meadows, Esq.
                    Post Office Drawer 550
                    Gulfport, MS 39502

This, the 8th day of June, 2009.

CY FANECA