

**Brown Buchanan**
ATTORNEYS AT LAW
*A Professional Association*

PASCAGOULA OFFICE
3112 Canty Street
Post Office Box 2220
Pascagoula, Mississippi 39569-2220
Tel: 228.762.0035
Fax: 228.762.0299

www.brownbuchanan.com

Mark V. Watts
228.374.2999
mvw@brownbuchanan.com
Reply to Biloxi

BILOXI OFFICE
796 Vieux Marché, Suite 1
Post Office Box 1377
Biloxi, Mississippi 39533-1377
Tel: 228.374.2999
Fax: 228.435.7090

October 7, 2009

**_Via Email and Facsimile_**
Haley N. Broom
Joe Gewin
Dukes, Dukes, Keating & Faneca
2909 13th Street, 6th Floor
Gulfport, MS 39502

Re:    *Gary Brice McBay v. Harrison County, MS, et al*; Cause No. 1:07-cv-1205-LG-RHW
       *Seal v. Harrison County, MS, et al*; Cause No. 1:08-cv-0175-LG-RHW
       *Vanderburg v. Harrison County, MS, et al*; Cause No. 1:08-cv-0090-LG-RHW
       *Carrubba v. Harrison County, MS, et al*; Cause No. 1:07-cv-1238-LG-RHW

Dear Joe and Haley:

Please accept this correspondence as a follow-up to our letter dated October 2, 2009 which was hand delivered that same day to Haley at the 30(b)(6) deposition. The October 2, 2009 letter served as our good faith attempt to procure certain documents and materials.

For ease of reference, here is a list of materials requested:

(1)    Steve Campbell's notebook of every investigation he performed while at the Professional Standards Unit -- Mr. Campbell further stated that he left a copy of that notebook at the Detention Center upon his retirement, and he stated that he also kept a copy which he took himself and he still has to this day. We request that a copy of this investigative notebook be produced.

As to this notebook, Haley stated that it was part of numerous boxes of voluminous documents which were reviewed by Robert Harenski. Harenski's document review aside, we have propounded valid discovery requests which require the production of this notebook. Whether Mr. Harenski found the notebook in his search through the mountain of documents and materials is irrelevant. If you know where the notebook is located and receive a valid discovery requests regarding the same, you are under a duty to produce the materials. Please produce the Mr. Campbell's notebook he referenced in his testimony as your 30(b)(6) designee.



EXHIBIT
"C"
Blumberg No. 5208

Haley N. Broom
Joe Gewin
October 7, 2009
Page 2

(2)    The individual investigative file was made on each investigation performed -- Mr. Campbell testified that an individual investigative file was made on each excessive force complaint by inmates. Specifically, Mr. Campbell testified that he took statements from Morgan Thompson regarding the McBay matter. Mr. Campbell further testified that he watched three different digital video angles of the booking area in regards to the McBay incident. Mr. Campbell also testified that he kept an audio recording of all persons interviewed during an investigation. Please produce all audio and digital recordings to which Mr. Campbell referred to during his 30(b)(6) testimony.

Moreover, Mr. Campbell testified that he performed an investigation regarding the Seal incident. Mr. Campbell stated that he took audio recordings of all interviews performed in the Seal incident. Mr. Campbell also stated that an investigative file would have been maintained as to the incident with Seal, inclusive of audio and digital recordings, and other such reports and paperwork. Please produce the investigative file and any audio recordings with regard to the incident with Seal.

Finally, the request for the notebook, investigative files, and audio recordings described above also pertain to the Carrubba and Vanderburg incidents.

Plaintiffs have already propounded discovery to Defendant and requested the materials discussed supra. Specifically, requests nos. 1, 6 and 7 cover the items and materials requested above. Moreover, Interrogatory No. 10 requested an identification of the information and materials described above.

Please provide the requested materials to us by Thursday, October 8 at 10:00 a.m. We appreciate your cooperation and attention to this matter. If you refuse to produce any of the materials discussed in this letter and the previous letter, please execute the good faith certificates attached to the October 2, 2009 letter, and provide back to us by Thursday, October 8 at 10:00 a.m. Thanks, and hope all is well.

Sincerely,

BROWN BUCHANAN, P.A.

MARK V. WATTS

MVW/snd

# BROWN BUCHANAN, P.A.
## ATTORNEYS AT LAW
A PROFESSIONAL ASSOCIATION
www.brownbuchanan.com

**PASCAGOULA OFFICE**
3112 Canty Street
Post Office Box 2220
Pascagoula, Mississippi 39569-2220
Tel: 228.762.0035
Fax: 228.762.0299

**BILOXI OFFICE**
796 Vieux Marche, Suite 1
Post Office Box 1377
Biloxi, Mississippi 39533-1377
Tel: 228.374.2999
Fax: 228.435.7090

# FACSIMILE TRANSMITTAL SHEET

## NUMBER OF PAGES:    3   ( INCLUDING COVER)

DATE:               October 7, 2009

TO:                 Haley N. Broom
                    Joe C. Gewin

FACSIMILE:          228-863-2886

FROM:               Mark V. Watts

RE:                 Jail matters

MESSAGE:            See attached.

## ANY PROBLEMS - Call Suzanne at (228) 374-2999

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named below. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via the U.S. Postal Service. Thank you

```
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
X                                                                                X
X                              TRANSACTION REPORT                                X
X                              ─────────────────                                 X
X                                                       OCT-07-2009 WED 05:18 PM  X
X                                                                                X
X        FOR:  BROWN BUCHANAN, PA          228 435 7090                          X
X                                                                                X
X────────────────────────────────────────────────────────────────────────────── X
X      SEND                                                                       X
X                                                                                X
X    DATE  START   RECEIVER        TX TIME  PAGES TYPE      NOTE          M# DP    X
X────────────────────────────────────────────────────────────────────────────── X
X    OCT-07 05:17 PM 8632886        1'36"    4  FAX TX      OK         (01) 243    X
X────────────────────────────────────────────────────────────────────────────── X
X                                                                                X
X                                           TOTAL :   1M 36S  PAGES:   4          X
X                                                                                X
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
```

**BROWN BUCHANAN, P.A.**
ATTORNEYS AT LAW
A PROFESSIONAL ASSOCIATION
www.brownbuchanan.com

PASCAGOULA OFFICE
3112 Canty Street
Post Office Box 2220
Pascagoula, Mississippi 39569-2220
Tel: 228.762.0035
Fax: 228.762.0299

BILOXI OFFICE
796 Vieux Marche, Suite 1
Post Office Box 1377
Biloxi, Mississippi 39533-1377
Tel: 228.374.2999
Fax: 228.435.7090

## FACSIMILE TRANSMITTAL SHEET

NUMBER OF PAGES:   3   ( INCLUDING COVER)

DATE:           October 7, 2009

TO:             Haley N. Broom
                Joe C. Gewin

FACSIMILE:      228-863-2886

FROM:           Mark V. Watts

RE:             Jail matters

MESSAGE:        See attached.

ANY PROBLEMS - Call Suzanne at (228) 374-2999

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named below. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via the U.S. Postal Service. Thank you

**Suzanne Daquila**

| | |
|---|---|
| **From:** | Mark V. Watts [mvw@brownbuchanan.com] |
| **Sent:** | Wednesday, October 07, 2009 3:57 PM |
| **To:** | 'Haley Broom'; 'Joe Gewin' |
| **Cc:** | 'Patrick R. Buchanan'; Suzanne D'Aquila |
| **Subject:** | McBay, Seal, Carrubba and Vanderburg |
| **Attachments:** | 10-7-09 ltr Dukes Dukes.pdf |

Joe and Haley,

Attached please find follow-up correspondence regarding production of materials in the above referenced matters. We have the same via facsimile also. Thanks, and let us know if you have any questions.

Mark V. Watts
Brown Buchanan, P.A.
796 Vieux Marche, Suite 1
P.O. Box 1377
Biloxi, MS 39533-1377
Phone: (228) 374-2999
Fax: (228) 435-7090
mvw@brownbuchanan.com

1