IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MARGUERITTE CARRUBBA**                                              **PLAINTIFF**

**VERSUS**                                **CIVIL ACTION NO. 1:07-CV-1238LG-RHW**

**HARRISON COUNTY, MISSISSIPPI, ET AL.**                              **DEFENDANT**

### AFFIDAVIT

STATE OF MISSISSIPPI

COUNTY OF HARRISON

Mark V. Watts, after first being duly sworn, deposes and says that he has personal knowledge of the facts set forth in this Affidavit:

1. That on October 2, 2009, I hand delivered to counsel for Defendant, Harrison County Sheriff, George Payne, in his official capacity, a Good Faith Certificate to be executed pursuant to Local Rule 37.1.

2. That on October 7, 2009, I sent a letter via electronic mail and facsimile, requesting the return of the executed Good Faith Certificate in the morning of October 8, 2009.

3. To date, counsel for Defendant has not returned the executed Good Faith Certificate.

Further Affiant sayeth naught.

Witness my signature, this the 8th day of October, 2009.

_____
MARK V. WATTS

Sworn to and subscribed before me, this the 8th day of October, 2009.

_____
NOTARY PUBLIC

My Commission Expires:

EXHIBIT "D"