| | | |
|---|---|---|
| 1 | 11/16/05 thur 11/20/05 | Shift Paperwork |
| 2 | 11/21/05 thur 11/25/05 | Shift Paperwork |
| 3 | 11/26/05 thur 11/30/05 | Shift Paperwork |
| 4 | 12/01/05 thur 12/05/05 | Shift Paperwork |
| 5 | 12/27/05 thur 12/31/05 | Shift Paperwork |
| 6 | 12/22/05 thur 12/26/05 | Shift Paperwork |
| 7 | 12/17/05 thur 12/21/05 | Shift Paperwork |
| 8 | 12/12/05 thur 12/16/05 | Shift Paperwork |
| 9 | 12/06/05 thur 12/11/05 | Shift Paperwork |
| 10 | 09/30/05 thur 10/05/05 | Shift Paperwork |
| 11 | 10/06/05 thur 10/10/05 | Shift Paperwork |
| 12 | 10/11/05 thur 10/15/05 | Shift Paperwork |
| 13 | 10/16/05 thur 10/20/05 | Shift Paperwork |
| 14 | 10/21/05 thur 10/25/05 | Shift Paperwork |
| 15 | 10/26/05 thur 10/31/05 | Shift Paperwork |
| 16 | 11/01/05 thur 11/05/05 | Shift Paperwork |
| 17 | 11/06/05 thur 11/10/05 | Shift Paperwork |
| 18 | 11/11/05 thur 11/15/05 | Shift Paperwork |
| 19 | 08/17/05 thur 08/20/05 | Shift Paperwork |
| 20 | 09/20/05 thur 09/24/05 | Shift Paperwork |
| 21 | 09/15/05 thur 09/19/05 | Shift Paperwork |
| 22 | 09/10/05 thur 09/14/05 | Shift Paperwork |
| 23 | 09/05/05 thur 09/09/05 | Shift Paperwork |
| 24 | 08/29/05 thur 09/04/05 | Shift Paperwork |
| 25 | 08/25/05 thur 08/28/05 | Shift Paperwork |
| 26 | 08/21/05 thur 08/24/05 | Shift Paperwork |
| 27 | 08/25/05 thur 09/29/05 | Shift Paperwork |
| 28 | 07/12/05 thur 07/15/05 | Shift Paperwork |
| 29 | 07/16/05 thur 07/19/05 | Shift Paperwork |
| 30 | 07/20/05 thur 07/23/05 | Shift Paperwork |
| 31 | 07/24/05 thur 07/27/05 | Shift Paperwork |
| 32 | 07/28/05 thur 07/31/05 | Shift Paperwork |
| 33 | 08/01/05 thur 08/04/05 | Shift Paperwork |
| 34 | 08/09/05 thur 08/12/05 | Shift Paperwork |
| 35 | 08/05/05 thur 08/08/05 | Shift Paperwork |
| 36 | 08/13/05 thur 08/16/05 | Shift Paperwork |
| 37 | 05/30/05 thur 06/03/05 | Shift Paperwork |
| 38 | 06/04/05 thur 06/08/05 | Shift Paperwork |
| 39 | 06/09/05 thur 06/13/05 | Shift Paperwork |
| 40 | 06/14/05 thur 06/17/05 | Shift Paperwork |
| 41 | 06/18/05 thur 06/22/05 | Shift Paperwork |
| 42 | 06/23/05 thur 06/27/05 | Shift Paperwork |
| 43 | 06/28/05 thur 07/02/05 | Shift Paperwork |
| 44 | 07/03/05 thur 07/07/05 | Shift Paperwork |
| 45 | 07/08/05 thur 07/11/05 | Shift Paperwork |
| 46 | 04/12/05 thur 04/17/05 | Shift Paperwork |
| 47 | 04/18/05 thur 04/22/05 | Shift Paperwork |
| 48 | 04/23/05 thur 04/28/05 | Shift Paperwork |
| 49 | 04/29/05 thur 05/03/05 | Shift Paperwork |
| 60 | 05/04/05 thur 05/08/05 | Shift Paperwork |
| 61 | 05/09/05 thur 05/13/05 | Shift Paperwork |
| 62 | 05/14/05 thur 05/19/05 | Shift Paperwork |

**EXHIBIT**

tabbies®

"A"

| | |
|---|---|
| 63 05/20/05 thur 05/24/05 | Shift Paperwork |
| 64 05/25/05 thur 05/29/05 | Shift Paperwork |
| 65 02/24/05 thur 02/28/05 | Shift Paperwork |
| 66 03/01/05 thur 03/05/05 | Shift Paperwork |
| 67 03/06/05 thur 03/10/05 | Shift Paperwork |
| 68 03/11/05 thur 03/15/05 | Shift Paperwork |
| 69 03/16/05 thur 03/21/05 | Shift Paperwork |
| 70 03/22/05 thur 03/26/05 | Shift Paperwork |
| 71 03/27/05 thur 03/31/05 | Shift Paperwork |
| 72 04/01/05 thur 04/05/05 | Shift Paperwork |
| 73 04/06/05 thur 04/11/05 | Shift Paperwork |
| 74 01/15/05 thur 01/18/05 | Shift Paperwork |
| 75 01/19/05 thur 01/21/05 | Shift Paperwork |
| 76 01/22/05 thur 01/25/05 | Shift Paperwork |
| 77 01/26/05 thur 01/30/05 | Shift Paperwork |
| 78 01/31/05 thur 02/03/05 | Shift Paperwork |
| 79 02/04/05 thur 02/08/05 | Shift Paperwork |
| 80 02/09/05 thur 02/13/05 | Shift Paperwork |
| 81 02/14/05 thur 02/18/05 | Shift Paperwork |
| 82 02/19/05 thur 02/23/05 | Shift Paperwork |
| 83 12/31/04 thru 01/03/05 | Shift Paperwork |
| 84 01/04/05 thru 01/07/05 | Shift Paperwork |
| 85 01/08/05 thru 01/11/05 | Shift Paperwork |
| 86 01/12/05 thru 01/14/05 | Shift Paperwork |
| 87  Warden Sec Office, File Cabinet | |
| 88 03/26/06 thur 03/30/06 | Shift Paperwork |
| 89 03/13/06 thur 03/16/06 | Shift Paperwork |
| 90 03/17/06 thur 03/20/06 | Shift Paperwork |
| 91 03/21/06 thur 03/25/06 | Shift Paperwork |
| 92 03/31/06 thur 04/04/06 | Shift Paperwork |
| 93 04/05/06 thur 04/09/06 | Shift Paperwork |
| 94 04/10/06 thur 04/14/06 | Shift Paperwork |
| 95 04/14/06 thur 04/19/06 | Shift Paperwork |
| 96 Training Office / Paula Hentges | |
| 97 IAD Capt Office, File cabinet behind desk | Drawer 2 |
| 98 02/10/06 thur 02/15/06 | Shift Paperwork |
| 99 01/01/06 thur 01/05/06 | Shift Paperwork |
| 100 02/16/06 thur 02/20/06 | Shift Paperwork |
| 101 02/21/06 thur 02/25/06 | Shift Paperwork |
| 102 02/26/06 thur 03/02/06 | Shift Paperwork |
| 103 03/03/06 thur 03/07/06 | Shift Paperwork |
| 104 03/08/06 thur 03/12/06 | Shift Paperwork |
| 105 Unknown | |
| 106 04/03 thur 05/03 | Capt Taylor's Office/Narratives |
| 107 01/16/06 thur 01/20/07 | Shift Paperwork |
| 108 01/21/06 thur 01/25/05 | Shift Paperwork |
| 109 01/11/06 thur 01/14/06 | Shift Paperwork |
| 110 01/26/06 thur 01/30/06 | Shift Paperwork |
| 111 02/05/06 thur 02/09/06 | Shift Paperwork |
| 112 01/31/06 thur 02/04/06 | Shift Paperwork |
| 113 01/06/06 thur 01/10/06 | Shift Paperwork |

02/06/2009 15:32 FAX                                              ☑ 005/041

114 02/15/04 thru 04/30/04                          Narratives, Capt Taylor's Office 2004

115 07/06/04 thru 09/21/04                          Narratives, Capt Taylor's Office 2004
116 (Taylor) Capt Gaston's Office File Cabinet      Drawer 5
117 01/03 thru 03/03                                Capt Taylor's Office/Narratives

118 05/01/04 thru 07/07/04                          Narratives, Capt Taylor's Office 2004
119 (3) IAD Investigative Reports                   Inv Office Drawer 3

120 06/01/05 thru 07/21/05                          Narratives, Capt Taylor's Office 2005

121 09/22/05 thru 10/31/05                          Narratives, Capt Taylor's Office 2005
                                                    Supervisor Shift Rpt, Capt Taylor's
122 01/01/05 thru 12/32/05                          Office
123 Unknown

124 01/01/04 thru 02/14/04                          Narratives, Capt Taylor's Office 2004
125 2003   Oct-Dec                                  Narratives

126 07/22/05 thru 09/21/05                          Narratives, Capt Taylor's Office 2005

127 01/01/05 thru 02/07/05                          Narratives, Capt Taylor's Office 2005

128 02/08/05 thru 03/31/05                          Narratives, Capt Taylor's Office 2005
129 04/25/06 thru 04/29/06                          Shift Paperwork

130 04/01/05 thru 05/31/05                          Narratives, Capt Taylor's Office 2005

131 09/22/04 thru 11/30/04                          Narratives, Capt Taylor's Office 2004
132 06/03 thru 09/03                                Capt Taylor's Office/Narratives
133 08/28/05 thru 01/12/06                          Inmate Canteen Delivery Sheets
134 05/28/06 thru 06/06/06                          Shift Paperwork
135 05/18/06 thru 05/27/06                          Shift Paperwork
136 05/10/06 thru 05/17/06                          Shift Paperwork
137 05/05/06 thru 05/09/06                          Shift Paperwork
138 04/30/06 thru 05/04/06                          Shift Paperwork
139 04/20/06 thru 04/24/06                          Shift Paperwork

140 12/01/04 thru 12/31/04                          Narratives, Capt Taylor's Office 2004
141 08/16/06 thru 08/27/06                          Shift Paperwork
142 07/22/06 thru 08/03/06                          Shift Paperwork
143 08/04/06 thru 08/15/06                          Shift Paperwork
144 07/10/06 thru 07/21/06                          Shift Paperwork
145 06/28/06 thru 07/09/06                          Shift Paperwork
146 06/17/06 thru 06/27/06                          Shift Paperwork
147 06/07/06 thru 06/16/06                          Shift Paperwork
148 Office Depot Box
149 (3) Capt Taylor's Office File Cabinet           Drawer 3
150 (1) Capt Taylor's Office Top Cabinet            SOP Manuals
151 (2) Capt Taylor's Office Top Cabinet            SOP Manuals
152 (4) Capt Taylor's Office File Cabinet           Drawer 3

153 (6) Capt Taylor's Office File Cabinet                        Drawer 4
154 (5) Capt Taylor's Office File Cabinet                        Drawer 4
155 Warden Office File Room                                      Cabinet 1 Drawer 4
156 Onsite box (unknown)
157 Onsite box (unknown)
158 Warden Office File Room                                      Cabinet 1 Drawer 3
159 (8) Old Employee Files                                       Rl-S
160 (5) Old Employee Files                                       Be-Co
161 (6) Old Employee Files                                       Mo-Rh
162 Warden Office File Room                                      Cabinet 1 Drawer 1
163 Warden Office File Room                                      Cabinet 1 Drawer 1&2
164 Unknown
165 (1)IAD Investigative Reports                                 Inv Office Drawer 2
166 Onsite box (unknown)
167 Warden Office File Room                                      Cabinet 1 Drawer 2
168 (10) Old Employee Files                                      Lt-Ba
169 (2) Old Employee Files                                       Cr-Gw
170 (7) Old Employee Files                                       L-Mi
171 (9) Old Employee Files                                       T-Z
172 (3) 2005 & 2006 Old Employee Files                          Pe-Z
173 (1) 2005 & 2006 Old Employee Files                          E-Pa
174 (4) Old Employee Files                                       H-K
175 White Box (Fellowes)
176 Greivance Jan/Mar
177 Greivance Apr/Dec
    2003 (Inmate Greivances Oct-Nov)(Personal Hygiene Jan-
178 Dec)                                                         Capt Taylor's Office
179 2004 (Inmate Greivances 1/04 thur 09/04)                    Capt Taylor's Office
180 2004                                                         Capt Taylor's Office
181 Inmate Greivances 5/01/05 thur 06/30/05                     Capt Taylor's Office
182 Inmate Greivances 7/01/05 thur 10/07/05                     Capt Taylor's Office
183 Inmate Greivances 10/01/05 thur 12/30/05                    Capt Taylor's Office
184 Inmate Greivances 04/01/05 thur 03/10/05                    Capt Taylor's Office
185 2002 Post Assignments  Inmate Greivances                    Capt Taylor's Office
186 Radio Communications/Safety/Santation Inspection           Capt Taylor's Office
187 2001 Inmates Greivance Report 1/01 thur 10/10/01           Capt Taylor's Office
188 (2) Secretary of IA                                          IAD BK Shelf
189 (1) Secretary of IA                                          IAD BK Shelf
190 2003 Inmate Greivance Reports 01/03 thur 07/03             Capt Taylor's Office
191 IAD Capt Office, File cabinet behind desk                   Drawer 2
192 IAD Capt Office, File cabinet behind desk                   Drawer 1
193 9/1/2002, 2/29/2004, 3/3/2004, 3/6/2004, 7/15/2004         Shift Paperwork
194 IA, Use of Force
195 IAD Investigative Reports                                    Drawer 4
196 IAD Investigative Reports                                    Drawer 4
197 IAD Investigative Reports                                    Desk
198 Capt Taylor's Office top cabinet                            Manuals
199 personnel files and training memos
200 miscellaneous cassette tapes and disks

02/06/2009 15:33 FAX                                                    ☑ 022/041

| Box | Start Date | Start Time | End Date | End Time | # (if any) |
|-----|-----------|-----------|----------|----------|-----------|
| 16 | 5/3/2005 | 0722 | 5/4/2005 | 1559 | |
| 16 | 5/4/2005 | | | | |
| 16 | 5/4/2005 | | | | |
| 16 | 5/5/2005 | 1035 | 5/6/2005 | 1631 | 2 |
| 16 | 5/5/2005 | 1035 | 5/6/2005 | 1615 | 1 |
| 16 | 5/6/2005 | 1631 | 5/7/2005 | 1326 | 1 |
| 16 | 5/6/2005 | 1616 | 5/7/2005 | 1322 | 2 |
| 16 | 5/7/2005 | 1322 | 5/8/2005 | 1121 | |
| 16 | 5/7/2005 | 1326 | 5/8/2005 | | |
| 16 | 5/8/2005 | 1119 | 5/9/2005 | 0719 | . |
| 16 | 5/8/2005 | 11/21 | 58/05 | 0720 | |
| 16 | 5/9/2005 | 0720 | 5/10/2005 | 0822 | |
| 16 | 5/9/2005 | 0719 | 5/10/2005 | 0825 | |
| 16 | 5/10/2005 | 0822 | 5/11/2005 | 0735 | 1 |
| 16 | 5/10/2005 | 0825 | 5/11/2005 | 0750 | 2 |
| 16 | 5/11/2005 | 0750 | 5/12/2005 | 0739 | 2 |
| 16 | 5/11/2005 | 0735 | 5/12/2005 | 0723 | 1 |
| 16 | 5/12/2005 | 0722 | 5/13/2005 | 1636 | 2 |
| 16 | 5/12/2005 | 0738 | 5/13/2005 | 1653 | 1 |
| 16 | 5/14/2005 | 0747 | 5/15/2005 | 0846 | 2 |
| 16 | 5/14/2005 | 0745 | 5/15/2005 | 0903 | 1 |
| 16 | 5/15/2005 | 0846 | 5/16/2005 | 0722 | 2 |
| 16 | 5/15/2005 | 0902 | 5/16/2005 | 0721 | 1 |
| 16 | 5/16/2005 | 0823 | 5/17/2005 | 1311 | 1 |
| 16 | 5/16/2005 | 0807 | 6/17/2005 | 1255 | 2 |
| 16 | 5/16/2005 | 0721 | 5/16/2005 | 0730 | |
| 16 | 5/16/2005 | 0722 | 5/16/2005 | 0731 | |
| 16 | 5/17/2005 | 0731 | 5/18/2005 | 0741 | |
| 16 | 5/17/2005 | 0730 | 5/18/2005 | 0741 | |
| 16 | 5/18/2005 | 0741 | 5/19/2005 | 0915 | 1 |
| 16 | 5/18/2005 | 0741 | 5/19/2005 | 0908 | |
| 16 | 5/19/2005 | 0908 | 5/20/2005 | 0816 | 2 |
| 16 | 5/19/2005 | 0912 | 5/20/2005 | 0836 | 1 |
| 16 | 5/20/2005 | 0817 | 5/21/2005 | 0929 | 2 |
| 16 | 5/20/2005 | 0836 | 5/21/2005 | 0926 | 1 |
| 16 | 5/21/2005 | 0926 | 5/22/2005 | 0706 | |
| 16 | 5/21/2005 | 0929 | 5/22/2005 | 0650 | |
| 16 | 5/22/2005 | 0752 | 5/24/2005 | 0722 | 1 |
| 16 | 5/22/2005 | 0649 | | | 2 |
| 16 | 5/22/2005 | 0705 | | | 1 |
| 16 | 5/23/2005 | 0735 | 5/24/2005 | 0725 | 2 |
| 16 | 5/24/2005 | 0725 | 5/25/2005 | 0810 | |
| 16 | 5/24/2005 | 0722 | 5/25/2005 | 0826 | |
| 16 | 5/25/2005 | 0810 | | | |

| Box | Start Date | Start Time | End Date | End Time | # (if any) |
|-----|-----------|-----------|----------|----------|-----------|
| 20 | 8/14/2005 | 1959 | 8/14/2005 | 2059 | 2 |
| 20 | 8/15/2005 | 0448 | 8/15/2005 | 1100 | |
| 20 | 8/15/2005 | 1100 | 8/16/2005 | 0709 | |
| 20 | 8/15/2005 | 1100 | 8/16/2005 | 0726 | |
| 20 | 8/16/2005 | 0725 | 8/17/2005 | 0824 | 1 |
| 20 | 8/16/2005 | 0708 | 8/17/2005 | 0917 | 2 |
| 20 | 8/17/2005 | 0916 | 8/18/2005 | 800 | 2 |
| 20 | 8/17/2005 | 0833 | | | |
| 20 | 8/18/2005 | 0816 | 8/19/2005 | 0737 | 1 |
| 20 | 8/18/2005 | 0759 | 8/16/2005 | 0712 | 2 |
| 20 | 8/19/2005 | 0711 | 8/20/2005 | 8854 | 2 |
| 20 | 8/19/2005 | 0730 | 8/20/2005 | 0917 | 1 |
| 20 | 8/20/2005 | 0917 | 8/21/2005 | 1427 | 1 |
| 20 | 8/20/2005 | 0853 | 8/21/2005 | 1411 | 2 |
| 20 | 8/21/2005 | 1426 | 8/23/2005 | 0600 | 1 |
| 20 | 8/21/2005 | 1410 | 8/22/2005 | 2327 | 1 |
| 20 | 8/23/2005 | 2410 | 8/23/2005 | 0742 | |
| 20 | 8/23/2005 | 0741 | 8/24/2005 | 0713 | |
| 20 | 8/23/2005 | 0759 | 8/24/2005 | 0726 | |
| 20 | 8/24/2005 | | | | |
| 20 | 8/24/2005 | | | | |
| 20 | 8/25/2005 | | | | |
| 20 | 8/25/2005 | | | | |
| 20 | 8/26/2005 | 0708 | 8/27/2005 | 0709 | 1 |
| 20 | 8/26/2005 | 0651 | 8/27/2005 | 650 | 2 |
| 20 | 8/27/2005 | 649 | 8/28/2005 | 1521 | 2 |
| 20 | 8/27/2005 | 0708 | 8/28/2005 | 1820 | 1 |
| 20 | 8/28/2005 | 1820 | | | 1 |
| 20 | 8/28/2005 | 1821 | | | 2 |
| 20 | 8/31/2005 | 1025 | 9/2/2005 | 0029 | |
| 20 | 8/31/2005 | 1025 | | | |
| 20 | 9/10/2005 | 0716 | 10/11/2005 | 1200 | 1 |
| 20 | 9/14/2005 | 0847 | 9/15/2005 | 0706 | 2 |
| 20 | 9/14/2005 | 0845 | 9/15/2005 | 0730 | 1 |
| 20 | 9/15/2005 | 0810 | 9/16/2005 | 0720 | 1 |
| 20 | 9/15/2005 | 0705 | 9/16/2005 | 0655 | 2 |
| 20 | 9/16/2005 | 0720 | 9/17/2005 | 1005 | 1 |
| 20 | 9/16/2005 | 0653 | 9/17/2005 | 0954 | |
| 20 | 9/17/2005 | 0953 | 9/18/2005 | 1347 | 1 |
| 20 | 9/17/2005 | 1005 | 9/18/2005 | 1347 | 2 |

| Box | Start Date | Start Time | End Date | End Time | # (If any) |
|-----|-----------|-----------|----------|----------|-----------|
| 21 | 9/18/2005 | 1347 | 9/19/2005 | 1300 | 1 |
| 21 | 9/18/2005 | 1347 | 9/19/2005 | 1929 | 2 |
| 21 | 9/19/2005 | 1259 |  | 2205 | 2 |
| 21 | 9/19/2005 | 1300 | 9/21/2005 | 0930 | 1 |
| 21 | 9/20/2005 | 2205 | 9/21/2005 | 0930 | 2 |
| 21 | 9/21/2005 | 0930 | 9/23/2005 | 1330 |  |
| 21 | 9/22/2005 | 1332 | 9/23/2005 | 0500 |  |
| 21 | 9/23/2005 | 0805 | 9/25/2005 | 1426 | 1 |
| 21 | 9/23/2005 | 0800 | 9/24/2005 | 1943 |  |
| 21 | 9/24/2005 | 1933 | 9/25/2005 | 1424 | 2 |
| 21 | 9/25/2005 | 1423 | 9/26/2005 | 1405 |  |
| 21 | 9/25/2005 | 1426 | 9/26/2005 | 1420 |  |
| 21 | 9/26/2005 | 1404 | 9/27/2005 | 2350 |  |
| 21 | 9/26/2005 | 1420 | 9/27/2005 | 1153 |  |
| 21 | 9/28/2005 | 01445 | 9/30/2005 | 0711 |  |
| 21 | 9/28/2005 | 1445 | 9/30/2005 | 0711 | 2 |
| 21 | 9/29/2005 | 0823 |  |  |  |
| 21 | 9/30/2005 | 0711 |  |  | 2 |
| 21 | 9/30/2005 | 0711 |  |  | 1 |
| 21 | 10/1/2005 | 1028 |  |  | 2 |
| 21 | 10/2/2005 | 1040 | 10/3/2005 | 1400 | 1 |
| 21 | 10/3/2005 | 1400 | 10/4/2005 | 082 | 2 |
| 21 | 10/4/2005 | 0830 | 10/5/2005 | 1351 | 1 |
| 21 | 10/5/2005 | 1351 | 10/6/2005 | 1238 | 1 |
| 21 | 10/5/2005 | 1348 | 10/6/2005 | 1235 | 2 |
| 21 | 10/6/2005 | 1239 | 10/7/2005 | 2134 |  |
| 21 | 10/8/2005 | 1235 | 10/9/2005 | 0745 |  |
| 21 | 10/7/2005 | 2149 |  |  |  |
| 21 | 10/9/2005 | 0145 | 10/9/2005 | 0208 |  |
| 21 | 10/9/2005 | 0750 | 10/10/2005 | 0716 | 1 |
| 21 | 10/9/2005 | 0202 | 10/10/2005 | 0715 |  |
| 21 | 10/10/2005 | 0715 | 10/11/2005 | 1200 | 2 |
| 21 | 10/11/2005 | 1200 | 10/12/2005 | 1017 |  |
| 21 | 10/11/2005 | 1200 | 10/12/2005 | 1021 | 1 |

| Box | Start Date | Start Time | End Date | End Time | # (if any) |
|-----|-----------|-----------|----------|----------|-----------|
| 22 | 10/12/2005 | 1017 | 10/13/2005 | 1115 | |
| 22 | 10/12/2005 | 1021 | 10/13/2005 | 1115 | 1 |
| 22 | 10/13/2005 | 1110 | 10/14/2005 | 1204 | |
| 22 | 10/13/2005 | 1110 | 10/14/2005 | 1205 | |
| 22 | 10/14/2005 | 1204 | 10/15/2005 | 0847 | 2 |
| 22 | 10/14/2005 | 1205 | 10/15/2005 | 0847 | 1 |
| 22 | 10/15/2005 | 0847 | 10/15/2005 | 2046 | 1 |
| 22 | 10/15/2005 | 0847 | 10/13/2005 | 2045 | 2 |
| 22 | 10/16/2005 | 1940 | 10/17/2005 | 2029 | |
| 22 | 10/16/2005 | 1906 | 10/17/2005 | 2026 | |
| 22 | 10/17/2005 | 2028 | 10/18/2005 | 1915 | |
| 22 | 10/17/2005 | 2028 | 10/18/2005 | 1720 | |
| 22 | 10/18/2005 | 1915 | 10/19/2005 | 0734 | 2 |
| 22 | 10/18/2005 | 1920 | 10/19/2005 | 1735 | 1 |
| 22 | 10/19/2005 | 1735 | 10/20/2005 | 1119 | 1 |
| 22 | 10/19/2005 | 1734 | 10/20/2005 | 1118 | 2 |
| 22 | 10/20/2005 | 1118 | | 0903 | 1 |
| 22 | 10/20/2005 | 1119 | 10/21/2005 | 0932 | 2 |
| 22 | 10/21/2005 | 0729 | 10/23/2005 | 1138 | 2 |
| 22 | 10/21/2005 | 10727 | 10/23/2005 | 1137 | |
| 22 | 10/23/2005 | 1137 | 10/24/2005 | 1900 | 1 |
| 22 | 10/23/2005 | 1136 | 10/24/2005 | 1900 | |
| 22 | 10/24/2005 | 1900 | 10/25/2005 | 0956 | 2 |
| 22 | 10/24/2005 | 1900 | 10/25/2005 | | |
| 22 | 10/25/2005 | 0808 | 10/26/2005 | 1748 | 2 |
| 22 | 10/25/2005 | 0806 | 10/26/2005 | 1748 | 1 |
| 22 | 10/26/2005 | 1750 | | | 2 |
| 22 | 10/26/2005 | 1748 | | | 1 |
| 22 | 10/27/2005 | 1616 | 10/29/2005 | 1754 | 2 |
| 22 | 10/27/2005 | 1618 | 10/29/2005 | 1755 | 1 |
| 22 | 10/29/2005 | 1754 | | | 2 |
| 22 | 10/29/2005 | 1754 | | | 1 |
| 22 | 10/30/2005 | 0740 | 10/31/2005 | 1515 | |
| 22 | 10/30/2005 | 0640 | 10/31/2005 | 1516 | |
| 22 | 10/31/2005 | | 11/1/2005 | 1327 | 1 |
| 22 | 10/31/2005 | 1514 | 11/1/2005 | 1326 | 2 |
| 22 | 11/1/2005 | 1327 | 11/2/2005 | 1628 | |
| 22 | 11/1/2005 | 1328 | 11/2/2005 | 1629 | 2 |
| 22 | 11/2/2005 | 1630 | | | |
| 22 | 11/2/2005 | 1630 | | | |
| 22 | 11/3/2005 | 0730 | 11/5/2005 | 1406 | |
| 22 | 11/3/2005 | 0730 | 11/5/2005 | 1406 | |
| 22 | 11/5/2005 | 1406 | 11/6/2005 | 1435 | |
| 22 | 11/5/2005 | 1406 | 11/6/2005 | 1436 | |
| 22 | 11/7/2005 | 1105 | 11/6/2005 | 0935 | |
| 22 | 11/7/2005 | 1105 | 11/6/2005 | 0935 | |
| 22 | 11/8/2005 | 0938 | 11/9/2005 | 1621 | |

02/06/2009 15:35 FAX                                                                                          035/041

| Box | Start Date | Start Time | End Date | End Time | # (if any) |
|-----|-----------|-----------|----------|----------|-----------|
| 30 | 6/15/2006 | 0730 | 6/16/2006 | | 1 |
| 30 | 6/15/2006 | 0729 | 6/16/2006 | 1713 | 2 |
| 30 | 6/19/2006 | 0719 | | | 2 |
| 30 | 6/19/2006 | 2100 | 6/20/2006 | 0715 | |
| 30 | 6/19/2006 | 0720 | 6/20/2006 | 0720 | |
| 30 | 6/19/2006 | 2100 | | | |
| 30 | 6/19/2006 | 2100 | | | |
| 30 | 6/20/2006 | 0719 | | | 1 |
| 30 | 6/20/2006 | | | | 2 |
| 30 | 6/21/2006 | 1410 | | | |
| 30 | 6/21/2006 | | | | |
| 30 | 6/21/2006 | 1411 | | | |
| 30 | 6/21/2006 | | | | |
| 30 | 6/21/2006 | | | | |
| 30 | 6/22/2006 | 1430 | 6/23/2006 | 0913 | |
| 30 | 6/23/2006 | 1325 | 6/24/2006 | | 2 |
| 30 | 6/23/2006 | 0919 | 6/24/2006 | 0720 | 1 |
| 30 | 6/23/2006 | 0931 | | | 2 |
| 30 | 6/24/2006 | 0721 | 6/28/2006 | 0710 | 1 |
| 30 | 6/25/2006 | 0710 | 6/27/2006 | 1036 | 2 |
| 30 | 6/27/2006 | 1036 | | 0115 | |
| 30 | 6/28/2006 | 0740 | 6/29/2006 | 0739 | 1 |
| 30 | 6/28/2006 | 0123 | | 0828 | 1 |
| 30 | 6/29/2006 | 0739 | 7/1/2006 | | 1 |
| 30 | 7/1/2006 | 1019 | 7/2/2006 | 1827 | |
| 30 | 7/2/2006 | 1827 | | 920 | |
| 30 | 7/2/2006 | 920 | 7/4/2006 | 2149 | |
| 30 | 7/4/2006 | 2149 | 7/5/2006 | 1820 | |
| 30 | 7/5/2006 | 1820 | 7/7/2006 | 1853 | |
| 30 | 7/7/2006 | 0853 | 7/8/2006 | 0720 | 1 |
| 30 | 7/8/2006 | 0721 | 7/8/2006 | 0822 | 1 |
| 30 | 7/9/2006 | 823 | 7/10/2006 | 1951 | |
| 30 | 7/10/2006 | 1951 | 7/12/2006 | 0747 | |
| 30 | 7/12/2006 | 0748 | 7/13/2006 | 0700 | 1 |
| 30 | 7/13/2006 | 0701 | 7/15/2006 | 0850 | 1 |
| 30 | 7/15/2006 | 0857 | 7/17/2006 | 1100 | |
| 30 | 7/17/2006 | 1107 | | | 2 |
| 30 | 7/18/2006 | 2020 | 7/19/2006 | 1826 | |
| 30 | 7/19/2006 | 1826 | 7/21/2006 | 1030 | 1 |
| 30 | 7/21/2006 | 1035 | 7/22/2006 | 0901 | |
| 30 | 7/21/2006 | 1030 | 7/22/2006 | 0869 | |

See following list of Boxes containing documents and videos seized by the Department of Justice that Harenski searched and then tabbed documents/objects to be copied and produced by Defendant.

**DOCUMENTS:**

| Box# | | |
|---|---|---|
| 10 | 09/30/05 thru 10/05/05 | Shift Paperwork |
| 17 | 11/06/05 thru 11/10/05 | Shift Paperwork |
| 23 | 09/05/05 thru 09/09/05 | Shift Paperwork |
| 24 | 08/29/05 thru 09/04/05 | Shift Paperwork |
| 64 | 05/25/05 thru 05/29/05 | Shift Paperwork |
| 116 | (Taylor) Capt. Gaston's Office File Cabinet | Drawer 5 |
| 119 | (3) IAD Investigative Reports | Inv. Office Drawer 3 |
| 146 | 06/17/06 thru 06/27/06 | Shift Paperwork |
| 165 | (1) IAD Investigative Reports | Inv. Office Drawer 2 |
| 181 | Inmate Grievances 05/01/05 thru 06/30/05 | Capt. Taylor's office |
| 182 | Inmate Grievances 07/01/05 thru 10/07/05 | Capt. Taylor's office |
| 183 | Inmate Grievances 10/01/05 thru 12/30/05 | Capt. Taylor's office |
| 194 | IA, Use of Force | |
| 195 | IAD Investigative Reports | Drawer 4 |
| 196 | IAD Investigative Reports | Drawer 4 |
| 197 | IAD Investigative Reports | Desk |
| 200 | Miscellaneous cassette tapes and disks | |

**VIDEOS:**

| Box# | Start Date | Start Time | End Date | End Time | #(if any) |
|---|---|---|---|---|---|
| 16 | 05/25/2005 | 0810 | | | |
| 20 | 08/31/2005 | 1025 | | | |
| 21 | 10/04/2005 | 0830 | 10/05/2005 | 1351 | 1 |
| 22 | 11/05/2005 | 1408 | 11/06/2005 | 1435 | |
| 22 | 11/05/2005 | 1408 | 11/06/2005 | 1438 | |
| 22 | 11/07/2005 | 1105 | 11/08/2005 | 0935 | |
| 30 | 06/15/2006 | 0729 | 06/16/2006 | 1713 | 2 |