UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MARGUERITE CARRUBBA**  **PLAINTIFF**

**V.**  **CIVIL ACTION NO. 1:07CV1238**

**HARRISON COUNTY, MISSISSIPPI BY AND
THROUGH ITS BOARD OF SUPERVISORS;
HARRISON COUNTY SHERIFF GEORGE PAYNE;
WAYNE PAYNE; DIANE GATSON RILEY;
STEVE CAMPBELL; RICK GATSON; RYAN TEEL;
KARLE STOLZE, WILLIAMS PRIEST, JAMES A.
GONDLES, JR. AMERICAN CORRECTIONAL
ASSOCIATION; JOHN AND JANE DOES 1-3;
HEALTH ASSURANCE LLC AND J. L. WHITE**  **DEFENDANTS**

STATE OF MISSISSIPPI

COUNTY OF HARRISON

## AFFIDAVIT OF TRISH MISKO

PERSONALLY CAME AND APPEARED BEFORE ME the undersigned authority in and for the County and State aforesaid, the within named, TRISH MISKO, who, after first being duly sworn by me on his oath, did depose and state the following:

1. My name is TRISH MISKO, and I am over the age of twenty-one (21) years. I have personal knowledge of the matters and facts contained in this Affidavit and I am competent to testify to the matters stated herein.

2. Contained in one of the 5 IA boxes the United States Department of Justice returned to the Harrison County Adult Detention Center, which were stored here at the offices


EXHIBIT "B"

of Dukes, Dukes, Keating & Faneca, P.A. was Steve Campbell's IA notebook.

3. This notebook contained a one line listing of the IA number, names of those involved, date of the investigation of all IA investigations that were performed from the year of 2003 to 2007.

I certify the above declaration is true and correct under penalty of perjury.

*[signature]*
Affiant/Trish Misko
Harrison County, Mississippi

Sworn to and subscribed before me on this the 13th day of October, 2009.

*[signature]*
Notary Public

My Commission Expires:

(SEAL)

STACEY SCHULTZ
ID # 61916
Commission Expires
Feb. 3, 2013
HARRISON COUNTY