UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MARGUERITE CARRUBBA                                                              PLAINTIFF

V.                                                          CIVIL ACTION NO. 1:07CV1238

HARRISON COUNTY, MISSISSIPPI BY AND
THROUGH ITS BOARD OF SUPERVISORS;
HARRISON COUNTY SHERIFF GEORGE PAYNE;
WAYNE PAYNE; DIANE GATSON RILEY;
STEVE CAMPBELL; RICK GATSON; RYAN TEEL;
KARLE STOLZE, WILLIAMS PRIEST, JAMES A.
GONDLES, JR. AMERICAN CORRECTIONAL
ASSOCIATION; JOHN AND JANE DOES 1-3;
HEALTH ASSURANCE LLC AND J. L. WHITE                             DEFENDANTS

STATE OF MISSISSIPPI

COUNTY OF HARRISON

## AFFIDAVIT OF NADINE FERRELL

PERSONALLY CAME AND APPEARED BEFORE ME the undersigned authority in and for the County and State aforesaid, the within named, NADINE FERRELL, who, after first being duly sworn by me on his oath, did depose and state the following:

1. My name is NADINE FERRELL, and I am over the age of twenty-one (21) years. I currently hold the position of administrative assistant for the Professional Standards Unit at the Harrison County Adult Detention Center. I have personal knowledge of the matters and facts contained in this Affidavit and I am competent to testify to the matters stated herein.

2. As the administrative assistant for the Professional Standards Unit, I was given the

Page 1 of 2


EXHIBIT "C"

responsibility of conducting a search for any and all documents, statements, IA reports, photographs, and investigation information regarding Plaintiff's booking and detention at the Harrison County Adult Detention Center on June 17, 2006.

3. Upon completion of my diligent search of box numbers 97, 119, 165, 188, 189, 190, 191, 192, 194, 196, 197, and 200, returned from the United States Department of Justice, I was unable to find any additional information at this time:

I certify the above declaration is true and correct under penalty of perjury.

*Affiant/Nadine Ferrell*
Harrison County, Mississippi

Sworn to and subscribed before me on this the 13 day of October, 2009.

Notary Public