# UNIFORM ARREST/BOOKING FORM

Case Number: 06-019769

☐ JUVENILE INVOLVED

- BILOXI ☐
- GULFPORT ☒
- LONG BEACH ☐
- PASS CHRISTIAN ☐
- D'IBERVILLE ☐
- HARRISON COUNTY ☐
- OTHER ☐

**Full Name of Person Arrested (Last, First, Middle):** Carrubba, Marguerite Ann

**Address of Defendant:** 1023 East Second St., Pass Christian, MS 39571

**Home Telephone Number:** (228) 669-4672

**DL State:** MS
**DL Type:** ☒ Operators
**DL Expiration Date:** 09/15/2007

**Occupation and Employer:** ☒ Unemployed

**Social Security Number:** 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

**Age:** 44   **Sex:** F   **Race:** W   **Height:** 503   **Weight:** 140   **Hair:** blk   **Eyes:** bro   **Scars, Birth Marks, Tatoos, Amputations:** none

**Place of Birth:** Gulfport MS

**Contact in Event of Emergency:** Richard Carrubba   **Relationship:** Brother

**Contact's Address:** 1023 East Second St., Pass Christian, MS

**Home Telephone Number:** (228) 452-4627
**Business Telephone Number:** (228) - NA

**Date of Arrest:** 06/17/2006   **Day of Arrest:** Sat   **Time of Arrest:** 07:24

**Location of Arrest:** Cowin Rd/Magnolia St   1100   39507 A6

## Charges

| Charge / Offense | Type | Date of Offense | Court Date / Time | Bond Amount |
|---|---|---|---|---|
| Running Red Light | ☒ Traffic | 06/17/2006 | 07/25/2006 09:00 | $158.00 |
| DUI Refusal | ☒ Traffic | 06/17/2006 | 07/25/2006 09:00 | $750.00 |

**Custody Status:** ☒ County Jail; ☒ Municipal Court

**Check All Items That Apply:** ☒ Drinking, ☒ Drunk

**Bond Authorized By:** HCSO Municipal Court

**Total Bond:** $908.00

**Arresting Officer:** 4776 RONALD A. ROE JR.
**Assisting Officer:** 6962 J. Mcconnell
**Transporting Officer:** 4776 RONALD A. ROE JR.

**How was Arrest Made?:** ☒ On Call
**Other Persons Arrested for Same Offense:** ☒ None

**Property Seized?:** ☒ No
**Vehicle Towed?:** ☒ Yes - By Cotton's
**Telephone Call:** ☐ Refused
**Hold Placed On Vehicle?:** ☒ No
**Detective Notified:** ☒ No
**Supervisor Notified:** ☒ No

**Defendant's Rights Given By:** A. Roe   **Date:** 06/17/2006   **Time:** 07:55   **Place:** GPD   **Witness:** J. Mcconnell   ☒ Verbal

**Property:** N/A

**Facility:** Adult Detention ☒

**Docket #:** 287022

**Release Date/Time:** 6/17/06
**Release Status:** Cash Bond
**Sheriff's Receipt #:** 16977

EXHIBIT "A"

| ☐ Juvenile Involved | **GULFPORT POLICE DEPARTMENT** <br> **NARRATIVE REPORT** | Case Number <br> 06-019768 |
|---|---|---|

| ☒ Original Report <br> ☐ Offense Supplement <br> ☐ Custody Supplement <br> ☐ Follow-up Report <br> ☐ Other | Type Offense / Incident <br> DUI ARREST | | Date of This Report <br> 06/17/2006 | Date of Original Report <br> 06/17/2006 | Zip Code <br> 39507 | Area <br> A6 |
|---|---|---|---|---|---|---|
| | Suspect/Victim Name <br> CARRUBBA, MARGUERITE ANN (S) | | Complaint Numbers of Connected Cases | | | |

| Status | Qty | Article | Brand, Make or Manufacturer | Model Name or Number | Description (Color, Size, Etc) | Serial Number and/or OAN | Value |
|---|---|---|---|---|---|---|---|

ON THIS DATE AT APPROX. 0658 HRS. I WAS DISPATCHED TO COWAN RD. AND MAGNOLIA ST FOR A VEHICLE ACCIDENT. I ARRIVED AND OBSERVED A BLUE VAN WITH A WHITE MALE CHANGING A FRONT RIGHT TIRE AND A WHITE FEMALE STANDING BEHIND THE VAN. BEHIND THE VAN WAS A WHITE FORD FOCUS MS TAG DB T8959 AND THIS VEHICLE WAS OCCUPIED BY A WHITE FEMALE LATER ID A MARGUERITE CARRUBBA. I GOT OUT OF THE CAR AND APPROACHED THE WHITE FORD AND MADE CONTACT WITH THE DRIVER CARRUBBA WHO STATED SHE COULD NOT GET OUT OF THE CAR. THE OTHER FEMALE WALKED UP. I ASKED CARRUBBA IF SHE WAS OK AND SHE STATED YES. I THEN ASKED WHAT HAPPENED. THE OTHER FEMALE WHO WAS A PASSENGER OF THE BLUE VAN STATED "SHE (AND POINTED AT CARRUBBA) RAN THE STOP LIGHT AND HIT OUR VEHICLE". CARRUBBA THEN SAID NO THATS NOT WHAT HAPPENED YOU RAN THE LIGHT. I THEN TOLD THE OTHER FEMALE TO WALK BACK TO HER VEHICLE. I THEN ASKED CARRUBBA FOR HER DRIVERS LICENSE AND INSURANCE CARD. CARRUBBA COMPLIED. I HAD A TRAINEE OFFICER, JOSH MCCONNELL IN MY VEHICLE WHO WENT TO THE BLUE VAN AND GOT INFORMATION ON THE DRIVER, OCCUPANT AND VEHICLE FOR THE REPORT. I THEN ASKED CARRUBBA WHAT HAPPENED. CARRUBBA STATED SHE NEEDED TO MAKE A CALL THEN PICKED UP HER CELL PHONE AND CALLED A FAMILY MEMBER. I THEN LEANED OVER THE WINDOW AND ASKED CARRUBBA TO STEP OUT OF THE VEHICLE AND TALK TO ME AND NOT THE PHONE. I THEN COULD SMELL A STRONG ODOR OF INTOXICATING BEVERAGE ON CARRUBBA'S BREATH. AFTER ABOUT FOUR TIMES OF ME REQUESTING CARRUBBA TO GET OUT OF THE VEHICLE SHE FINALLY COMPLIED. WHEN CARRUBBA GOT OUT OF THE VEHICLE SHE STUMBLED AGAINST THE VEHICLE THEN HELD ONTO THE VEHICLE AND WALKED TO THE CURB AS I HAD ASKED HER TO DO. I ASKED CARRUBBA TO STAND WITH HER FEET TOGETHER AND HANDS DOWN BY HER SIDE AND SHE SAID WAIT A MINUTE. "I'VE GOT A BAD BACK AND NECK". I TOLD HER TO STAND STILL. I THEN ASKED CARRUBBA TO HOLD HER HAND OUT AND WAIT FOR MY INSTRUCTION ON A FINGER COUNT. CARRUBBA STATED SHE COULD NOT DO ANYTHING BECAUSE OF HER BACK AND NECK. I TOLD CARRUBBA THAT THE TEST DID NOT AFFECT HER BACK OR NECK IN ANY WAY. AFTER GIVING THE TEST SEVERAL TIMES TO CARRUBBA SHE FINALLY PERFORMED THE TEST AND COMPLETED SATISFACTORY. I THEN ASKED CARRUBBA IF SHE KNEW THE ALPHABET. CARRUBBA SAID YES. I THEN ASKED CARRUBBA TO RECITE THE ALPHABET. CARRUBBA STARTED THE ALPHABET AND MESSED UP WHEN SHE GOT TO G through THE END.

| | | | | **OFFENSE STATUS** | |
|---|---|---|---|---|---|
| Reporting Officer: | ID # 4776 | Name RONALD A. ROE, Jr. | **OPEN** | **CLOSED** | |
| Reviewing Supervisor: | ID # 6511 | Name Sones | ☒ Suspended / Inactive | ☐ Cleared Adult Arrest | ☐ Unfounded |
| Detective Assigned: | ID # | Name | ☐ Patrol Follow-up | ☐ Cleared Exceptional Adult | ☐ Referred To Family Court |
| *Status | E - Evidence | S - Stolen    R - Recovered    D - Damaged | ☐ Detective Follow-up | ☐ Cleared Juvenile Arrest | ☐ Referred To Justice Court |
| Evidence Disposition: | ☐ Property Room  ☐ Court | ☐ Detectives   ☐ Returned To Owner | Signed Affidavit? <br> ☐ Yes ☒ No <br> ☐ Will Sign Later | ☐ Cleared Exceptional Juvenile | ☐ Referred to Other: |
| Attachments: | ☐ Suspect Report  ☐ Narrative <br> ☐ Property Invoice  ☐ NCIC Printout | ☐ Custody   ☐ Vehicle Inventory <br> ☐ Other: | | ☐ Other Cleared Exception | |

Page 01 of 02



# GULFPORT POLICE DEPARTMENT
## NARRATIVE REPORT

☐ Juvenile Involved

Case Number: 06-019766

☒ Original Report
☐ Offense Supplement
☐ Custody Supplement
☐ Follow-up Report
☐ Other

Type Offense / Incident: DUI ARREST

Suspect/Victim Name: CARRUBBA, MARGUERITE ANN (S)

Date of This Report: 06/17/2006
Date of Original Report: 06/17/2006
Zip Code: 39507
Area: A6

Complaint Numbers of Connected Cases:

| Status | Qty | Article | Brand, Make or Manufacturer | Model Name or Number | Description (Color, Size, Etc) | Serial Number and/or OAN | Value |
|---|---|---|---|---|---|---|---|

I THEN ASKED CARRUBBA TO HOLD HER HANDS DOWN BY HER SIDE AND LOOK AT THE TIP OF MY PIN AND FOLLOW WITH HER EYES ONLY AND NOT MOVE HER HEAD. CARRUBBA'S EYES HAD INVOLUNTARY MOVEMENT IN BOTH EYE, DID NOT MOVE FLUIDLY, AND THE EYES JUMPED BACK AND FORTH AT ONSET TO 45°. AFTER THIS TEST CARRUBBA INDICATED SHE WOULD NOT DO ANY MORE TEST BECAUSE OF HER BACK AND NECK. I THEN TOLD CARRUBBA SHE WAS UNDER ARREST FOR RUNNING A RED LIGHT AND DUI. AT THE STATION CARRUBBA ATTEMPTED TO GIVE A BREATH SAMPLE TO OFFICER KINCAID AS HE WAS GIVING HER THE BREATHALYZER TEST BUT CARRUBBA DID NOT BLOW CORRECTLY. CARRUBBA WAS CHARGED WITH A DUI REFUSAL AND RUNNING A RED LIGHT AND WAS LATER TRANSPORTED TO THE HARRISON COUNTY JAIL.

Reporting Officer: ID # 4776    Name: RONALD A. ROE, Jr.
Reviewing Supervisor: ID # 6511    Name: Sones
Detective Assigned: ID #    Name:
*Status: E - Evidence    S - Stolen    R - Recovered    D - Damaged
Evidence Disposition: ☐ Property Room  ☐ Court  ☐ Detectives  ☐ Returned To Owner
Attachments: ☐ Suspect Report  ☐ Narrative  ☐ Custody  ☐ Vehicle Inventory  ☐ Property Invoice  ☐ NCIC Printout  ☐ Other

## OFFENSE STATUS

**OPEN**
☒ Suspended / Inactive
☐ Patrol Follow-up
☐ Detective Follow-up

Signed Affidavit?
☐ Yes  ☒ No
☐ Will Sign Later

**CLOSED**
☐ Cleared Adult Arrest
☐ Cleared Exceptional Adult
☐ Cleared Juvenile Arrest
☐ Cleared Exceptional Juvenile
☐ Other Cleared Exception

☐ Unfounded
☐ Referred To Family Court
☐ Referred To Justice Court
☐ Referred to Other

Page 02 of 02

**MUCR Person/Occupant**

V0. Veh. # : 0 1
P0. Person #: 0 1
Agency Number: 2 4 0 3
Agency Case Number: 0 6 - 0 1 9 7 6 8
Page: 0 3 of 0 6

**P1. Person Type:** ● Driver  ○ Pedestrian  ○ Bicyclist  ○ Skater  ○ Other non-motorist  ○ Train Engineer  ○ Hit and Run Driver  ○ LE

P2. License #: 428291382
P3. State: M S
P4. CDL? ● N  ○ Y
P5. DOB (MM/DD/YYYY): 09 / 15 / 1961
P6. First Name: MARGUERITE  M: A  Last Name: CARRUBBA
P7. Address: 1023 E 2ND ST.
P8. Phone Number: 2286694672
P9. City: PASS CHRISTIAN
P10. State: M S
P11. Zip Code: 39571

**P12. DL Status:** ● Valid  ○ Suspended - DUI  ○ No License  ○ Learner Permit  ○ Expired  ○ Improper DL  ○ Suspended  ○ Other

P14. Tickets: 1) 4 1 3 4 3 X  2) 0 5 7 9 9 0
P15. Offenses: 1) 6 3 3 3 0 9  2) 6 3 1 1 3 0

P16: ● Not Transported  ○ Police  ○ Hearse  ○ EMS  ○ Private Vehicle
P17. EMS Agency Code:
P18. Medical Facility Code:

**P19. Condition:**
○ No Defects Apparent
○ Unknown
○ Hit and Run
○ Drinking - Not impaired
● Drinking - Impaired
○ Fell Asleep/Fainted/Fatigue
○ Obviously Intoxicated
○ Physical Impairment
○ Affected by Exhaust Fumes
○ Using Drugs - Impaired
○ Using Drugs - Not Impaired
○ Pending Lab Results

**P20. Non-Motorist Action:**
○ Unknown
○ Entering/Crossing Roadway
○ Walking/running/playing/cycling
○ Working
○ Pushing vehicle
○ Approaching/leaving vehicle
○ Playing/working on vehicle
○ Standing

**P21. Contributing Circumstances:**
☐ No Apparent Improper Driving
☐ Failed to Yield Right of Way
☐ Following Too Closely
☐ Speed Too Fast For Conditions
☐ Driving Under The Influence
☐ Animal on Roadway
☐ Faulty Equipment
☐ Exceeded Lawful Speed
☐ Improper Passing/Overtaking
☐ Made Improper Turn
☐ Left of Center
☐ Failure to keep proper lane/Run off road
☐ Avoidance
☐ Drove on Wrong Side of Road
☐ Fatigued/Asleep
☐ Illegally Crossing Median
☐ Improper Lane Change
☐ Lying and/or illegally in roadway
☐ Not Visible (Dark Clothing)
☐ Operating Defective Equipment
☐ Passed Stop Sign
☐ Pedestrian Actions
☒ Ran Red Light
☐ Roadway Defects
☐ Visibility Obstructed
☐ Improper Backing
☐ See Crash Description

**P22. Safety Equip:** ☒ Shoulder & Lap Belt  ☐ None  ☐ Lap Belt  ☐ Automated Restraint  ☐ Shoulder Belt  ☐ Child Safety Seat  ☐ Helmet

**P23. Injury Type:** ● None  ○ Complaint of Pain  ○ Moderate  ○ Life Threatening  ○ Killed

**P24. Ejection:** ● Not  ○ Partially  ○ Totally

**P25. Extricated:** ● N  ○ Y
**P26. Sex:** ○ M  ● F
**P27. Race:** ● White  ○ Hispanic  ○ Black  ○ Other
**P28. Position:** ● Left  ○ Center  ○ Right

**P29. Airbag:** ○ Deployed - Front  ○ Deployed - Side  ○ Deployed - Both  ● Not Deployed  ○ No Airbag

**Alcohol Test Information**
**P30. Type:** ○ None  ○ Blood  ● Breath  ○ Serum  ○ Urine
**P31. Status:** ○ None given  ● Test refused  ○ Test given  ○ Test given, pending
**P32. Result:**

**Drug Test Information**
**P33. Type:** ○ None  ○ Blood  ○ Serum  ○ Urine
**P34. Status:** ○ None given  ○ Test refused  ○ Test given, pending  ○ Test given

---

**Occupant**

O0. Vehicle #:
O1. First Name:   M:   Last Name:
O2. Address Same as Driver #:
O3. Address:
O4. City:   O5. State:   Unborn Child ☐

O6. Position: ○ Front-Driver  ○ Front-Middle  ○ Front-right  ○ 2nd-left  ○ 2nd-middle  ○ 2nd-right  ○ 3rd-left  ○ 3rd-middle  ○ 3rd-right  ○ Sleeper of Truck Cab  ○ Encl. Pass./Cargo Area  ○ Unencl. Pass./Cargo Area  ○ Riding on Exterior  ○ Towed Vhcl./Trailer

O7. Safety Equip: ☐ Shoulder and Lap Belt  ☐ None  ☐ Lap Belt  ☐ Automated Restraint  ☐ Shoulder Belt  ☐ Child Safety Seat  ☐ Helmet

O8. Sex: ○ M  ○ F
O9. Race: ○ White  ○ Hispanic  ○ Black  ○ Other
O10. Age:
O11. Extricated: ○ N  ○ Y
O12. Ejection: ○ Not  ○ Partially  ○ Totally
O13. Injury Type: ○ None  ○ Life Threatening  ○ Complaint of Pain  ○ Moderate  ○ Killed
O14. Airbag: ○ Deployed - Front  ○ Deployed - Side  ○ Deployed - Both  ○ Not Deployed  ○ No Airbag

O15: ○ Not Transported  ○ Police  ○ Hearse  ○ EMS  ○ Private Vehicle
O16. EMS Agency Code:
O17. Medical Facility Code:

---

**Occupant**

O0. Vehicle #:
O1. First Name:   M:   Last Name:
O2. Address Same as Driver #:
O3. Address:
O4. City:   O5. State:   Unborn Child ☐

O6. Position: ○ Front-Driver  ○ Front-Middle  ○ Front-right  ○ 2nd-left  ○ 2nd-middle  ○ 2nd-right  ○ 3rd-left  ○ 3rd-middle  ○ 3rd-right  ○ Sleeper of Truck Cab  ○ Encl. Pass./Cargo Area  ○ Unencl. Pass./Cargo Area  ○ Riding on Exterior  ○ Towed Vhcl./Trailer

O7. Safety Equip: ☐ Shoulder and Lap Belt  ☐ None  ☐ Lap Belt  ☐ Automated Restraint  ☐ Shoulder Belt  ☐ Child Safety Seat  ☐ Helmet

O8. Sex: ○ M  ○ F
O9. Race: ○ White  ○ Hispanic  ○ Black  ○ Other
O10. Age:
O11. Extricated: ○ N  ○ Y
O12. Ejection: ○ Not  ○ Partially  ○ Totally
O13. Injury Type: ○ None  ○ Life Threatening  ○ Complaint of Pain  ○ Moderate  ○ Killed
O14. Airbag: ○ Deployed - Front  ○ Deployed - Side  ○ Deployed - Both  ○ Not Deployed  ○ No Airbag

O15: ○ Not Transported  ○ Police  ○ Hearse  ○ EMS  ○ Private Vehicle
O16. EMS Agency Code:
O17. Medical Facility Code:

5899010293

## MUCR Vehicle

V0. Vehicle #: 01
V1. Total Occupants: 01
Agency Number: 2 4 0 3
Agency Case Number: 06-019768
Page 04 of 06

### Owner Information

V2. State: MS
V3. Year: 2007
V4. License Plate Number: T8959
Same as Driver: ☒
V12. Owner Name: MARGUERITE A CARRUBBA

V5. Make: FORD
V6. Model Year: 2002
V13. Address: 1023 E 2ND ST.

V7. Vehicle Model: FOCUS
V8. Vehicle Color: WHIT
V14. City: PASS CHRISTIAN
V15. State: MS
V16. Zip Code: 39571

V9. Damage: ● Light
V10. Speed Zone: 45
V11. Est Speed: 30
V19. No Proof of Insurance: ☐
V17. Insurance Company Name: STATE FARM
V18. Policy Number: 610266C2324

### V20. Sequence of Events

**Collision w/ Person, Vehicle/Non-fixed Object**
- Moving Vehicle (1) ●

**Collision w/ Fixed Object** — (none marked)

**Non-Collision** — (none marked)

### V24. Vehicle Action
● Going Straight

### V25. Vehicle Configuration
● Passenger Car

### V26. Traffic Control Device
● Signal
V27. Device Functioning? ● Y

### V28. Road Character
● Intersect two roads

### V29. Road Design
● 3 Lane
V30. Divided? ● Yes
V31. Center Turn Lane? ● Yes

### V32. Road Surface Type
● Asphalt

### V75. Exhaust Type
● None

V33. Towed? ● Yes
V34. Authority: ● Police
V35. Towed By: COTTON'S WRECKER SERVICE

### Commercial Vehicle
(blank)

1471024009

# MUCR Person/Occupant

V0. Veh. #: 02
P0. Person #: 02
Agency Number: 24-03
Agency Case Number: 06-01978
Page: 05 of 06

**P1. Person Type:** ● Driver  ○ Pedestrian  ○ Bicyclist  ○ Skater  ○ Other non-motorist  ○ Train Engineer  ○ Hit and Run Driver  ○ LE

- **P2. License #:** 417180264
- **P3. State:** MS
- **P4. CDL?:** ○ N  ○ Y (marked N)
- **P5. DOB:** 10/16/1970
- **P6. First Name:** DOUGLAS
- **M:** W
- **Last Name:** CATON
- **P7. Address:** 1201 COLLEGE ST.
- **P8. Phone Number:** 228-284-4089
- **P9. City:** GULFPORT
- **P10. State:** MS
- **P11. Zip Code:** 39507

**P12. OL Status:** ● Valid  ○ Suspended - DUI  ○ No License  ○ Learner Permit  ○ Expired  ○ Improper DL  ○ Suspended  ○ Other

**P22. Safety Equip. (3):** ☒ Shoulder & Lap Belt  ☐ None  ☐ Lap Belt  ☐ Automated Restraint  ☐ Shoulder Belt  ☐ Child Safety Seat  ☐ Helmet

**P23. Injury Type:** ● None  ○ Complaint of Pain  ○ Moderate  ○ Life Threatening  ○ Killed

**P24. Ejection:** ● Not  ○ Partially  ○ Totally

**P25. Extricated:** ● N  ○ Y

**P13. Test #1:** ○ Y  ● N  ○ P
**P14. Offense:** (blank)

**P26. Sex:** ● M  ○ F
**P27. Race:** ● White  ○ Hispanic  ○ Black  ○ Other
**P28. Position:** ● Left  ○ Center  ○ Right

**P16. Xport:** ● Not Transported  ○ Police  ○ Hearse  ○ EMS  ○ Private Vehicle
**P17. EMS Agency Code:** (blank)
**P18. Medical Facility Code:** (blank)

**P29. Airbag:** ○ Deployed - Front  ● Not Deployed  ○ Deployed - Side  ○ No Airbag  ○ Deployed - Both

**P19. Condition:**
- ● No Defects Apparent
- ○ Unknown
- ○ Hit and Run
- ○ Drinking - Not Impaired
- ○ Drinking - Impaired
- ○ Fell Asleep/Fainted/Fatigue
- ○ Obviously Intoxicated
- ○ Physical Impairment
- ○ Affected by Exhaust Fumes
- ○ Using Drugs - Impaired
- ○ Using Drugs - Not Impaired
- ○ Pending Lab Results

**P20. Non-Motorist Action:**
- ○ Unknown
- ○ Entering/Crossing Roadway
- ○ Walking/running/playing/cycling
- ○ Working
- ○ Pushing vehicle
- ○ Approaching/leaving vehicle
- ○ Playing/working on vehicle
- ○ Standing

**Alcohol Test Information**
- **P10. Type:** ● None  ○ Serum  ○ Blood  ○ Urine  ○ Breath
- **P11. Status:** ● None given  ○ Test given  ○ Test refused  ○ Test given, pending
- **P12. Result:** (blank)

**P21. Contribution Circumstances (3):**
- ☒ No Apparent Improper Driving
- ☐ Failed to Yield Right of Way
- ☐ Following Too Closely
- ☐ Speed Too Fast For Conditions
- ☐ Driving Under The Influence
- ☐ Animal on Roadway
- ☐ Faulty Equipment
- ☐ Exceeded Lawful Speed
- ☐ Improper Passing/Overtaking
- ☐ Made Improper Turn
- ☐ Left of Center
- ☐ Failure to keep proper lane/Run off road
- ☐ Avoidance
- ☐ Drove on Wrong Side of Road
- ☐ Fatigued/Asleep
- ☐ Illegally Crossing Median
- ☐ Improper Lane Change
- ☐ Lying and/or illegally in roadway
- ☐ Not Visible (Dark Clothing)
- ☐ Operating Defective Equipment
- ☐ Passed Stop Sign
- ☐ Pedestrian Actions
- ☐ Ran Red Light
- ☐ Roadway Defects
- ☐ Visibility Obstructed
- ☐ Improper Backing
- ☐ See Crash Description

**Drug Test Information**
- **P13. Type:** ○ None  ○ Serum  ○ Blood  ○ Urine
- **P14. Status:** ● None given  ○ Test given, pending  ○ Test refused  ○ Test given

## Occupant

- **O0. Vehicle #:** 02
- **O1. First Name:** MELISSA
- **M:** R
- **Last Name:** CATON
- **O2. Address Same as Driver #:** 02
- **O3. Address:** 1201 COLLEGE ST.
- **O4. City:** GULFPORT
- **O5. State:** MS
- **Unborn Child:** ☐

**O6. Position:**
- ○ Front-Driver
- ○ Front-Middle
- ● Front-right
- ○ 2nd-left
- ○ 2nd-middle
- ○ 2nd-right
- ○ 3rd-left
- ○ 3rd-middle
- ○ 3rd-right
- ○ Sleeper of Truck Cab
- ○ Encl. Pass./Cargo Area
- ○ Unencl. Pass./Cargo Area
- ○ Riding on Exterior
- ○ Towed Vhcl./Trailer

**O7. Safety Equip. (2):** ☒ Shoulder and Lap Belt  ☐ None  ☐ Lap Belt  ☐ Automated Restraint  ☐ Shoulder Belt  ☐ Child Safety Seat  ☐ Helmet

**O8. Sex:** ○ M  ● F
**O9. Race:** ● White  ○ Hispanic  ○ Black  ○ Other
**O10. Age:** 42
**O11. Ejected:** ● N  ○ Y
**O12. Ejection:** ● Not  ○ Partially  ○ Totally
**O13. Injury Type:** ● None  ○ Complaint of Pain  ○ Moderate  ○ Life Threatening  ○ Killed
**O14. Airbag:** ○ Deployed - Front  ● Not Deployed  ○ Deployed - Side  ○ No Airbag  ○ Deployed - Both

**O15. Xport:** ● Not Transported  ○ Police  ○ Hearse  ○ EMS  ○ Private Vehicle
**O16. EMS Agency Code:** (blank)
**O17. Medical Facility Code:** (blank)

## Occupant

- **O0. Vehicle #:** (blank)
- **O1. First Name:** (blank)
- **M:** (blank)
- **Last Name:** (blank)
- **O2. Address Same as Driver #:** (blank)
- **O3. Address:** (blank)
- **O4. City:** (blank)
- **O5. State:** (blank)
- **Unborn Child:** ☐

**O6. Position:**
- ○ Front-Driver
- ○ Front-Middle
- ○ Front-right
- ○ 2nd-left
- ○ 2nd-middle
- ○ 2nd-right
- ○ 3rd-left
- ○ 3rd-middle
- ○ 3rd-right
- ○ Sleeper of Truck Cab
- ○ Encl. Pass./Cargo Area
- ○ Unencl. Pass./Cargo Area
- ○ Riding on Exterior
- ○ Towed Vhcl./Trailer

**O7. Safety Equip. (2):** ☐ Shoulder and Lap Belt  ☐ None  ☐ Lap Belt  ☐ Automated Restraint  ☐ Shoulder Belt  ☐ Child Safety Seat  ☐ Helmet

**O8. Sex:** ○ M  ○ F
**O9. Race:** ○ White  ○ Hispanic  ○ Black  ○ Other
**O10. Age:** (blank)
**O11. Ejected:** ○ N  ○ Y
**O12. Ejection:** ○ Not  ○ Partially  ○ Totally
**O13. Injury Type:** ○ None  ○ Complaint of Pain  ○ Moderate  ○ Life Threatening  ○ Killed
**O14. Airbag:** ○ Deployed - Front  ○ Not Deployed  ○ Deployed - Side  ○ No Airbag  ○ Deployed - Both

**O15. Xport:** ○ Not Transported  ○ Police  ○ Hearse  ○ EMS  ○ Private Vehicle
**O16. EMS Agency Code:** (blank)
**O17. Medical Facility Code:** (blank)

5899010293

## MUCR Vehicle

- V0. Vehicle #: 02
- V1. Total Occupants: 02
- Agency Number: 2403
- Agency Case Number: 06-01978
- Page 06 of 06

### Owner Information
- V7. State: MS
- V3. Year: 2006
- V4. License Plate Number: 607 HVH
- Same as Driver: ☒
- V12. Owner Name: DOUGLAS W CATON
- V5. Make: CHEVROLET
- V6. Model Year: 1995
- V13. Address: 1201 COLLEGE ST.
- V7. Vehicle Model: ASTROVAN
- V8. Vehicle Color: BLUE
- V14. City: GULFPORT
- V15. State: MS
- V16. Zip Code: 39507
- V10. Speed Zone: 45
- V11. Est Speed: 20
- V19. No Proof of Insurance: ☐
- V17. Insurance Company Name: USA
- V18. Policy Number: PAP050076576001
- V9. Damage: ○ Heavy  ● Light  ○ None

### V20. Sequence of Events

**Collision w/ Person, Vehicle/Non-fixed Object** (columns 1,2,3,4):
- Animal
- Bicyclist
- Maintenance Equip.
- Moving Vehicle
- Parked Vehicle ● (col 1)
- Pedestrian
- Train
- Slowing Vehicle
- Stopped Vehicle in Road

**Non-Collision** (columns 1,2,3,4):
- Cargo Loss/Shift
- Crossover
- Equipment Failure
- Fell/Jump from Vehicle
- Fire/Explosion
- Immersion
- Jackknife
- Median/Centerline
- Thrown/Falling Object
- Off roadway/Left
- Off roadway/Right
- Overturn/Rollover
- Unit Separation
- Over Correcting/Steering

**Collision w/ Fixed Object** (columns 1,2,3,4):
- Attenuator/Cushion
- Bridge Structure
- Culvert
- Curb
- Ditch
- Embankment
- Fence
- Guardrail
- Mailbox
- Median Barrier
- Post/Pole/Support
- Tree
- Other Fixed Object

### V21. Vehicle Action
- ○ Going Straight
- ○ Avoidance
- ● Making Left Turn
- ○ Lane Change
- ○ Stopped
- ○ Leaving Parking
- ○ Slow/Stop in Road
- ○ Overtaking/Passing
- ○ Parked
- ○ Parking Position
- ○ Backing
- ○ Making U Turn
- ○ Making Right Turn
- ○ In Tow

### V22. Vehicle Configuration
- ○ Passenger Car
- ○ School Bus
- ○ Train
- ○ Light Truck
- ○ Single-Unit Truck(2)
- ○ Truck/Trailer
- ● Stationwagon/Van
- ○ Single-Unit Truck(3+)
- ○ Emergency Veh.
- ○ SUV
- ○ Farm Tractor
- ○ Commercial Bus
- ○ Motorcycle
- ○ Tractor/SemiTrailer
- ○ ATV
- ○ Other
- ○ Tractor(2)
- ○ Farm Equip.
- ○ RV
- ○ Tractor(3)
- ○ Unknown Truck

### Damage Diagram
- ○ Under
- ○ Overturn
- ○ None
- ○ Other

### V25. Bikeway Type
- ● None
- ○ Right only
- ○ Left Only
- ○ Both Sides
- ○ Separate
- ○ Signed

### V26. Traffic Control Device
- ○ Channel-Painted
- ○ Officer
- ○ Channel-Physical
- ○ RR Flashing Signal
- ○ Flag Person
- ○ RR Signal and Gate
- ○ Flashing Signal Red
- ● Signal
- ○ Flashing Signal Yellow
- ○ Stop Sign
- ○ No Passing
- ○ Railroad Sign
- ○ None
- ○ Yield Sign
- V27. Device Functioning? ● Y  ○ N

### V24. Road Character
- ○ Straight/Level
- ○ Bridge
- ● Intersect two roads
- ○ Private Drive
- ○ Straight/Grade
- ○ Curve/Hillcrest
- ○ Curve/Level
- ○ Crossover
- ○ Straight/Hillcrest
- ○ Begin/End Divided Road
- ○ Curve/Grade
- ○ One-Way

### V28. Road Design
- ● 2 Lane
- ○ 3 Lane
- ○ 4+
- ○ Frontage/Ramp
- ○ Parking Lot
- ○ One Way
- ○ 1 Lane
- ○ Unpaved
- V30. Divided? ○ Yes ● No
- V31. Center Turn Lane? ○ Yes ● No

### V32. Road Surface Type
- ● Asphalt
- ○ Concrete
- ○ Dirt
- ○ Gravel
- ○ Other - See Narrative

- V33. Towed? ○ Yes ● No
- V34. Authority: ○ Owner ○ Police ○ Other
- V35. Towed By:

### Commercial Vehicle
- C1. Carrier ID Number:
- C2. Authority: ○ US DOT ○ State ○ Mexico ○ MC ○ Canada
- C3. Carrier Name:
- C4. Carrier Address:
- C5. City:
- C6. State:
- C7. Zip Code:
- C8. GVWR #

### C9. Cargo Body Type
- ○ Auto transporter
- ○ Flatbed
- ○ Bus<15
- ○ Garbage/refuse
- ○ Bus 15+
- ○ Grain/chips/gravel
- ○ Cargo tank
- ○ Other
- ○ Concrete Mixer
- ○ Pole/log
- ○ Dump
- ○ Van/enclosed box
- ○ None
- ○ N/A

- C10. Commodity Hauled:
- C11. Placard ID:
- C12. HAZMAT Released ○ Yes ○ No

1471024009

# STATE OF MISSISSIPPI UNIFORM CRASH REPORT

**Agency Number:** 2 4 0 3   **Agency Case Number:** 0 6 - 0 1 9 7 6 8   **Page** 0 1 **of** 0 6

**Agency Name:** GULFPORT POLICE DEPT
**G1. County:** 2 4
**G2. Status Code:** ● C  ○ P  ○ U

**G3. Reported Date (MM/DD/YYYY):** 06/12/2006
**G4. Reported Time (2400):** 0658
**G5. Officer Time — Arrival Time (2400):** 0704
**ID-24 Time (2400):** 0730
**G6. Vehicles:** 02
**G7. Killed:** 00
**G8. Injured:** 00

**G9. Address Number:** 11001
**G10. Street Name:** COWAN ROAD
**G11. Hwy/County Road #:** 
**G12. Trafficflow Direction:** ● N ○ E ○ S ○ W

**G13. Int.:** ● Y ○ N
**G14. Distance:** 
**G15. Direction:** ○ N ○ E ○ S ○ W ○ F ○ M
**G16. Intersecting Street Name:** MAGNOLIA STREET
**G17. Int. Hwy/County Road #:** 

**G18. City Name:** GULFPORT
**G19. Latitude:** N 30 24.229
**G20. Longitude:** W 089 01.603

## G21. First Harmful Event
- ○ Rear end slow or stop
- ○ Rear end turn
- ○ Left turn same roadway
- ○ Left turn cross traffic
- ○ Right turn cross traffic
- ○ Head on
- ● Sideswipe
- ○ Angle
- ○ Hit and run
- ○ Overturn
- ○ Jackknife
- ○ Fell from vehicle
- ○ Other
- ○ Pedestrian
- ○ Parked Vehicle
- ○ Train
- ○ Bicyclist
- ○ Deer
- ○ Animal (other than deer)
- ○ Bridge/Culvert
- ○ Embankment/Ditch/Curb
- ○ Guardrail/Median Barrier
- ○ Tree
- ○ Utility pole/light support
- ○ Other fixed object
- ○ Sign Post
- ○ Signal standard
- ○ Building/Other Structure
- ○ Maint. Equip. - Not Moving
- ○ Maint. Equip. - Moving
- ○ Other non-fixed object

## G22. Crash Location
- ● Roadway
- ○ Off-Roadway
- ○ Median
- ○ Roadside
- ○ Shoulder
- ○ Parking Lot
- ○ Gore

## G23. Intersection Type
- ○ None
- ● Four-way Inter
- ○ T - Intersection
- ○ Crossover
- ○ Driveway
- ○ Five-point or more
- ○ Off Ramp
- ○ On Ramp
- ○ Path/Trail
- ○ RR Xing
- ○ Traffic Circle/Round
- ○ Y - Intersection

## G24. Roadway System
- ● City Street
- ○ State Highway
- ○ U.S. Highway
- ○ County Road
- ○ Parking Lot/Private Drive
- ○ Interstate
- ○ Off Road
- ○ State Park

## G25. Light Condition
- ● Daylight
- ○ Dark-Lit
- ○ Dark-Unlit
- ○ Dawn
- ○ Dusk

## G26. Road Condition
- ● Dry
- ○ Wet
- ○ Water
- ○ Sand/Mud/Dirt/Oil/Gravel
- ○ Ice
- ○ Slush
- ○ Snow

## G27. Weather Condition (2)
- ● Clear
- ○ Rain
- ○ Cloudy
- ○ High winds
- ○ Blown Debris
- ○ Fog/Smog/Smoke
- ○ Sleet/Hail
- ○ Snow

## G28. Workzone Relationship
- ● Not Workzone Related
- ○ Within Construction Zone
- ○ Advance Warning Area

## G29. Workzone Type (2)
- ● None
- ○ Intermittent or Moving Work
- ○ Lane Closure
- ○ Lane Shift/Crossover
- ○ Shoulder/Median Work
- ○ Utility

## WITNESS(ES)

**G30. First Name:** | **M:** | **Last Name:**
**G31. Address:** 
**G32. Phone Number:** 
**G33. City:** | **G34. State:** | **G35. Zip Code:** 
**G36. Sex:** ○ M ○ F | **G37. Age:** 

**G38. First Name:** | **M:** | **Last Name:** 
**G39. Address:** 
**G40. Phone Number:** 
**G41. City:** | **G42. State:** | **G43. Zip Code:** 
**G44. Sex:** ○ M ○ F | **G45. Age:** 

**G46. Badge Number:** 4 7 7 6
**G47. Investigating Officer Name (Please Print):** Roland A. Roe Jr.
**G48. Officer Signature:** *Roland A. Roe Jr.*

**G49. Reviewing Badge Number:** 4 6 3 1
**G50. Reviewing Officer Initials:** G H
**G51. Photos Taken:** ○ Y ● N
**G52. Photographer and Badge #:** 

9582404259



**N2. Collision Narrative**

VEHICLE ONE WAS NORTH ON COWAN ROAD. VEHICLE TWO WAS MAKING A LEFT TURN ONTO COWAN ROAD OFF OF MAGNOLIA STREET. VEHICLE TWO HAD THE RIGHT OF WAY WHEN VEHICLE ONE RAN THE RED LIGHT. THE TWO VEHICLES CRASHED INTO EACH OTHER CAUSING MINOR DAMAGE. THE TWO VEHICLES PULLED OVER TO THE SIDE OF THE ROAD AND WAITED FOR POLICE.