MEMORIAL HOSPITAL AT GULFPORT
CERTIFICATION BY CUSTODIAN OF MEDICAL RECORDS

STATE OF MISSISSIPPI

COUNTY OF HARRISON

The undersigned being duly sworn does state on oath as follows:

1. That she is the duly authorized custodian of the hospital medical records of MEMORIAL HOSPITAL AT GULFPORT and has the authority to certify records.

2. That the within and annexed are true and correct copies of requested portions from the medical records of CARRUBBA, MARGUERITE, DOB: 09/15/1961 as described in the correspondence received for these records.

3. The within and annexed records were prepared either by the personnel of the hospital or it's staff, physicians or by persons acting under the control either of them, in the ordinary course of hospital business at or near the time of the act, condition or event reported therein.

_____
Signature of Custodian

SWORN AND SUBSCRIBED before me, this the 20 day of May 2009

_____
Notary Public

MISSISSIPPI STATEWIDE NOTARY PUBLIC
MY COMMISSION EXPIRES SEPT 8, 2010
BONDED THRU STEGALL NOTARY SERVICE

EXHIBIT
"C"

# Memorial — PATIENT REGISTRATION

E15    TLA

| Field | Value |
|---|---|
| MR | 0000018673 |
| PATIENT NAME | CARRUBBA, MARGUERITE A |
| FC | O - |
| ROOM NO. | |
| ACCOUNT NO. | 06168-00189 |
| PATIENT ADDRESS | 1023 E 2ND ST |
| CITY | PASS CHRISTIAN |
| STATE | MS |
| ZIP CODE | 39571 |
| SOCIAL SECURITY NO. | (redacted) 2 |
| ADMISSION DATE | 06/17/06 |
| ADM. HOUR | 2247 |
| ADM. TYPE | 1 |
| ADM SOURCE | 7 |
| ACCOD CODE | |
| DISCHARGE DATE | ERC ER |
| MED SV. CD | |
| ADM. PHY | 999 |
| ATT. PHY. | 999 |
| ATT. PHYS. NAME | PHYSICIAN, E R |
| PATIENT PHONE | (228)669-4672 |
| BIRTHDATE | (redacted) |
| AGE | 44Y |
| SEX | F |
| ORIGIN | 4 |
| MARITAL | S |
| RELIGION | CHR |
| CHURCH PREFERENCE | NO SPECIFIC/CHRISTIAN |
| SPOUSE'S NAME | |
| NEAREST RELATIVE | |
| RELATIONSHIP | |
| PATIENT'S MAIDEN NAME | |
| IN CASE OF EMERGENCY NOTIFY | CARRUBBA, RICHARD |
| RELATIONSHIP | BROTHER |
| ADDRESS | 1023 E 2ND ST |
| CITY | PASS CHRISTIAN |
| STATE | |
| ZIP CODE | |
| PRIMARY EMERGENCY PHONE | (228)452-4627 |
| ALT EMERGENCY PHONE | |
| PATIENT EMPLOYER | DISABLED |
| ADDRESS OF EMPLOYER | NONE |
| CITY | GULFPORT |
| STATE | |
| ZIP CODE | 39501 |
| PHONE | (228)000-0000 |
| OTHER EMPLOYER | CARRUBBA, MARGUERITE A |
| GUARANTOR EMPLOYER | DISABLED |
| PHONE | (228)000-0000 |
| GUARANTOR SOCIAL SECURITY NO. | 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 |
| ADDRESS OF GUARANTOR EMPLOYER | NONE |
| CITY | NONE |
| STATE | GULFPORT |
| ZIP CODE | MS 39501 |
| ACCIDENT | ALLEGED ASSULT |
| DATE | |
| TIME | |

| NAME OF INSURANCE NO. 1 | NAME OF INSURANCE NO. 2 | NAME OF INSURANCE NO. 3 |
|---|---|---|
| MEDICARE | MEDICARE 1500 FORM | MEDICAID SECONDARY |
| GROUP NAME | GROUP NAME | GROUP NAME |
| GROUP NO. / POLICYHOLDER: CARRUBBA, MARGUERITE A (redacted) | GROUP NO. / POLICYHOLDER: CARRUBBA, MARGUERITE A | GROUP NO. / POLICYHOLDER: CARRUBBA, MARGUERITE A  601603411 |
| STREET ADDRESS: MEDICARE PO BOX 23035 | STREET ADDRESS: MEDICARE PO BOX 23035 | STREET ADDRESS: MEDICAID PO BOX 23077 |
| CITY: JACKSON   STATE: MS   ZIP: 39225 | CITY: JACKSON   STATE: MS   ZIP: 39225 | CITY: JACKSON   STATE: MS   ZIP: 39225 |

**Admitting Diagnosis** (Record here or on Physical Examination)      Days

**PRINCIPAL Diagnosis**      Codes

**Complications and/or Additional Diagnosis (List All)**

**Principal Procedure**

**All Other Procedures**

PRINTED BY: slh9337
DATE   5/18/2009

Consultation with

DISCHARGE STATUS:  ☐ ALIVE  ☐ AMA  ☐ DIED  (AUTOPSY ☐ YES ☐ NO)  ☐ TRANSFER

MHG#1460 (Rev. 7/99)                                      An Affiliate of Voluntary Hospitals of America Inc. VF


*1340B*

# CONSENT FOR ADMISSION TO HOSPITAL AND MEDICAL TREATMENT

I, X Myself _____, give permission for such examination and treatment as the doctor(s) considers necessary or advisable for the care of CARRUBBA, Marguerite A (Patient's Name).

**I understand:**
1. That examination and treatment may include x-rays, drawing blood, medical/surgical care, medicines, anesthesia, or other healing measures.
2. That unexpected situations may arise and I now give permission, in the event I am later unavailable or unable to consent, for the doctor(s) to do what is necessary to save the health, or life, of the above named patient.
3. If I/the above named patient deliver a baby during this hospital stay, I give permission for such examination and treatment of that baby as the doctor(s) considers necessary and advisable.
4. The practice of medicine and surgery is not an exact science. There are no guarantees of success.
5. I have read and do understand this consent. I have had a chance to ask questions. The MHG staff answered my questions.

## CONSENT TO RECORDING OR FILMING

I consent and authorize Memorial Hospital at Gulfport (including, but not limited to, its agents, servants, employees, staff members and volunteers) to make, maintain and use photographic, video, electronic/computer or audio media to document my condition or treatment for the purpose of identification, diagnosis and care and to exhibit, publish, televise or otherwise show said media for educational, performance improvement and related purposes and to permit others to do the same. I understand that there is a possibility that I may be identifiable in these media though my name will not be published unless I specifically authorized same in writing. I understand that I have the right to request cessation of the recording and filming and to revoke this consent by providing a written request/notice to the hospital Health Information Management Department at least twenty-four (24) hours before the media is used.

## OTHER TERMS OF ADMISSION

**I understand:**
1. Memorial Hospital at Gulfport will send me/the above named patient a bill.
2. Each physician specialist who examines or treats me or the above named patient will send a separate bill.
3. I am responsible for calling my insurance company before admission. The insurance company may reduce my benefits if I do not follow procedures. The hospital will contact the insurance company only as a courtesy.
4. If I am in a Managed Care Plan requiring approval of a primary care physician (PCP), the hospital will contact the PCP for instructions. My insurer may not pay if I receive services without their approval. In this case, I may be personally responsible for all charges for these services.
5. Memorial Hospital will not deny or delay treatment for any emergency medical condition in order to contact or receive approval from my insurance company or any PCP.

## WAIVER OF CLAIM FOR LOSS OR DAMAGE TO PERSONAL PROPERTY

**I understand:**
1. I may place my personal property in the Hospital safe.
2. I am responsible for loss of or damage to personal property that I do not place in the Hospital safe.

Witness: Adams    Time: 2247    X Marguerite Carrubba    Date: JUN 17 2006
Signature of patient or person permitted to sign for patient

Date: JUN 17 2006



Consent for Admission to Hospital and Medical Treatment

PRINTED and DATE 5/18/2009

2899 (4/06)

CARRUBBA, MARGUERITE A
PHYSICIAN, E R    06/17/2006
MR 0000018673    DOB

ERC F    44Y
0616800189

## CONSENT FOR ADMISSION TO HOSPITAL AND MEDICAL TREATMENT
## AUTHORIZATION TO RELEASE INFORMATION TO INSURER & ASSIGNMENT

I give permission to the Hospital to release medical information needed to process any claim related to this hospital stay against any of my insurance companies including automobile or other liability insurance companies. MHG can release this medical information only to the insurance company or any third party payor involved in this claim. Third party payors may be Medicare, Medicaid, CHAMPUS, CHAMPVA, automobile or other liability insurance, or any worker compensation plan. This permission is good for the time provided in MHG's Health Information Management Department policy unless I deliver to the Hospital written notice of cancellation.

I assign all insurance benefits and all third party claims up to the amount owed to Memorial Hospital at Gulfport and to any physicians who provide services to me or the above named patient. I direct third party payors to pay all benefits directly to MHG and these physicians.

I have given current and correct information about my insurance or other benefit status to the Hospital.

Witness _Adams_____   X_Marguerite Carrubba_____ Date _JUN 1 7 2006_
                                  Signature of patient or person permitted to sign for patient

Date _JUN 1 7 2006_

## FINANCIAL AGREEMENT AND GUARANTY OF PAYMENT

In consideration of services rendered the above named patient, I unconditionally guarantee payment for services not covered by insurance or a benefit program while a patient in Memorial Hospital at Gulfport. I guarantee this payment within 60 days of final billing. If I do not pay in full, within that time, MHG may refer the bill to an attorney or collection agency. If the bill is referred to an attorney, either by MHG or by a collection agency, I will be responsible for attorneys' fees of up to 33 1/3% in addition to the amount of the bill and legal interest from date 60 days after final billing. I understand that the Hospital has the right to examine credit bureau files for financial information on unpaid debts. MHG may inform any credit bureau if any hospital bill not paid within 60 days of final billing.

I have read and understand this financial agreement. I have had a chance to ask questions. The MHG staff answered my questions.

Witness _Adams_____   X_Marguerite Carrubba_____ Date _JUN 1 7 2006_
                                  Signature of Patient or Guarantor of Account

Date _JUN 1 7 2006_        _Self_____ Relationship to Patient

PATIENT IS UNABLE TO CONSENT TO THE FOREGOING OR IS A MINOR, COMPLETE THE FOLLOWING:
PATIENT IS A MINOR _____ YEARS OF AGE / PATIENT IS UNABLE TO CONSENT BECAUSE _____

Witness_____   _____ Date _JUN 1 7 2006_
                                  Signature of patient or person permitted to sign for patient

Date _JUN 1 7 2006_

Important Message from Medicare received: _____   Clerk Initials_____ Date _JUN 1 7 2006_
                     Signature of Patient

CARRUBBA, MARGUERITE A
PHYSICIAN,E R        06/17/2006
MR 0000018673        DOB
                     ERC  F    44Y
                     0616800189

PRINTED BY: slh9337
DATE      5/18/2009

2899 (4/06)

CP4



| Name | Carrubba Marguerite | | | DOB 9-15-61 | Age | |
|---|---|---|---|---|---|---|
| Triage Level 3 | ☐ Emergent Priority | ☐ Urgent Priority | ☒ Non-Urgent Priority | Emotional Status: ☐ Comatose ☐ Anxious ☐ Hostile | ☐ Calm ☐ Combative ☐ Other: | ☐ Adv. Directive ☐ Cooperative ☐ Living Will ☐ DNR ☒ NONE |

| ☐ 24-72 Hour Return ☐ Same Complaint ☒ New Complaint ☐ Call Back | On the Job Accident: ☐ Yes ☒ No Date: Time of Event: | Mode of Arrival: ☒ W/C ☐ Ambulatory ☐ Carried ☐ Ambulance | Arrived With: ☐ Friend ☐ Self ☐ Police ☐ Spouse ☒ Relative ☐ Parent | Treatment Prior to Arrival: ☒ None ☐ Yes: ☐ ice ☐ IV __ ☐ ACLS ☐ O/2 ☐ Spine Board/C-Collar ☐ Monitor ☐ Splint/dressing ☐ Other __ |

| Visual Acuity RT20/ __ LT20/ __ Both20/ __ | TET Tox 2005 | LMP 4/4/06 | Wt. 140 | Ht. 5'3" | TB Screen ☐ Persistent Cough > 2 weeks ☐ Wt Loss ☐ Hx of TB ☐ Bloody Sputum ☐ Fever ☐ Night Sweats ☐ Anorexia ☐ No Symptoms ☐ In Foreign Country Recently |

| Date 6-17-06 | Time 2240 | Chief Complaint: (In Patient's Words) %assault @ Jail |

PAIN ASSESSMENT
☒ None ☐ Pt Uncooperative ☐ Unable to assess due to acuity

Pain now:
(circle) 0 1 (2) 3 4 5 6 7 8 9 10

For PEDS, use faces scale; document as 0-10.

RN Signature ____ RN

Private Physician(s): Farrar WU

☐ STAT (ED) Placement to Room # __
Reported to __
☐ To Lobby after triage - Awaiting Bed Availability
☐ To Room # __ at __
Report to __
☐ LWBS at __   ☐ Refusal Obtained

How long have you been in pain? 8 hr
Location(s) (specify each site) lip, wrist
☐ Sharp ☐ Stabbing ☐ Shooting ☐ Burning ☐ Dull ☒ Other bruise
What worsens pain? ∅
What relieves pain? ∅
Pain interferes with: ☐ Function ☐ Sleep ☐ Appetite ☐ Other __
What level of pain would be able to tolerate (Ex. Would allow you to sleep, perform ADLs, move post-op, etc.) __

Social History:
Lives - ☐ Alone ☐ N.H. ☒ Family ☐ Homeless
Smoker - ☒ Yes ☐ No ☒ PPD 1 ppd
ETOH Use - ☐ Yes ☒ No
Abuse - ☐ Yes ☒ No

Past Surgical History: Back

ALLERGIES ☒ NONE KNOWN

| Past Medical History: | | | | Initial Vitals | | | |
|---|---|---|---|---|---|---|---|
| Family | Patient | Family | Patient | BP 194/55 | Food, Medication, Latex, Tape, Iodine, Other | Rash | Hives | Dyspnea | N/V | Other |
| ☐ | ☐ Arthritis | ☐ | ☐ Hypertension | ☐ NIBP | 1. | | | | | |
| ☐ | ☐ Asthma | ☐ | ☐ Lung Disease | ☐ Audible | 2. ∅ | | | | | |
| ☐ | ☐ Cancer | ☐ | ☐ COPD | ☐ Palpable | 3. | | | | | |
| ☐ | ☐ CVA | ☐ | ☐ Bronchitis | Pulse 116 | | | | | | |
| ☐ | ☐ Diabetes | ☐ | ☐ Nerves | ☐ Regular ☐ Irregular | Mental Status | | Speech | | Respiratory | |
| ☐ | ☐ GI | ☐ | ☒ Back Problems | ☐ Weak | ☒ Alert ☐ Uncooperative | | ☒ Coherent | | ☒ Regular | |
| ☐ | ☐ Ulcer | ☐ | ☐ Seizures | Resp 22 | ☒ Oriented X 3 ☐ Combative | | ☐ Incoherent | | ☐ Labored | |
| ☐ | ☐ Glaucoma | ☐ | ☐ PVD | ☐ Regular ☐ Shallow | ☐ Lethargic ☐ Drowsy | | ☐ Slurred | | ☐ Shallow | |
| ☐ | ☐ Heart Disease | ☐ | ☐ Mental | ☐ Labored | ☐ Unresponsive ☐ Disoriented | | ☐ Silent | | ☐ Retractive | |
| ☐ | ☐ Angina | ☐ | ☐ Renal | Temperature 97.6 | Skin Color | | Skin | | ☐ Absent | |
| ☐ | ☐ CAD | ☐ | ☐ Thyroid | ☐ Oral ☐ Rectal | ☒ Normal Pink ☐ Ashen | | ☒ Dry | | Pupils | |
| ☐ | ☐ Hepatitis | ☐ | ☐ None | ☐ Axillary | /Dark Pigment | | ☐ Moist | | ☐ N/A | |
| ☐ | ☐ HIV | | | SpO2 ☐ Room Air ☐ O/2 at __ L/Min 100 | ☐ Cyanotic ☐ Flushed ☐ Pale ☐ Jaundiced | | ☐ Diaphoretic Skin Temp ☒ Warm ☐ Hot ☐ Cool | | ☒ Perl ☐ Unequal ☐ RT __ ☐ LT __ | |

Comments: Wellbutrin 150 mg
Flexeril 225 mg
Lexus 40 mg
V.t.

Special Needs or Physical Ability Needs    ☐ Teeth/Mouth problems __
☐ N/A    ☐ Blind Y/N Interpreter __    ☐ Deaf Y/N Interpreter __
☐ Foreign language Interpreter __   ☐ Financial ☐ Emotional ☐ Spiritual ☐ Cultural

PATIENT INFORMATION



Emergency Department Nursing Record

PRINTED BY: szh9337
DATE 5/18/2009

CARRUBBA,MARGUERITE A
PHYSICIAN,E R
MR 0000018673    06/17/2006
DOB ▓▓▓▓
ERC   F    44Y
0616800189

9753 (Page 1 of 2) (11/05)

| Patient Name | | | | | Account # | | | Date: | |
|---|---|---|---|---|---|---|---|---|---|
| Time | T | P | R | BP | Time | T | P | R | BP |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

CARRUBBA, MARGUERITE A
PHYSICIAN, E R
MR 0000018673
06/17/2006
DOB
ERC F  44Y
0616800189

### Ongoing Assessment Treatment

2240 rec'd pt c/o ỹ ē % alleged assault early AM bruises noted ®̄ arm slight swelling to lips noted. Pt stated she taken her meds PTA Wellbutrin, effexor + neurontin pt. Pt agitated & jumpy now. — Holbrook 2315 Xanax .5 mg PO given for agitation. Family @ bedside. — Holbrook 2320 to x-ray via stretcher. — Holbrook 2345 Sheriff dept call no pt can make a report of alleged assault. — Holbrook 0010 rec'd call back from sheriff officer stated pt had made report earlier today and they weren't send anyone else out to take another. Pt to see Steve Campbell @ sheriff office. — Holbrook 0025 Discharge instructions given. Family & patient requested I witness them take pictures. I informed pt that witness would be unnecessary because origin of bruising can't be determined since alleged incident happened several days ago plus she also had car accident. Bruise ® arm purplish forearm + red on ® wrist area + slight redness to lip & chin area. Tylenol 325 mg PO given. PT/FT verbalized understanding of discharge instructions given. — Holbrook

| Time | Medication | Dose | Route | Site | Signature | Pain Scale Prior to MEd/Time | Response After Meds Pain Scale/Time |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | Amt | Solution | Additive | Device | Site | Rate | Start | Stop | Total Amount | Signature | Intake | Output |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I N F U S I O N | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

Disposition: 00:30 AM/PM
☐ Admitted Time  Room No.  Ready Room Time  ☑ Discharged Via  ☑ Ambulatory  ☐ Wheelchair
                                                              ☐ In Arms    ☐ Ambulance

PRINTED BY: slh9337
DATE 5/18/2009

9753 (Page 2 of 2) (11/05)

# HISTORY AND PHYSICAL     Time: 2257

**CC/PHI:**   **FMH:**
             SH: +

arrested this AM. Today while in jail
reports assaulted by jailers. Thrown on ground -
Bruise on wrists & chin
Reports they pulled her up from behind c̄ arms cuffed
& smashed her face into floor - c/o neck soreness
low back · LUQ belly.

PMH: BK, Nerve pain Nk Surgery × 5, Bk Surgery
Heart ⊕

Exam: Alert crying VS c̄ T/P/R. Fresh bruise to ⓛ chin
Both wrists. left dorsal hand. left dorsal forearm
no sores on face on scalp, or neck or back or arms
Cran exam but 5 min. All gyn. system.

**ROS:** ● if neg.
- Gen: ○
- Card: ○ ⓜ
- Resp: ∅
- Renal: ∅  UA
- End: ∅
- GI: ∅  Neom-Gerd
- Neuro: ○
- Eye: ○
- ENT: ○
- Skin: ○
- Psych: ○
- Ms/Stl: ○

**ORDERS**

| Test Order | Tm/Int. |
|---|---|
| C-spine | |
| LS spine | |

| X-RAY | old chngs |
| EKG | |
| U.S./C.T. | |

**DIAGNOSIS:** Multiple Bruises

| Nurse Order | Tm/Int. |
|---|---|
| X-ray ∅ 5 po | |
| Tylnl 325 ii po | |

☑ May Discharge   ☐ Transfer   Condition on Discharge   I HAVE REVIEWED THE NURSES ASSESSMENT AND HISTORY   ☐ See Dictated Notes
☐ Admit            ☐ AMA       ☑ Stable
Time ___                                                Physician's Signature _____

**Patient Instructions**
☐ Sprain & Fracture, Severe Bruises   ☐ Medications   ☐ Head Inj (adult)   ☐ Fever   ☐ Back/Neck Inj   ☐ Vomiting/Diarrhea   ☐ Common Cold/Viruses
☑ Sedation Instruction   ☐ Reducing High Fever   ☐ Orthopedic Appliance   ☐ Head Inj (Child)   ☐ Eye Inj   ☐ Wound Care/Animal Bite   ☐ Burns
☐ Other ___

**DISCHARGE INSTRUCTIONS:**   OTC Pain Med

Follow Up   ☐ Make an appointment to see your regular physician   ☐ Follow-up Visit in Emergency Department   ☐ Have Sutures Removed in ___ Days

PATIENT/S/O VERBALIZED UNDERSTANDING OF INSTRUCTIONS
Nurse Signature _____

I HAVE READ AND UNDERSTAND AND INSTRUCTIONS AND HAVE RECEIVED A COPY OF THEM
Patient Signature Marguerite Carrubba

**PATIENT INFORMATION**
CARRUBBA, MARGUERITE A
PHYSICIAN, E R
MR 0000018673
DOB ████
ERC  F   44Y
0616800189



Memorial
Building a Healthier Community

Emergency Department Physician Record



PRINTED BY: slh9337
DATE 5/18/2009

9631 (Rev. 7/05)

RADIOLOGY REPORT

```
CARRUBBA,MARGUERITE A         DOB:                    AGE: 44Y
MR# G0000018673     CI#  927005    ACCOUNT # 0616800189
SERV: ERC
PT TYPE: ERC      LOC: DIS - ERC     EXAM DATE: 06/17/06
ORD: LEVIN,PHILIP MD                 ADM: PHYSICIAN,E R MD
ATT: LEVIN,PHILIP MD

   Chk-in #    Order    Exam
    927005     0001     10648   XR SPINE CERVICAL AP&LAT
                        Ord Diag: alleged assault
```

CERVICAL SPINE, FOUR VIEWS:

CLINICAL INFORMATION INCLUDES: Alleged assault. Neck and back pain.

The patient has had multi-level cervical fusion. There is degenerative narrowing of the C3-4 interspace with prominent endplate osteophytes. C4-C7 levels appear fused. There are internal fixation plates anteriorly at C3-4 and at C7-T1. Odontoid process appears to be intact. No abnormal prevertebral swelling. Similar imaging appearance noted on earlier MRI study on 05/01/06.

IMPRESSION:
ANTERIOR CERVICAL FUSION AT C4-T1. DEGENERATIVE CHANGES AT C3-4 ENDPLATES. NO ABNORMAL SUBLUXATION OR SPECIFIC ACUTE ABNORMALITY IS SEEN RADIOGRAPHICALLY.

Read By- F A LOVELL , M.D.
Released By- F A LOVELL , M.D.
Released Date Time- 06/18/06 0949
Typed By- JJS
                PRELIMINARY UNLESS RELEASED
------------------------------------------------------------------------

DRS. BARRETT, JUSTICE, TIPTON, DIAZ, MASSONY, LOVELL, RAINES, COREY, LAWSON, STOREY, RADIOLOGISTS
FINAL                                                           Page :1

RADIOLOGY REPORT


PRINTED BY: slh9337
DATE       5/18/2009

RADIOLOGY REPORT

```
CARRUBBA,MARGUERITE A              DOB:                    AGE: 44Y
MR# G0000018673      CI#  927006   ACCOUNT # 0616800189
SERV: ERC
PT TYPE: ERC    LOC: DIS - ERC     EXAM DATE: 06/17/06
ORD: LEVIN,PHILIP MD               ADM: PHYSICIAN,E R MD
ATT: LEVIN,PHILIP MD

   Chk-in #   Order     Exam
    927006    0002      10654   XR SPINE LUMBAR AP&LAT
                        Ord Diag: alleged assault
```

LUMBAR SPINE, THREE VIEWS:

CLINICAL INFORMATION INCLUDES: Alleged assault. Neck and back pain.

The lumbar curvature is normal. There is moderate narrowing of the L5-S1 disc interspace. Vacuum disc at L5-S1. Mild narrowing at L4-5 interspace. There is no compression fracture or abnormal subluxation recognized. Symmetric SI joints.

IMPRESSION:
    MODERATE L4-5 AND MILD L3-4 DISC INTERSPACE NARROWING. VACUUM DISC AT L5-S1. NO SPECIFIC ACUTE ABNORMALITY IS SEEN RADIOGRAPHICALLY.

Read By- F A LOVELL , M.D.
Released By- F A LOVELL , M.D.
Released Date Time- 06/18/06 0949
Typed By- JJS
                PRELIMINARY UNLESS RELEASED
--------------------------------------------------------------------

DRS. BARRETT, JUSTICE, TIPTON, DIAZ, MASSONY, LOVELL, RAINES, COREY, LAWSON, STOREY, RADIOLOGISTS
FINAL                                                        Page :1

RADIOLOGY REPORT


                    PRINTED BY: slh9337
                    DATE    5/18/2009

# INTERDISCIPLINARY PATIENT/FAMILY EDUCATION FLOW SHEET



| INITIAL | PROVIDER SIGNATURE | INITIALS | PROVIDER SIGNATURE |
|---|---|---|---|
| JH | Hulberner | | |
| | | | |
| | | | |
| | | | |
| | | | |

### DOCUMENTATION LEGEND:

**Topic**
- M - Medications
- E - Equipment
- P - Procedure
- C - Consents
- D - Diet
- DX - Diagnosis
- A - ADL
- T - Treatment
- FDI - Food/Drug Interaction
- Other _____

**Readiness to Learn**
- Ability to Understand Verbal Instruction:   VP - Poor   VA - Average   VG - Good
- Cognitively Able to Understand:   CP - Poor   CA - Average   CG - Good
- Ability to Understand Written Instruction:   WP - Poor   WA - Average   WG - Good

**Barriers to Learning**
- P - Physical
- R - Reading
- A - Auditory
- V - Visual
- L - Language
- N - None
- C - Cognitive
- CL - Cultural
- M - Motivation
- AR - Age Related
- R - Religious
- E - Emotional

**Who**
- PT - Patient
- F - Family
- O - Other

**Learning Method Used**
- D - Demonstration
- P - Pamphlet
- TV - Video/TV/Audio
- V - Verbal Instruction
- W - Written
- MED - Medication Instruction Sheet
- GR - Group Work
- O - Other

**Comprehension**
1. Verbalized or demonstrated understanding.
2. Not receptive/cooperative.
3. Needs further instruction.
4. Medical condition limits understanding.
5. _____
6. _____

**PREFERRED LEARNING METHOD:** Verbal

| DATE/TIME | PROVIDER INITIAL | TOPIC | READINESS TO LEARN | BARRIERS TO LEARNING | WHO | LEARNING METHOD USED | COMPREHENSION | INFORMATION TAUGHT |
|---|---|---|---|---|---|---|---|---|
| 4/17/06 2315 | JH | M | VA | N | P/F | V | 1 | Xanax for agitation |
| 0030 | JH | T | VA | N | P/F | V | 1 | return if needed |
| 0830 | JH | T | VA | N | P/F | V | 1 | OTC pain meds |



Interdisciplinary Patient/Family Education Flow sheet

PRINTED BY: 491443337
DATE: 5/12/2009

PATIENT INFORMATION
ERC      ERC      -
CARRUBBA, MARGUERITE A
06/17/2006   MR 0000018673
PHYSICIAN, E R
DOB _____   0616800189
F  44Y



2851 (Rev 12/02) Page 1 of 2 The Relizon Company