```
 1         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                  SOUTHERN DIVISION

 3

 4   MARGUERITE CARRUBBA,
          Plaintiff,
 5

 6   VERSUS            CIVIL ACTION NO: 1:07cv1238

 7

     HARRISON COUNTY, MISSISSIPPI,
 8   by and through its Board of
     Supervisors; HARRISON COUNTY
 9   SHERIFF, George Payne;
     WAYNE PAYNE; DIANE GATSON RILEY;
10   STEVE CAMPBELL; RICK GATSON;
     RYAN TEEL; KARLE STOLZE;
11   WILLIAMS PRIEST; JAMES A.
     GONDLES, JR; AMERICAN
12   CORRECTIONAL ASSOCIATION;
     JOHN AND JANE DOES 1-3; HEALTH
13   ASSURANCE, LLC AND J.L. WHITE,
          Defendants.
14

15   _____

16           DEPOSITION OF KARL STOLZE

17   _____

        Taken at the offices of Dukes, Dukes,
18      Keating & Faneca, 2909 13th Street,
        Sixth Floor, Gulfport, Mississippi, on
19      Tuesday, September 22, 2009, beginning
        at 8:36 a.m.
20

21   REPORTED BY:

22          F. DUSTY BURDINE, CSR No. 1171
              Simpson Burdine & Migues
23              Post Office Box 4134
             Biloxi, Mississippi  39535
24             dusty@SBMreporting.com
                  (228) 388-3130
25
```

EXHIBIT "E"

```
 1                 10:49:23.
 2   THE WITNESS:
 3           I'm on the left.  You can see her pants
 4   here just barely.
 5   MR. GEWIN:
 6       Q.   Do you recall why Ms. Carrubba was
 7   moving from that female holding cell?
 8       A.   Being disruptive.
 9       Q.   All right.  Now, who is that in the
10   picture to the right of Ms. Carrubba?
11       A.   As I just stated a second ago, that
12   would be Priest, and I'm on the left.
13       Q.   All right.  Did Ms. Carrubba have
14   handcuffs on as she went in the door?
15       A.   Yes.
16       Q.   Was she handcuffed behind her back or in
17   front?
18       A.   Back.  Because this is the point where
19   we went to -- asked her to exit out of the cell
20   and then tell her we were going to handcuff her
21   and she pulled away.
22   MR. BRENDEL:
23                 10:50:08.
24   THE WITNESS:
25           And as you can see, all we did was just
```