IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MARGUERITE CARRUBBA                                                           PLAINTIFF

V.                                                            CIVIL ACTION NO. 1:07CV1238

HARRISON COUNTY, MISSISSIPPI BY AND
THROUGH ITS BOARD OF SUPERVISORS;
HARRISON COUNTY SHERIFF GEORGE PAYNE;
WAYNE PAYNE; DIANE GATSON RILEY;
STEVE CAMPBELL; RICK GATSON; RYAN TEEL;
KARLE STOLZE, WILLIAMS PRIEST, JAMES A.
GONDLES, JR. AMERICAN CORRECTIONAL
ASSOCIATION; JOHN AND JANE DOES 1-3;
HEALTH ASSURANCE LLC AND J. L. WHITE                      DEFENDANTS

STATE OF MISSISSIPPI

COUNTY OF HARRISON

## AFFIDAVIT OF WARDEN DONALD CABANA
## HARRISON COUNTY SHERIFF'S OFFICE

PERSONALLY CAME AND APPEARED BEFORE ME the undersigned authority

in and for the County and State aforesaid, the within named, DONALD CABANA, who,

after first being duly sworn by me on his oath, did depose and state the following:

1.      My name is DONALD CABANA, and I am over the age of twenty-one (21)

years.  I am the Director of Corrections for the Harrison County Adult

Detention Center and have held this position since August 18, 2006.  I have

personal knowledge of the matters and facts contained in this Affidavit and

I am competent to testify to the matters stated herein.

Page 1 of 3



2.      As Director of Corrections for the Harrison County Sheriff's Office, I have first hand knowledge of the maintenance and/or storage of records of the Harrison County Sheriff's Office for the Adult Detention Center and what those records reflect, including inmate medical records, inmate court records, and policies of the Harrison County Sheriff's Office.

3.      I have attached hereto as **Exhibit "1"** relevant portions of Plaintiff's inmate records.  They are a true and correct copy of Plaintiff's inmate records contained in the files of the Harrison County Adult Detention Center, which are maintained in the regular course of the law enforcement function of the Sheriff of Harrison County and the Harrison County Adult Detention Center, and were generated in the regular course and pursuant to the regular activities of and duties imposed by law upon the office of the Harrison County Sheriff and made at or near the time of the matters set forth or from information transmitted by, a person with knowledge of those matters.

4.      I have attached hereto as **Exhibit "2"** relevant portions of Plaintiff's medical records contained in the files of the Harrison County Adult Detention Center, which are maintained in the regular course of the law enforcement function of the Sheriff of Harrison County and the Harrison County Adult Detention Center, and were generated in the regular course and pursuant to the regular activities of and duties imposed by law upon the office of the Harrison County Sheriff and made at or near the time of the matters set forth or from information transmitted by, a person with knowledge of those matters.

I certify the above declaration is true and correct under penalty of perjury.

_____

Affiant/Donald Cabana
Harrison County, Mississippi

Sworn to and subscribed before me on this the ____ day of November, 2009.

_____
Notary Public

My Commission Expires:

_____

(SEAL)

☐ JUVENILE INVOLVED        UNIFORM ARREST/BOOKING FORM

Case Number: 06-019768

| BILOXI ☐ | GULFPORT ☒ | LONG BEACH ☐ | PASS CHRISTIAN ☐ |
| D'IBERVILLE ☐ | HARRISON COUNTY ☐ | OTHER ☐ _____ | |

**Full Name of Person Arrested (Last, First, Middle):** Carrubba, Marguerite Ann
**Alias, Maiden, or Nickname:**

**Address of Defendant — Street / House Number:** 1023 East Second St.
**City / State:** Pass Christian MS 39571
**Home Telephone Number:** ( 228 ) 669-4672   ☐ None

| DL State | DL Number ☐ None | ☐ Expired ☐ Suspended | DL Type ☒ Operators ☐ Commercial | DL Expiration Date |
| MS | ▆▆▆▆▆ | | | 09/15/2007 |

**Occupation and Employer:** ☒ Unemployed
**Social Security Number:** 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   ☒ Same as DL

| Age | Sex | Race | Height | Weight | Hair | Eyes | Scars, Birth Marks, Tatoos, Amputations |
| 44 | F | W | 503 | 140 | blk | bro | none |

**Date of Birth:** ▆▆▆▆▆
**Place of Birth (City & State):** Gulfport MS
**Contact in Event of Emergency:** Richard Carrubba
**Relationship:** Brother

**Contact's Address — Street / House Number:** 1023 East Second St.
**City / State:** Pass Christian MS
**Home Telephone Number:** (228 ) 452-4627
**Business Telephone Number:** (228 )  - NA

| Date of Arrest | Day of Arrest | Time of Arrest | Location of Arrest | PLEA | COURT CLERK USE ONLY Disposition |
| 06/17/2006 | S M Tu W Th Fr Sa (Sa marked) | 07:24 | Cowin Rd/Magnolia St   1100  39507 A6 | | |

| Charge / Offense | | Date of Offense | Court Date / Time | Bond Amount |
| Running Red Light | ☐ Felony ☐ Misdemeanor ☒ Traffic | 06/17/2006 | 07/25/2006 09:00 | $158.00 |
| DUI Refusal | ☐ Felony ☐ Misdemeanor ☒ Traffic | 06/17/2006 | 07/25/2006 09:00 | $750.00 |
| | ☐ Felony ☐ Misdemeanor ☐ Traffic | | | |
| | ☐ Felony ☐ Misdemeanor ☐ Traffic | | | |
| | ☐ Felony ☐ Misdemeanor ☐ Traffic | | | |

**CUSTODY**
**STATUS**
☐ Released – NO Charge   ☒ County Jail
☐ Released – Summons   ☐ Juvenile Shelter
☐ Pre-Trial Release   ☐ Juvenile Detention
☐ Bond Company _____
☐ Cash Bail Receipt # _____

☐ Family Court
☒ Municipal Court

| | 1st | 2nd |
| Judicial | ☐ | ☐ |
| Justice | ☐ | ☐ |
| Circuit | ☐ | ☐ |
| Chancery | ☐ | ☐ |

Check All Items That Apply
☒ Drinking   ☐ Cooperative
☒ Drunk   ☐ Resistive
☐ Drugs   ☐ Belligerent

**Bond Authorized By**
Judge _____
HCSO _____
Municipal Court _____

**Total Bond:** $908.00

**Arresting Officer (ID # and Name):** 4776 RONALD A. ROE JR.
**Assisting Officer(s) (ID # and Name):** 6962 J. Mcconnell
**Transporting Officer (ID # and Name):** 4776 RONALD A. ROE JR.

**How was Arrest Made?** ☐ On View  ☒ On Call  ☐ Warrant
**Other Persons Arrested for Same Offense** ☒ None
Judge _____   Date of Warrant _____   1. _____  2. _____

**Officer Fingerprinting & Photographing:** _____
**Property Seized?** ☐ Yes ☒ No
**Telephone Call** ☐ Yes ☐ No ☐ Refused   # Called: _____
**Detective Notified** ☐ Yes ☒ No   Name: _____

**Individual Armed** ☐ Yes ☒ No   Weapon: _____
**Vehicle Towed?** ☒ Yes ☐ No   By Cotton's
**Hold Placed On Vehicle?** ☐ Yes ☒ No   Authorized By _____
**Supervisor Notified** ☐ Yes ☒ No   Name: _____

**Defendants Rights Given By:** A. Roe
**Date:** 06/17/2006 **Time:** 07:55 **Place:** GPD
**Witness(es):** J. Mcconnell
☒ Verbal ☐ Form

**Detention Date/Time:** _____
**Officer (# & Name):** _____
**Property:** N/A
**Phone Call Made** ☐ Yes ☐ No   # Called: _____

**Court Clerk Use Only**
Docket #: 287022
Line # _____  Page # _____
Book # _____
DOC _____

**Facility:** Adult Detention ☒  Juvenile Detention ☐  Shelter ☐
**Cell:** N/A
**Fingerprints:** Yes ☐ No ☐
**Mug Shot Taken:** Yes ☐ No ☐

**Release Date/Time:** 6/17/0_ (handwritten)
**Officer (# & Name):** (handwritten)
**Release Status (Bond or Time Served, Etc.):** Cash Bond
**Sheriff's Receipt #:** 16977

| NCIC ☐ Negative ☐ Hit | NCIC #: | Charges | | Agency |
| DOC ☐ Negative ☐ Hit | ☐ Probation ☐ Parole | County | Offense | Case Supervisor |
| Old Fines ☐ Negative ☐ Hit | Amount | Total Days Given | Docket Number | Case Number |

**Juvenile–Parent or Guardian Name** | Address | Street / House Number | City / State | Telephone # | Contacted By

**What Prompted Arrest**

**EXHIBIT "1"**

White – Original/Records    Pink – Clerk    Yellow – Detectives    White Copy – Patrol    Gold – Jail
Uniform Arrest / Booking Form

01   01

Gulfport Police Department / 009 / Revised April 2002

# BOOKING REPORT

# HARRISON COUNTY SHERIFF

# CARRUBBA,MARGUERITE A



| Agency ID: | CJ000287022 | Race: | W |
|---|---|---|---|
| Date of Birth: | ▇▇▇▇▇ | Sex: | F |
| Place of Birth: | BILOXI,MS | Weight: | 122 |
| Social Security: | ▇▇▇▇▇ | Height: | 504 |
| Occupation: | | Hair: | BLK |
| Alias: | | Eye: | BRO |

Case 1:07-cv-01238-LG-RHW    Document 224-6    Filed 11/16/09    Page 6 of 10

```
 (1) Page 2      (13) Charges     (14) History    (15) Property   (16) Medical
(17) Scheduling  (18) Accounting  (19) View Photo  (20) Line-up    (24) Exit

Docket: CJ     287022    Arrest Date    6 - 17 - 2006 Time  9 : 21 Ofcr 251
                         Release Date   6 - 17 - 2006 Time 20 : 43 Ofcr 171
Rel Code CB CASH BOND         Bond Co
Bond Amt     908.00   Receipt Number       16977    Name   CARRUBBA,MARGUERITE
================================================================================
Name      CARRUBBA,MARGUERITE A            Alias
Address   1033 E.2ND ST                    Occ:
City      PAS CHRISTIAN       ST MS  ZIP 39571       Phone   ( 228 ) 669 - 4672
Race: W   Sex: F  Height 5  4  Weight 122  Hair  BLK  Eyes  BRO
SSN:  ██████████      Driver License Num:                     DL State:
DOB:  ██ - ██ - ████  Age  44   Birth City: BILOXI            Birth State: MS
File Number      92713     FBI Number _____   DOC Number _____
SMT:  _____  _____   _____   _____
SMT:  _____  _____   _____   _____
--------------------------------------------------------------------------------
Cell CJ DCDAYR D C DAY ROOM                    BSC Code G  GULFPORT
--------------------------------------------------------------------------------
Photograph Y (Y/N) Fingerprints N (Y/N) Phone Call Y (Y/N)
```

Case 1:07-cv-01238-LG-RHW    Document 224-6    Filed 11/16/09    Page 7 of 10

```
(en) or (24) Exit
Docket: CJ    287022  Arrest Date   6 - 17 - 2006 Time  9 : 21 Ofcr 251
                      Release Date  6 - 17 - 2006 Time 20 : 43 Ofcr 171
================================================================================
Name     CARRUBBA,MARGUERITE A          Alias
Address  1033 E.2ND ST                  Occ:
City     PAS CHRISTIAN       ST MS  ZIP 39571        Phone   ( 228 ) 669 - 4672
================================================================================
Tracking Codes

  _____
  _____
  _____
  _____
  _____
  _____

  _____                    ------ Emergency Contact ------------------------
Name     _____     Relation   _____
Address  _____     Hm Phone (    )    -
City     _____ ST __ Zip ____ ____    Wk Phone (    )    -
```

Harrison County Adult Detention Center
George Payne, Sheriff
Use of Force Report

| 1)Date: 6/17/06 | 2)Time: 11 20 Am | 3)Location: Booking | | 4)Incident Number |
|---|---|---|---|---|
| 5)Inmate's Name: Carubba, Marguerite | | | 6)Date of Birth: | 7)Sex: ☐Male ☒Female |
| 8)Docket Number: 287022 | 9)Block: | 10)Section: | 11)Cell: | |

12)Reason for use of Force:
☐ Necessary to defend another officer
☐ Necessary to defend another inmate
☒ To prevent violent behavior
☐ To restrain for inmate's safety
☐ Other:_____

| 13) Was inmate injured? ☐ yes ☒ no | 14) Transported? ☐ yes ☒ No | 15)Destination: | 16) Screened by medical? ☒ Yes ☐ No |
|---|---|---|---|

| 17) # of inmates that resisted: | 18) # of officers present: | 19)Supervisor notified / time: | 20) Notified supervisor's signature: |
|---|---|---|---|

21) At the time of the incident, the inmate was:
☒ Hostile Behavior    ☒ Suspected under the influence of alcohol / drugs    ☐ Mentally impaired
☐ Other:_____

22) Describe the inmate's injuries:


23) Levels of resistance:
☐ Psychological Intimidation: Explain:_____
(non-verbal cues indicating inmate's attitude or physical readiness)

☒ Verbal-Non Compliance: Explain: Refusing to comply
(verbal responses or threats of non-compliance to officer's directions)

☐ Passive Resistance: Explain:_____
(dead weight or clinging to objects in an attempt to prevent the officer from gaining control)

☐ Defensive Resistance: Explain:_____
(pushing, pulling, or running away from the officer to avoid control; never attempting to harm the officer)

☐ Active Aggression: Explain:_____
(physical actions of assault)

☐ Aggravated Active Aggression: Explain:_____
(assaults with a weapon)

24) Levels of Control: (Officer Presence is Implied)

☒ Verbal Direction: Explain: loud clear verbal commands
(commands of direction)

☒ Empty Hand Control (☒ Soft ☐ Hard):Explain Attempting to hold in mate against wall
☒ physical touch ☒ joint locks ☐ pressure points ☐ hand strikes ☐ leg strikes

Body Part: arm, Right                    Body Part:_____

☐ Intermediate Weapons: (Chemical etc.):_____

☐ Impact Weapons: (primary or alternative):_____

☐ Lethal Force: specify: (Firearms or other lethal force employed):_____

| 25)Reporting Officer No. 310 Name: Priest | Division Booking | Reviewing supervisor: No. Name: | Disposition Date: | Page: of |
|---|---|---|---|---|

Inmate file ___ Director of Corrections ___ Captain of Security ___ Inmate medical file ___ Shift Records ___ Officer file ___

# HARRISON COUNTY SHERIFF'S DEPARTMENT

## GEORGE PAYNE, *SHERIFF*

| ☐ Juvenile Involved | Harrison County Sheriff's Office NARRATIVE FORM | | Case # | |
|---|---|---|---|---|
| ☒ Original Report<br>☐ Offense Supplement<br>☐ Custody Supplement<br>☐ RVR Supplement | Incident/Crime:<br>Informatiol | Date of This Report<br>06/1706 | Date of Original Report<br>06/17/06 | |
| | Suspect / Victim Name:<br>Booking | | List Complaint Numbers of Connected Cases | |

On Saturday, June 17th 2006 at approximately 1050 hours, inmate Marquerite Carruba, #287022, became disruptive while in holding cell 8. Carruba refused multiple instructions to calm down and to stop hitting the glass. As a result of her actions, Deputies Priest and Stolze attempted to place Carruba in restraints. Carruba refused commands to turn around and place her hands behind her back, at which time Deputy Priest used an arm lock in order to place Carruba against the wall to secure the restraints. Carruba was secured in holding cell seven in restraints. Several minutes later, Deputy Priest observed Carruba walking around the holding cell, apparently free of the restraints. Deputy Priest re entered holding cell seven in order to secure the restraints on Carruba. Carruba refused verbal commands to stand up and place her hands behind her back, at which time Deputy Priest applied an arm bar and too Carruba down to the floor in a controlled manner. Deputy Priest secured the restraints behind Carruba and secured them to the bench in the cell. Medical was contacted and responded to evaluate Carruba.

1120: Inmate yelling and banging on the bench.

1145: Inmate banging shackles on floor.

1230: Inmate removed from restraints.

No further action taken. End of narrative.

| DISPOSITION |
|---|
| A.  Cleared Adult Arrest ☐ |
| B.  Cleared Exceptional Adult ☐ |
| C.  Cleared Juvenile Custody ☐ |
| D.  Cleared Exceptional Juvenile ☐ |
| E.  Unfounded ☐ |
| F.  Other-Cleared Exceptional ☐ |
| G.  Suspended Closed ☐ |

| Reporting Officer:<br>No: 310   Name: Priest | Division:<br>HCADC—Booking | Reviewing Supervisor<br>No:      Name: | Disposition Date |
|---|---|---|---|

## _H_EALTH _A_SSURANCE LLC

### _NURSES NOTES_

| DATE | TIME | |
|------|------|---|
| 6/17/06 | 1120 | Seen in medical. Use of force used to restrain Inmate $\bar{p}$ She slipped out of handcuff. C/o previous neck & back injury. Inmate is cuffed to bench, yelling obscenities. Ø difficulty moving her neck.. Will f/u PRN — CRWhite RN |

| INITIAL | SIGNATURE | INITIAL | SIGNATURE | INITIAL | SIGNATURE |
|---------|-----------|---------|-----------|---------|-----------|
| | | X | CRWhite RN | | |

| NAME- LAST | FIRST | MIDDLE | ALLERGIES |
|------------|-------|--------|-----------|
| Carrubba, | Marguerite | | INMATE # 287022 |

NURSE NOTES

**EXHIBIT**

tabbies®

" 2 "