# Exhibit B

## Harrison County Adult Detention Center
### George Payne, Sheriff
### Use of Force Report

| Pressure Point Control Target Areas | Chemical Spray Target Area |
|---|---|

**Effects of Chemical Spray**

26) Was Spray Effective? ☐ Yes ☐ No
Number of Times Sprayed: ___

Were Further Control Methods Needed? ☐ Yes ☐ No
Approximate distance from subject: ___

Eyes: ☐ closure ☐ tears ☐ No effect
Skin: ☐ Redness ☐ Burning ☐ No effect
Nose: ☐ Discharge ☐ Irritation ☐ No effect
Chest: ☐ Coughing ☐ Labored Breathing

O.C. Spray administrative warning? ☐ Yes ☐ No Time: ___

Decontamination:
Start Time: ___
End Time: ___

P.P. — Pressure point
HEH — Hard empty hand
I.W. — Impact Weapon

Variables affecting levels of control
1. Officer / subject size and gender
2. Environmental conditions and totality of circumstances
3. Reaction time

**This section to be completed by Medical staff only!**

27) Injuries Sustained by officer:
☐ yes ☒ No
Explain:

28) Injuries Sustained by Inmate:
☐ yes ☒ No Explain:

29) Location of Examination: Booking
Time of Examination: 1125

30) Examined by:
Staff Name: _White_ Badge #:

31) Medical treatment administered:
☐ Yes ☒ No
Explain:

32) Signature of Physician:

33) Narrative: Inmate was verbally aggressive.

34) Inmate Classification:
☐ Juvenile ☒ Minimum security ☐ Medium ☐ Maximum security ☐ Inmate worker
Division:

35) Reviewing Shift Lieutenant:
No. ___ Name: ___

36) Disposition:
☐ Closed ☐ Open ☐ Under review

Inmate file ___ Director of Corrections ___ Captain of Security ___ Inmate medical file ___ Shift Records ___ Officer file ___

# Harrison County Adult Detention Center
## George Payne, Sheriff
### Use of Force Report

| | | | | 4) Incident Number |
|---|---|---|---|---|
| 1) Date: 6/17/06 | 2) Time: 1120 Am | 3) Location: Booking | 6) Date of Birth: | 7) Sex: ☐ Male ☒ Female |
| 5) Inmate's Name: Carubba, Marguerite | | 10) Section: | 11) Cell: | |
| 8) Docket Number: 287022 | 9) Block: | | | |

**12) Reason for use of Force:**
- ☐ Necessary to defend another officer
- ☐ Necessary to defend another inmate
- ☒ To prevent violent behavior
- ☐ To restrain for inmate's safety
- ☐ Other: _____

| 13) Was inmate injured? ☐ yes ☒ no | 14) Transported? ☐ yes ☒ No | 15) Destination: | | 16) Screened by medical? ☒ Yes ☐ No |
|---|---|---|---|---|
| 17) # of inmates that resisted: | 18) # of officers present: | 19) Supervisor notified / time: | | 20) Notified supervisor's signature: |

**21) At the time of the incident, the inmate was:**
- ☒ Hostile Behavior
- ☒ Suspected under the influence of alcohol / drugs
- ☐ Mentally impaired
- ☐ Other: _____

**22) Describe the inmate's injuries:** _____

**23) Levels of resistance:**
- ☐ Psychological Intimidation: Explain: _____
  (non-verbal cues indicating inmate's attitude or physical readiness)
- ☒ Verbal-Non Compliance: Explain: Refusing to comply
  (verbal responses or threats of non-compliance to officer's directions)
- ☐ Passive Resistance: Explain: _____
  (dead weight or clinging to objects in an attempt to prevent the officer from gaining control)
- ☐ Defensive Resistance: Explain: _____
  (pushing, pulling, or running away from the officer to avoid control; never attempting to harm the officer)
- ☐ Active Aggression: Explain: _____
  (physical actions of assault)
- ☐ Aggravated Active Aggression: Explain: _____
  (assaults with a weapon)

**24) Levels of Control:** (Officer Presence is Implied)
- ☒ Verbal Direction: Explain: loud clear verbal commands
  (commands of direction)
- ☒ Empty Hand Control (☒ Soft ☐ Hard): Explain: Attempting to hold inmate against wall
  ☒ physical touch ☒ joint locks ☐ pressure points ☐ hand strikes ☐ leg strikes
  Body Part: arm, right          Body Part: _____
- ☐ Intermediate Weapons: (Chemical etc.): _____
- ☐ Impact Weapons: (primary or alternative): _____
- ☐ Lethal Force; specify: (Firearms or other lethal force employed): _____

| 25) Reporting Officer No. 312 Name: Priest | Division Booking | Reviewing supervisor: No. Name: | Disposition Date: | Page: ___ of ___ |
|---|---|---|---|---|

Inmate file ___  Director of Corrections ___  Captain of Security ___  Inmate medical file ___  Shift Records ___  Officer file ___

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## GEORGE PAYNE, *SHERIFF*

| ☐ Juvenile Involved | Harrison County Sheriff's Office NARRATIVE FORM | | Case # |
|---|---|---|---|
| ☒ Original Report<br>☐ Offense Supplement | Incident/Crime:<br>Informatiol | Date of This Report<br>06/1706 | Date of Original Report<br>06/17/06 |
| ☐ Custody Supplement<br>☐ RVR Supplement | Suspect / Victim Name:<br>Booking: | | List Complaint Numbers of Connected Cases |

On Saturday, June 17th 2006 at approximately 1050 hours, inmate Marquerite Carruba, #287022, became disruptive while in holding cell 8. Carruba refused multiple instructions to calm down and to stop hitting the glass. As a result of her actions, Deputies Priest and Stolze attempted to place Carruba in restraints. Carruba refused commands to turn around and place her hands behind her back, at which time Deputy Priest used an arm lock in order to place Carruba against the wall to secure the restraints. Carruba was secured in holding cell seven in restraints. Several minutes later, Deputy Priest observed Carruba walking around the holding cell, apparently free of the restraints. Deputy Priest re entered holding cell seven in order to secure the restraints on Carruba. Carruba refused verbal commands to stand up and place her hands behind her back, at which time Deputy Priest applied an arm bar and too Carruba down to the floor in a controlled manner. Deputy Priest secured the restraints behind Carruba and secured them to the bench in the cell. Medical was contacted and responded to evaluate Carruba.

1120: Inmate yelling and banging on the bench.
1145: Inmate banging shackles on floor.
1230: Inmate removed from restraints.
No further action taken. End of narrative.

**DISPOSITION**
A. Cleared Adult Arrest ☐
B. Cleared Exceptional Adult ☐
C. Cleared Juvenile Custody ☐
D. Cleared Exceptional Juvenile ☐
E. Unfounded ☐
F. Other-Cleared Exceptional ☐
G. Suspended Closed ☐

| Reporting Officer:<br>No: 310  Name: Priest | Division:<br>HCADC-Booking | Reviewing Supervisor<br>No:       Name: | Disposition Date |