# Exhibit I

```
 1           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                     SOUTHERN DIVISION
 3
 4   GARY BRICE McBAY,
          Plaintiff,
 5
 6   VERSUS              CIVIL ACTION NO: 1:07cv1205LG-RHW
 7
     HARRISON COUNTY, MISSISSIPPI,
 8   by and through its Board of
     Supervisors; HARRISON COUNTY
 9   SHERIFF, George Payne, in his
     official capacity; CORRECTIONS
10   OFFICER MORGAN THOMPSON,
     acting under color of state law,
11        Defendants.
12
13
             30(b)(6) DEPOSITION OF HARRISON
14             COUNTY SHERIFF'S DEPARTMENT,
              GEORGE H. PAYNE, JR., DESIGNEE
15
16       Taken at the offices of Dukes, Dukes,
         Keating & Faneca, P.A., 2909 13th
17       Street, Sixth Floor, Gulfport,
         Mississippi, on Thursday, October 1,
18       2009, beginning at 9:05 a.m.
19
20   APPEARANCES:
21       PATRICK R. BUCHANAN, ESQUIRE
         MARK V. WATTS, ESQUIRE
22       Brown Buchanan, P.A.
         796 Vieux Marche' Mall, Suite 1
23       Biloxi, Mississippi  39530
             ATTORNEYS FOR PLAINTIFF
24
25
```

1   there. At 10:52:42, we see two correction
2   officers enter her holding cell; is that right?
3        A.   It looks that way, yes, sir.
4        Q.   All right. You saw Marguerite go into
5   the holding cell, the correction officers leave,
6   and now the two correction officers go back into
7   the holding cell; is that correct?
8        A.   Correct.
9        Q.   During that time frame, did you see
10  anything, on your review of this booking video,
11  that showed where Marguerite was being a threat to
12  herself, other inmates, or the prison staff?
13       A.   Not from what I could tell in this.
14       Q.   All right. Go forward a little bit.
15  Stop. Did you see Marguerite just stand up there?
16       A.   No, I didn't.
17       Q.   Back up. I want you to watch. And if
18  you can't tell it, you can't tell it. But I want
19  you to watch and see, if you can see, when the
20  correction officers enter whether Margaret stands
21  up or not.
22       A.   No. She's sitting.
23       Q.   Do you see now?
24       A.   Now she stood -- yeah. It appears like
25  she stood up.

```
 1        Q.    It appears like she stood up, doesn't
 2   it --
 3        A.    Uh-huh.
 4        Q.    -- at 10:52:51-ish?  And at 10:52:54, a
 5   third correction officer enters the cell, right?
 6        A.    Yes.
 7        Q.    And from what we have here, we can't see
 8   what's going on in the cell, can we?
 9        A.    No.
10        Q.    The correction officers and Marguerite
11   are behind that wall between the window and the
12   door window, right?
13        A.    Correct.
14        Q.    Now at 10:53:36 we see the correction
15   officers leaving the cell and Marguerite again
16   back on the bench, right?
17        A.    It appears that way, yes.
18        Q.    All right.  You can pause it there for a
19   minute.  If you look at Exhibit 14 that I gave you
20   a couple of minutes ago on Page 3, the typewritten
21   report, it says, about halfway down, Carrubba was
22   secured in Holding Cell 7 in restraints, which
23   is -- my understanding, that's the holding cell
24   we're looking at in the upper left-hand quadrant.
25   Several minutes later, Deputy Priest observed
```

1    Q.    And who would have been the person that
2    did that investigation?
3    A.    It would have either been Major Riley or
4    Steve Campbell with our professional standards
5    unit to see if there's any validity to it, to see
6    if the people were still working there, did we
7    have complaints, was it something we knew about or
8    didn't know about, things of that nature.
9    Q.    Do you know whether or not Riley or
10   Campbell investigated this?
11   A.    I'm sure they did.
12   Q.    Do you know what the findings were?
13   A.    I don't remember.
14   Q.    Do you know whether or not they would
15   have generated a written report relative to their
16   investigation of these concerns?
17   A.    If they were founded, yes.
18   Q.    Well, that may -- that probably leads to
19   a better question I should have asked you.  Are
20   you disputing the findings of the report, Exhibit
21   2?
22   A.    I'm not disputing the fact that some
23   people probably told Steve Martin some of these
24   things.
25   Q.    All right.  Mr. Martin says, These four

1  Q. And what did he tell you was
2  specifically addressed in it?
3  A. I don't remember. Like I said,
4  Mr. Martin and I talked probably twice a month.
5  Q. All right. Back to my original
6  question, then: These pleas, how did you miss
7  what was going on in booking?
8  A. I probably depended too much on the FBI
9  and justice and finding out what was going on and
10 not reporting it.
11 Q. Do you believe that this is a -- this
12 problem in these plea exhibits is a problem you
13 should have known about?
14 A. Yeah. I don't know if it was possible
15 for me to know about it, but I wish I'd have known
16 about it.
17 Q. Why wouldn't it be possible for you to
18 know about it?
19 A. Well, I mean, if it was concealed -- and
20 it appears they concealed it, concealed it from
21 everybody, not only concealed it to me, but
22 concealed it from the FBI and the justice
23 department and the National Institute of
24 Corrections, which I had in that place probably a
25 half a dozen times.