**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**MARGUERITE CARRUBBA**                                                      **PLAINTIFF**

**V.**                                                 **CIVIL ACTION NO. 1:07CV1238**

**HARRISON COUNTY, MISSISSIPPI BY AND**
**THROUGH ITS BOARD OF SUPERVISORS;**
**HARRISON COUNTY SHERIFF GEORGE PAYNE;**
**WAYNE PAYNE; DIANE GATSON RILEY;**
**STEVE CAMPBELL; RICK GATSON; RYAN TEEL;**
**KARLE STOLZE, WILLIAMS PRIEST, JAMES A.**
**GONDLES, JR. AMERICAN CORRECTIONAL**
**ASSOCIATION; JOHN AND JANE DOES 1-3;**
**HEALTH ASSURANCE LLC AND J. L. WHITE**                          **DEFENDANTS**

**DEFENDANT, GEORGE PAYNE'S MOTION IN LIMINE NO. 8**
**TO BAR PORTIONS OF THE DEPOSITION AND/OR TESTIMONY OF**
**REGINA RHODES**

COMES NOW, Defendant, Sheriff George Payne, in his official capacity, by and through his

attorneys of record, Dukes, Dukes, Keating & Faneca, P.A., and moves this Honorable Court in

*limine*, for an Order barring portions of the deposition and/or testimony of Regina Rhodes..  In

support thereof, Defendant states as follows:

1.       Defendant respectfully moves this Court to bar Plaintiff from offering the deposition

and/or the testimony of Regina Rhodes, regarding the matter of McBay v. Harrison County et al.

Portions of her deposition are not relevant pursuant to Fed. R. Evid. 401 and 402, constitute

impermissible character evidence pursuant to Fed. R. Evid. 404, and the unfairly prejudicial effect

outweighs their probative value pursuant to Rule 403.

2.  Further, Regina Rhodes left the employment of the HCADC on April 7, 2006.  **See**

**Exhibit "1"** attached hereto. As such, she was not present nor on staff when this incident occurred

and her knowledge of the conditions at the HCADC during the 70 days between her departure and

this incident could only be based upon inadmissible hearsay or speculation.

WHEREFORE PREMISES CONSIDERED Defendant, George Payne respectfully requests

this Court to enter an Order granting this Motion in Limine and respectfully requests the Court to

enter an Order as follows:

A)    Directing the Plaintiff through their respective counsel, and counsel individually, not
to mention, refer to, interrogate concerning, voluntarily answer, or attempt to convey
before the jury whether orally or through a document, at any time during these
proceedings, in any manner, either directly or indirectly, the subject matters as stated
above without first informing the Court and obtaining permission of the court outside
the presence and hearing of the jury;

B)    Instructing the Plaintiff, through their respective counsel, and counsel individually,
not to make any reference or inference to the fact that this motion has been filed,
argued or ruled upon by this Court; and

C)    Instructing Plaintiff and Plaintiff's attorney to warn and caution each and every
witness appearing in their phase of this litigation to strictly comply with the Court's
ruling.

RESPECTFULLY SUBMITTED, this the 28th day of July, 2010.

**GEORGE PAYNE, JR., IN HIS OFFICIAL CAPACITY
ONLY, Defendant**

**DUKES, DUKES, KEATING & FANECA, P.A.**

BY:      _/s/Cy Faneca_
CY FANECA
**CERTIFICATE OF SERVICE**

I, CY FANECA, do hereby certify that I have this day electronically filed with the Clerk of
the Court using the ECF system which sent notification of such filing to the following:

Patrick R. Buchanan
Steven B. Dick
Mark Watts
Brown Buchanan
P.O. Box 1377
Biloxi, MS 39533
*Attorneys for Plaintiff*

Tim C. Holleman
Boyce Holleman & Associates
1720 23rd Avenue
Gulfport, MS 39501
*Attorney for Harrison County*

James L. Davis
Ian A. Brendel
Jim Davis, P.A.
P.O. Box 1521
Gulfport, MS 39502
*Attorneys for Morgan Thompson*

This, the 28th day of July, 2010.

*s/CyFaneca*
CY FANECA

Cy Faneca,  MSB #5128
Joe Gewin, MSB #8851
Haley N. Broom, MSB #101838
**DUKES, DUKES, KEATING & FANECA, P.A.**
2909 13th St., Sixth Floor
Post Office Drawer W
Gulfport, Mississippi 39502
**Telephone:**    (228) 868-1111
**Facsimile:**    (228) 863-2886
cy@ddkf.com
jgewin@ddfk.com
hbroom@ddkf.com