

# HARRISON COUNTY
# SHERIFF'S DEPARTMENT

*George H. Payne, Jr.*
  *Sheriff*

Post Office Box 1480
Gulfport, Mississippi 39502

---

**Personnel Order: 2006-0080**

Subject:      TERMINATION

Date:         APRIL 11, 2006

To:           REGINA RHODES

I have been advised of and approved your termination from the Harrison County Sheriff's Department, effective April 7, 2006. Return all county issued equipment and gear to Sherry Cruthirds, Supply/Inventory Clerk.

                    GEORGE H. PAYNE, JR.
                    SHERIFF
                    HARRISON COUNTY, MISSISSIPPI

GHP/plp
cc
    Personnel File
    Major Wayne H. Payne
    Captain Steve Campbell
    Major Dianne Riley
    Captain Rick Gaston
    Captain Rupert Lacy
    Captain Walter Pitts
    Lt. Joe Pevey
    Kendra Necaise, Payroll/Time
    Captain Windy Swetman
    Shirley Ross, Civil Service Commission
    Regina Leslie, Records
    Sherry Cruthirds, Inventory/ Property Administrator
    Dina Bates, Harrison County Personnel
    Rhonda Faul, Payroll
    Angela Blake, Chancery Clerk's Office



EXHIBIT "1"

---

```
LEMMAS01             SHERIFF  DEPT - PERSONNEL PROGRAM              LEWMAS01/HC
------------------------------------------------------------------------------
BADGE NO: 192   5           SSN: 612029314   DOB:  4 -  2 - 1977 RACE: W   SEX: F
NAME:              RHODES,REGINA LYNN                       BLEOST#: D01897
PHYSICAL ADDRESS:   2107 RUSTWOOD DRIVE                DL NUM:
CITY:               BILOXI              ZIP: 39532 - ____   HOME NO: 3889050
MAILING ADDRESS:         SAME AS ABOVE
CITY:                                   ZIP: ____  - ____   PAGER NO: _____
DATE HIRED:  5 - 17 - 2004  DATE TERMINATED: 04 - 07 - 2006 EMPLOYMENT TYPE: F
DIVISION: JA   RANK: OFFICER   HIGHEST SCHOOL YEAR COMPLETED: 12   VET(Y/N): N

NEXT OF KIN:
NAME:    RHODES,ROGER K                      RELATIONSHIP: FATHER
ADDRESS:   2107 RUSTWOOD DR
CITY:   BILOXI          , MS ZIP: 39532 - ____    HOME NO.:   3889050
EMPLOYER: VA BILOXI                                           5235721
REMARKS: _____
         _____



 ENTER THE APPROPRIATE DATA
```

| Type of Action | | |
|---|---|---|
| Termination | | |

| Last Name | First Name | Middle Initial |
|---|---|---|
| Rhodes | Regina | |

| Address | Number | Street | City | State | Zip Code |
|---|---|---|---|---|---|
| | | | | | |

| Social Security Number | Home Phone | Work Phone | Date of Birth |
|---|---|---|---|
| 612 102 9314 | | | |

| Driver's License Number | Type | Expiration Date | ☐ Valid  ☐ Restricted  ☐ Revoked  ☐ Suspended |
|---|---|---|---|
| | | | |

**VOLUNTARY SURVEY**

Check One: ☐ Female  ☐ Male

Check One of the following: (Marital Status) ☐ Single  ☐ Married  ☐ Married Spouse Employed

U.S. Citizen? ☐ Yes  ☐ No

Check One of the following: (Ethnic Origin)
☐ White  ☐ Hispanic  ☐ American Indian/Alaskan Native
☐ Black  ☐ Other  ☐ Asian/Pacific Islander

| EEO Job Category | EEO Job Function | Impairment Type (If any) |
|---|---|---|
| | | |

Foreign Languages? ☐ Speak ☐ Read ☐ Write / ☐ Speak ☐ Read ☐ Write

Sign Language? ☐ Yes ☐ Certified

Military Service Branch: ☐ Prior Service  ☐ Disabled Veteran  ☐ Active Reserves  ☐ Inactive Reserves

| Department Name | Account Number | Fund | Dept | Obj. | Active Employee? |
|---|---|---|---|---|---|
| Sheriff's Dept | 001 | -211 | -432 | | ☐ Yes ☐ No |

| Job Title | Worker's Comp Code | Last Raise Date |
|---|---|---|
| Officer | | |

| Employee Pay Status | Pay Type | Current Pay Rate | Proposed Pay Rate |
|---|---|---|---|
| Full Time | ☐ H ☐ S | $ | $ |

| Emergency Notification | Relationship | Telephone Number |
|---|---|---|
| | | |

| Address | Number | Street | City | State | Zip Code |
|---|---|---|---|---|---|
| | | | | | |

Comments:

_____    George Payne, Sheriff / HCFD
Employee                                Department Head