Tape 1

2.8.2005

015 Won't be the first person to die here - 329

046 I'm going to take you home and pet ya. - Stolze

225 If your talking your breathing - Necaise

331 I won't shoot you, I'll just beat you up and put you in a place with a mask on your head.

515 I used to think you were crazy but now I can see you're nuts - 329

548 You're in Moss Point

843 Do you know what you're charged with? Animal Nec You fucked a cat - Necaise

1011 Can you please uncover my head so I can breathe some air? - Inmate

1014 If you're talking you're breathing - Necaise

1519 Inmate starts moaning.

1547 Put it in your mouth? - Stolze

1607 I can't breath - Inmate

1628 Stolze meowing

1640 Some females yelling in the background

EXHIBIT "1"

Tape 1

1716 Oh my God it's eating you - Thompson

1717 Inmate screaming

2040 You look like you want to say something - Teel

2048 You should have heard the Chief talking on the link telling Wayne Payne... What are you doing? Sitting at the house. We're kicking ass, that's all we've done all day.

2220 Oh that's terrible. I just farted on you - Teel

2243 I don't want to shoot you. That's too much paperwork - Teel

2626 If you don't shut up I'm going to tape your mouth shut - Teel

3009 Meowing

3031 Do your children know that you fuck cats? - Necaise

3238 You're in hell, You're in hell - Stolze/Necaise

3257 Hey Jarred you should have seen how quick this little bitch went down in the shower dude. - Teel

3310 You should have seen how quick he dropped in the shower dude it was beautiful - Teel

3420 That fella standing next to you is bi-polar - Necaise

Tape 1

3447 You have to be half fucking crazy to work here - Necaise

3550 That motherfucker done knocked me out twice - Inmate

3711 I've had enough, jarred bring me the duct tape - Teel

4000 You're my favorite FTO - 192 to 181
She's my favorite FTO too because she trained me I had to wait a year for her to train me. - Necaise

4200 What did you say? - Teel
He hate N-word - Necaise

4259 I'm fixin' to take this guy because I want to play with him. I'm gonna touch him in his secret hooter spot - Teel

4305 Whatever you feel the need to do. - Necaise

4440 You see that kid in 7 in the           shirt. I chipped his tooth. The chief didn't care - Teel

You said he called May. Payne - Necaise

Yeah Don't be surprised if you get some complaints tomorrow we're kicking asses down here. What better boss could you have dude? - ▪▪▪▪

4600 You don't like Pantera? - Thompson
Inmate yelling

Tape 1

4725 Let me explain something to you - Teel

4735 Any fucking bullshit and I'm gonna skull drag your ass - Teel
~~Inmate~~ moaning

4756 (Inmate getting out of restraints)

4818 They can't do you that way. Their violating your rights. - Necaise

Go to your happy place

4840 - Smack - put your hands down - Teel

4900 That shot in the shower you got a little while ago wasn't shit - Teel
Are you still stuck on stupid?

5350 192 fussing at booking control for not opening the door.

5540 Seems to switch to another day. Me talking to Burns.

5545 Teel asking to help dress a guy in HCS.

Tape 2                                                                2.3.05

0011  That's not very nice sir - 192

0029  Look at that, that's not normal - 329
      Inmate moaning

0106  Sir don't pass out here because I'd have to hit you
      to make sure you're alive - Necaise

0114  I want you hit me - Stolze / Necaise
      He can't talk to you like that. It's against your
      constipational rights. - 192

0150  People just don't know how to act when they come to jail - 192

0246  Get up - Teel

0230  You need to stand up on your own like a man - 192
      Yes sir can I have another - 192

0320  Inmate in the shower with Teel and maybe Stolze. He's not cooperating - 192

0400  You smell like a bums nut sack. Teel

0453  Sir you need to cooperate with these gentleman they are
      here to help you - 192

0458  We are here for you - Stolze
      Sir you need to stand up - 192  (Sounds like they are in the shower.)

0601  Still in the shower - Sir you need to stop resisting - 192
      Teel yelling get up.
      Sir stop resisting - 192

Tape 2

0630 Sir you need to stop resisting and do what these officers tell you to do. - 192

0708 Moaning in the background talking about the gym. - 192

0740 My brother from another mother - has to be one of my favorite booking sayings. I did another booking quotes sheet. It has everybody's quotes in there. I need to get some of yours, it's been so long since I've worked with you. - 192

0803 I don't have any good quotes - Stolze

0806 I've got one of Necaises "I'm fucking my sister how sick is that" 192

0818 I've got the no habla. "I've got your no habla did you drop that $20.00 bill." - Smack - Laugh

1100 Female comes in crying - yelling

1120 Ms. Wilson do you have any cash? I'll have to take that as a no. - 192

1148 You know I am half tempted to put her in there with Abrams - 192

1218 I really do appriciate that. - 192

1313 When he takes off your cuffs you need to put your hands on the counter. You understand? - 192 - More crying

1339 Go ahead and take off all your jewelry and place it on the counter - Crying - 192

Tape 2

1417 Go ahead and take off your shoes and place them on the counter. - 192 - More crying

1427 Put jewelry in boots - 192

1455 Take your socks off turn them inside out and put them back on. - 192

1600 You're going to need to take out your weave - 192
I don't have any weave - Inmate
We'll just cut it out then - 192
Then cut it out.

1629 Ms Wilson you need to step into the shower.

1734 Says she can't try to put the pants on. Yells for Burns to help put pants on - 192

1820 Someone bangs on door

1850 Tell inmate to grab the wall and she refuses - 192

1915 My hands are on the wall will you quit touching me. Inmate

1926 Ask trustee for one size bigger pants

2018 Why don't you try putting those on correctly.

2029 Open bathroom door.

2059 Inmate calls me an asshole - "You are what you eat" - 192

Tape 2

2130 Someone asks me a question about Inmate in the shower - "Nah I grabbed her buy the neck."

2145 She needs to go in there with Cango - 192

2220 Sounds like me/Burns - It was funny - 192

2315 The chair, the chair - 192 - Caldwell says shes going to pull Cango out and picture her and we can put the girls in 8 put him in the chair in 7 if you want -
Someone else - "The chair, the chair"

2331 I like to put them right out front - Teel
That way he can be an example for everybody - 192
Someone else chanting "The chair, The chair"

2334 He's asking for it - x2  192

2352 Priest asks for Randy Johnson

2410 Music gets turned up

2524 Use of the restraint chair has been approved - Teel

2618 Alright what we gonna call it 1720 hrs - Teel
Oh- Definitely need a spit mask - 192

2639 I've never put anybody in the restraint chair - I've never even seen someone put in the restraint chair - 192

2700 Someone says spray his ass, Teel says no i'm gonna put him in the restraint chair.

Tape 2

2720 Inmate banging on cell door. He's going in the restraint chair because I've about had it — ~~...~~ Teel

2750 Over by the tube — 192

2800 That tazers no fun — 192

2820 They know who runs this motherfucker — It ain't him — Teel

3000 Give Sgt. Caldwell her picture (Abrams.) — 192

3018 We're all set to go. We gonna do the chair — Teel

3040 Told someone else I've never seen the chair they ask why "Because I was usually down in Central" — 192

3058 Someone giving verbal command. — Pick the subject up carefully gently — Capt. Gaston

3106 Did that sound official or what — Teel
That sounded very official sir — 192
Thats almost like reading from a script — 192
Baby I am a script. — Capt. Gaston
Laughing — 192
That would break my fucking heart — 310

3130 Going to get a mask — 192

3250 Inmate — "I don't like dykes" Aw — that just hurts everybody's feelings — 192

3430 Thank you ★ I want to be like you when I grow up and like Teel. If I'm like Teel I might grow a little bit — 192

Tape 2

3520 Ewing talking about Inmate charges (Faulkner)

3710 Tape stops/starts

4136 Some people just don't know how to act when they come to jail - 192

4430 Do you want to listen to him or turn your music back up? - 192
Turn mine back up - Teel

5030 Someone on the phone requesting PC for Inmate coming in.

5600 Amanda Gore out of HC 8 - 192

10030 Tape Ends

Tape 3                                                                2.3.05

0014 Quit that drinking/driving we can't get you out of that kind of trouble - 192  Tape stops - me on the phone - starts

0100 Did you hear me say are you sorry for calling me an asshole? - 192
     I was listening to your voice - Teel
     That's what I asked her. - 192

0130 Possession of Meth - ~~Meg~~ Payne's Add.

0215 Disorderly in medical

0250 Santora asking about double DUI manslaughter

0300 Call from Fallad at the front desk talking to Sgt. Mathis - 192

0640 Call from Phuhalla at front desk about 10-15 in HC 6.

0800 Santora giving commands to Inmate in Sally Port.
     give them shorts it's going to be chilly - 192

0900 If the phone doesn't stop ringing. - 192

0959 I would like a large amount of money, but instead I chose to work in law enforcement. Next time I'm going to be a drug dealer. - 192

1143 We'll book in Ms. Wilson since she apologized - 192

1214 Atchley asking for bolt cutters - I say stop resisting to the bolt cutters/door - Atchley 207 says Mongo broke the key off in the handcuff. (Erwin)

Tape 3

1312 Priest 310 asking about female packet.

1355 You are doing an awesome job. "I want to be like you when I grow-up." - 192 to Priest
  Maybe you'll do better than me and reach atleast two meters in hieght. 310
  Well, I doubt that - 192

1436 Call about Joshua Bell. Talked to Inmate about PC status.

1608 Pooh calls about Fallucks questions. Hang-up - Stop calling! - 192

1716 Tell them quick get me out of jail - 192 to Wilson

1808 Talking to Inmate about poss w/ intent charge. - 192
  We don't make things up.

1909 I've got this long ass norative to write - Teel
  Uh-oh - stuck like chuck - 192

1924 He is officially broke - Teel
  He's broke - he's no longer hard - 192
  No he ain't hard no more - Teel
  I hate it when folks come to jail hard - 192

1936 If he wasn't broke when he got out the chair he's broke now - Teel

1948 Santora talking to male inmate and "Yeah ask that lady over there she was cussing me for trying to put her in some small pants."

Tape 3

1953 | If he wasn't broke before he's broke now — Teel

2019 | my shoulder hurts — Teel
that can't be good — 192
Not really — Teel

2033 | Newell — isn't he B-Tower — 192
My personal medical is not here — Teel

2246 | Rhodes grabbed my insence just for you — Teel
I appreciate that and I've got some in my box
if you run out — 192

2400 | Sounds like Inmate Worker banging trays on the trash can.

2443 | Man is that freakin Biloxi — 192
Ya'll just do us wrong everyday — 192

2740 | Biloxi giving commands to Inmate.

3030 | Asking Sgt. Mathis about Amanda May OR Bond for Capias.
Call Ms. Fallad. — 192

3340 | Talking to BPD about R/W attempted Sexual battery. Kindof like BTK 192

3415 | That's why I take medication to sleep at night — 192 Laughing

5512 | Men/Women on the phone togethers. Female off the phone — 192

3740 | I don't even get to go — 192
Me and my partner had an incident in Biloxi last year — Teel
Me and Necaise —

Tape 3

4010 Our incident just happened to be infront of.      Teel
She bit one of our transport officers (?)

4150 Biloxi giving commands to inmate

4240 Gulfport you have your custody? Ya'll are getting alot with the following too closely. - 192

4320 Put your hands on the counter sir- Once you're done with a movement put your hands on the counter - Santora
He can't talk to you like that it's against your constipational rights. - 192

4410 I've got plastic bags everywhere. - 192

4540 All kinds of crap, All kinds of crap I'm too short to reach all this shit - 192

4600 Did you sign property sheets for the females? Would you like to? You can't make me sign shit. I wouldn't do it its a trick - 192

4619 Yeah ya'll dress out the females and I'll get back to work - 192

4715 He is big sexy - 192

4733 We don't count change - 192

4940 Santora saying fella's need to use the phone. Female wrap it up - 192

5025 Inmate lover always trying to give away stuff - 192 to Sgt Caldwell

Tape 3

5250 Ya'll didn't kill nobody down here today did ya? - ?
Nah - Wasn't me, wasn't me    it was someone else - 192

5400 Maybe Minor talking about someone throwing a bottle

stops?)
5630 I've got the funk so I didn't want to infect anybody - 192

5711 Todays interoffice memo - Inmate movement dated Feb. 8, 2001
Inmate workers returning from work.

5730 Don't let them in/out - Sgt. Lege.

5800 Sgt. Leonard reading from shift log

5920 I know ya'll want to do shakedowns, we are going to
do that on the weekends. - Sgt. Leonard

Tape 4          (second side of Tape 1)

0024 Inmate in Holding cell yelling
oh man - 192

00 Apparently he's best friends with     - 310

0054 He's just a public drunk, he was a bit of a hassle getting dressed.

0115 We need to have a come to Jesus talk - 310
I knew I left my gloves off for a reason. I didn't even have in my belt keeper - 192
Can I go in - ? 310    I don't see anything - Necaise

0145 Hey Rhodes don't hurt him.
Open cell door. Back up sir, back up sir - thud - that sounded like it hurt

0200 He hurt me, he hurt me, he hurt me - Inmate

Sir you need to stay off this door. - 192

door shuts -

0219 man I didn't even get to touch him. 192
I'm sorry Rhodes - 310

Some people do not learn. He was immobilized. And he wants to get back up and ~~act stupid again~~ run his mouth again - 310

Man I can't wait to get me a ttttt tazer - Necaise

Are all booking officers getting a tazer? - 192

Chief was saying that there was only going to be 3 of them - Necaise

0313 There should be one in the jail at all times.
Inmate still banging and yelling

We need an ambulance now - 310
That bracial plexus is a bitch huh - 310
You need to get dressed - Necaise
Yeah that was nice, that was nice I can't wait to use that on someone - 192

0410 how in the hell you gonna hit someone in the bracial plexus - ▓▓▓

I said alright D - night be patrol official Delany

I'm gonna come out and hit you. - 192
I'm short and you can barley reach me.
I'm not above kicking you in the nads - 192

0500 Tube running - Necaise talking

0540 You did have some leave slips - 192 (to Necaise)

Now serving number 56 (x2) - 192
I used to think you were crazy but now I can see your nuts - Necaise
I bounced that guys head off the bench -
It was nice - 192
Rhodes got a hard on - 310
I did - 192

0618 How you normally do that big daddy? Necaise to Teel

0626 He said after some time he's gonna be. -192
oh you just don't know - Necaise
He likes to rockout with his cock out - Teel

He called up here one time. Hey how you doing - Necaise

0710 Leonard doesn't need help in DC.
Complaining to Necaise
He doesn't want me to have any fun. -192
They need some fucking help down here.

Necaise and Z in the back at lockers -
Fuck em and anyone who looks like em - 192

0823 Spare key to Necaise -
I think we will look with tough with our little hats on - 192

0916 If you ever need tampons - There in here too - 192
Talking to Necaise about text message. - 192

0949 That would be fucked up - 192
turn off type.