

# Harrison County
# Sheriff's Department

*George H. Payne, Jr.*
Sheriff

Post Office Box 1480
Gulfport, Mississippi 39502

Personnel Order: 2006-0080

Subject: TERMINATION

Date: APRIL 11, 2006

To: REGINA RHODES

I have been advised of and approved your termination from the Harrison County Sheriff's Department, effective April 7, 2006. Return all county issued equipment and gear to Sherry Cruthirds, Supply/Inventory Clerk.

GEORGE H. PAYNE, JR.
SHERIFF
HARRISON COUNTY, MISSISSIPPI

GHP/plp
cc
    Personnel File
    Major Wayne H. Payne
    Captain Steve Campbell
    Major Dianne Riley
    Captain Rick Gaston
    Captain Rupert Lacy
    Captain Walter Pitts
    Lt. Joe Pevey
    Kendra Necaise, Payroll/Time
    Captain Windy Swetman
    Shirley Ross, Civil Service Commission
    Regina Leslie, Records
    Sherry Cruthirds, Inventory/ Property Administrator
    Dina Bates, Harrison County Personnel
    Rhonda Faul, Payroll
    Angela Blake, Chancery Clerk's Office

EXHIBIT "2"

```
LEMMAS01              SHERIFF DEPT - PERSONNEL PROGRAM              LEWMAS01/HC
------------------------------------------------------------------------------
BADGE NO: 192   5         SSN: 612029314   DOB:  4 -  2 - 1977  RACE: W  SEX: F
NAME:                RHODES,REGINA LYNN                      BLEOST#: D01897
PHYSICAL ADDRESS:    2107 RUSTWOOD DRIVE            DL NUM:
CITY:                BILOXI            ZIP: 39532 - ____    HOME NO: 3889050
MAILING ADDRESS:         SAME AS ABOVE
CITY:                              ZIP:       - ____        PAGER NO:
DATE HIRED:  5 - 17 - 2004  DATE TERMINATED: 04 - 07 - 2006  EMPLOYMENT TYPE: F
DIVISION: JA   RANK: OFFICER   HIGHEST SCHOOL YEAR COMPLETED: 12    VET(Y/N): N

NEXT OF KIN:
NAME:     RHODES,ROGER K                        RELATIONSHIP: FATHER
ADDRESS:  2107 RUSTWOOD DR
CITY:     BILOXI            , MS ZIP: 39532 - ____   HOME NO.:  3889050
EMPLOYER: VA BILOXI                                             5235721
REMARKS: _____
         _____



  ENTER THE APPROPRIATE DATA
```

| | | |
|---|---|---|
| Last Name: Rhodes | First Name: Regina | Middle Initial: |

| | | | |
|---|---|---|---|
| Address  Number  Street | City | State | Zip Code |

| Social Security Number: 612 02 9314 | Home Phone | Work Phone | Date of Birth |
|---|---|---|---|

| Driver's License Number | Type | Expiration Date | ☐ Valid  ☐ Restricted<br>☐ Revoked ☐ Suspended |
|---|---|---|---|

**VOLUNTARY SURVEY**

Check One: ☐ Female ☐ Male

Check One of the following: (Marital Status) ☐ Single ☐ Married ☐ Married Spouse Employed

U.S. Citizen? ☐ Yes ☐ No

Check One of the Following: (Ethnic Origin)
☐ White ☐ Hispanic ☐ American Indian/Alaskan Native
☐ Black ☐ Other ☐ Asian/Pacific Islander

| EEO Job Category | EEO Job Function | Impairment Type (If any) |
|---|---|---|

| Foreign Languages? | ☐ Speak ☐ Read ☐ Write<br>☐ Speak ☐ Read ☐ Write | Sign Language?<br>☐ Yes ☐ Certified |
|---|---|---|

Military Service Branch: ☐ Prior Service ☐ Active Reserves ☐ Disabled Veteran ☐ Inactive Reserves

| Department Name: Sheriff's Dept | Account Number: Fund 001 - Dept 211 - Obj. 432 | Active Employee? ☐ Yes ☐ No |
|---|---|---|
| Job Title: Officer | Worker's Comp Code | Last Raise Date |
| Employee Pay Status: Full Time | Pay Type ☐ H ☐ S  Current Pay Rate $ | Proposed Pay Rate $ |

| Emergency Notification | Relationship | Telephone Number |
|---|---|---|
| Address  Number Street | City | State  Zip Code |

Comments:

_____          George Payne Sheriff
Employee                                       Department Head       /HCFOD/