# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**MARGUERITE CARRUBBA**                                    **PLAINTIFF**

**V.**                                        **CIVIL ACTION NO. 1:07CV1238LG-RHW**

**HARRISON COUNTY, MISSISSIPPI, ET AL.**                    **DEFENDANT**

## PLAINTIFF'S EXHIBIT LIST

| NUMBER | DESCRIPTION | SPONSOR | ID | EVIDENCE |
|---|---|---|---|---|
| P-1 | Use of Force Report - Margueritte Carrubba | | | 8/23/10 |
| P-2 | Health Assurance, LLC - Nurses' Notes - 6/17/06 | | | 8/23/10 |
| P-3 | Booking Report - Margueritte Carrubba | | | 8/23/10 |
| P-4 | Narrative - Sgt Leonard - 6/17/06 | | | 8/23/10 |
| P-5 | Narrative - Sgt Leonard - 6/18/06 | | | 8/23/10 |
| P-6 | Surveillance videos of booking - Margueritte Carrubba  *withdrawn* | | 8/23/10 | |
| P-7 | Diagram of booking area | | | 8/23/10 |
| P-8 | Photos - Margueritte Carrubba | | | 8/23/10 |

| P-9 | Memorial Hospital at Gulfport records (Bates No. Carrubba MHG 0146-0154, 0260-0263, 0290-0309) | | | 8/23/10 |
|---|---|---|---|---|
| P-10 | Theodore F. Jordan, III, M.D. records (Bates No. Carrubba Southwest Ctr for Ortho (Jordan) 001- 002) | | | 8/23/10 |
| P-11 | Advanced Orthopedic Associates - Dr. David Clause records (Bates No.Carrubba Advanced Ortho (Clause) 001-007) | | | 8/23/10 |
| P-12 | Beatline Internal Medicine - Dr. Gail Farrar records (Bates No. Carrubba MHG/Beatline Int. Med (Farrar) 001-037) | | | 8/23/10 |
| P-13 | Medical Bills - MHG ((Bates No. Carrubba MHG Bills 015, 019, 020, 021) | Carrubba | | 8/25/10 |
| P-14 | Medical Bills - Advanced Orthopeadic (Bates No. Carrubba Advanced Ortho (Clause) 008) | Carrubba | | 8/25/10 |
| P-15 | Medical Bills - Compass Imaging (Bates No. Carrubba Compass 010) | Carrubba | | 8/25/10 |
| P-16 | Plea agreement - William Jeffrey Priest | Priest | | 8/24/10 |

| | | | | |
|---|---|---|---|---|
| P-17 | January 19, 2007 -letter of disciplinary action- William Jeffery Priest (termination) | | | 8/23/10 |
| P-18 | April 4, 2006, letter of disciplinary action- Stolze | | | 8/23/10 |
| P-19 | September 28, 2006, Resignation - Stolze | | | 8/23/10 |
| P-20 | Plea agreement Karl Walter Stotlz | Stolze | | 8/24/10 |
| P-21 | U.S. Department of Justice letter 11/15/07 -Priest | | 8/25/10 | |
| P-22 | U.S. Department of Justice letter 3/20/08 - Stoltz | | 8/25/10 | |
| P-23 | Steve Campbell's Investigation Notebook | | | 8/23/10 |
| P-24 | Steve Martin report dated 2/1/05 | Campbell | | 8/23/10 |
| P-25 | HCADC Policies and Procedures Use of Force | | | 8/23/10 |
| P-26 | HCADC Policy and Procedures Directives-Use of Restraints | | | 8/23/10 |
| P-27 | HCADC Policies and Procedures Booking and Receiving | | | 8/23/10 |

| | | | | |
|---|---|---|---|---|
| P-28 | HCADC Policies and Procedures Chain of Command | | | 8/23/10 |
| P-29 | HCADC Policies and Procedures Security Supervision of Holding Cells | | | 8/23/10 |
| P-30 | HCADC Policies and Procedures Health Care Services | | | 8/23/10 |
| P-31 | HCSD General Order 1 Code of Ethics | | | 8/23/10 |
| P-32 | HCSD General Order 2 Incident Data Collection-Basic Report Writing Rules | | | 8/23/10 |
| P-33 | HCSD General Order 10 Weapons and Use of Force | | | 8/23/10 |
| P-34 | HCSD General Order 65 Professional Standards Unit | | | 8/23/10 |
| P-35 | Inter Office Memo from Captain Gaston 4/12/05 | | | 8/23/10 |
| P-36 | American Correctional Association Harrison County Adult Detention Center Technical Assistance Report | | | |

| | | | | |
|---|---|---|---|---|
| P-37 | January 12, 1995 Consent Judgment: United States of America v. Harrison County, Mississippi, USDC Civil Action No. 1:95-cv-5-GR | | | |
| P-38 | Plea agreement-- Regina Rhodes | | 8/24/10 | |
| P-39 | Plea agreement Morgan Lee Thompson | | 8/24/10 | |
| P-40 | Plea agreement Thomas Preston Wills | | 8/24/10 | |
| P-41 | Plea agreement Dedri Yulon Caldwell | | 8/24/10 | |
| P-42 | Plea agreement Daniel Lamont Evans | | 8/24/10 | |
| P-43 | CDs Regina Rhodes tape of jail abuse | | 8/24/10 | |
| P-44 | Regina Rhodes notes of CDs | | | |
| P-45 | Regina Rhodes notes of incidences of abuse | | | |
| P-46 | Sheriff George Payne Statement - March 9, 2006 | | | |
| P-47 | 2007 Campaign Flyer to Re-Elect George Payne Sheriff Harrison County | | | |
| P-48 | Deposition of George Payne | | 8/24/10 | |