UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MARGUERITE CARRUBBA                                              PLAINTIFF

V.                                      CIVIL ACTION NO. 1:07CV1238-LG-RHW

HARRISON COUNTY, MISSISSIPPI BY AND
THROUGH ITS BOARD OF SUPERVISORS;
HARRISON COUNTY SHERIFF GEORGE PAYNE;
WAYNE PAYNE; DIANE GATSON RILEY;
STEVE CAMPBELL; RICK GATSON; RYAN TEEL;
KARLE STOLZE, WILLIAMS PRIEST, JAMES A.
GONDLES, JR. AMERICAN CORRECTIONAL
ASSOCIATION; JOHN AND JANE DOES 1-3;
HEALTH ASSURANCE LLC AND J. L. WHITE                             DEFENDANTS

### DEFENDANTS EXHIBIT LIST

| NO. | DESCRIPTION | SPONSOR | ID | EVID |
|---|---|---|---|---|
| D-1 | Gulfport Police Dept. Narrative report completed by Officer Roe 06/17/06.(Pg.1 of 2 & 2 of 2) | | | 8/25/10 |
| D-2 | Uniform Arrest/Booking Form 06/17/06 | | | 8/25/10 |
| D-3 | Traffic Accident Report 06/17/06 (Pg. 1- 6) | | | 8/25/10 |
| D-4 | Black and White Booking Photo | | | 8/23/10 |
| D-6 | Health Assurance, LLC - Nurse's Notes 06/17/06 | | | |
| D-7 | Post Assignment - 06/17/06 (0700 -1900) | | | |
| D-8 | Narrative - Sgt. Leonard - 06/17/06 | | | |
| D-9 | Narrative - Sgt. Leonard - 06/18/06 | | | |

| | | | | |
|---|---|---|---|---|
| D-10 | Use of Force Report - 06/17/06 (Pg. 1-2) | | | 8/23/10 |
| D-11 | Narrative Form, completed by Priest - 06/17/06 | | | 8/23/10 |
| D-12 | Omitted | | | |
| D-13 | Google Map of location of Lookout 49, Boone's Tavern, Cabana Lounge, and location of Accident | | | |
| D-14 | Photograph of Lookout 49 | | | |
| D-15 | Photograph of Restaurant Flare (formerly Lookout 49)(Pg. 1) Photograph of Restaurant Flare(formerly Lookout 49)(P)g. 2) | | | |
| D-16 | Photograph of Boone's Tavern | | | |
| D-17 | Photograph of Boone's Tavern | | | |
| D-18 | Photograph of Cabana Lounge | | | |
| D-19 | Gulfport Municipal Court Record Case #200613946 | | | 8/25/10 |
| D-20 | Memorial Hospital at Gulfport Medical Records (Bates Lables - MHG 001, 39, 40, 49, 50, 74, 75, 88, 93, 103, 118, 123, 137, 141-163, 258, 259, 261, 264-316, 334-350, 353, 354, 359, 360, 367-378, 487-500, 502, 550, 551, 703, 720, 735, 768, 771, 772). | | | 8/23/10 |
| D-21 | Omitted | | | |
| D-22 | Advanced Orthopedics Medical Records | | | 8/23/10 |
| D-23 | Omitted | | | |
| D-24 | Beatline Internal Medicine Medical Records (Bates Labels- Carrubba MHG/Beatline Int. Med (Farrar) 001 - 038 | | | 8/23/10 |

| | | | | |
|---|---|---|---|---|
| D-25 | Gulf Coast Mental Health Records (produced per Court Order) (Bates Labels - Carr. GCMHC 001, Carrubba Gulf Coast Mental Health 0017, Carr. GCMHC 017, 019-023, 058-071, 099, 101, 149, 155-166, 191, 193-197, 207, 208). (Redacted Records; Bates Labels - Carr. GCMHC 070, 193, 194, 195-197, 202) | | | |
| D-26 | Compass Imaging LLC Medical Records (Bates Labels - Carrubba Compass 001-011) | | | 8/23/10 |
| D-27 | HCADC Policies and Procedures Directive Use of Force | | | |
| D-28 | HCADC Policies and Procedures Directive Use of Restraints | | | |
| D-29 | HCADC Policies and Procedures Directive Health Care Services | | | |
| D-30 | HCADC Policies and Procedures Directive Inmate Grievance | | | |
| D-31 | HCADC Policies and Procedures Directive Chain of Command | | | |
| D-32 | HCADC Policies and Procedures Directive Monthly Statistical Reporting | | | |
| D-33 | HCADC Policies and Procedures Directive Booking and Receiving | | | |
| D-34 | HCADC Policies and Procedures Directive Training for Correctional Officers | | | |
| D-35 | HCADC Policies and Procedures Directive Training Plans | | | |
| D-36 | HCADC Policies and Procedures Directive Facility Goals | | | |
| D-37 | HCADC Policies and Procedures Directive | | | |

8/23/10

| | | |
|---|---|---|
| | Supervision of Holding Cells | |
| D-38 | Harrison County Sheriff's Dept. General Order #1, Code of Ethics | |
| D-39 | Harrison County Sheriff's Dept. General Order #2, Incident Data Collection - Basic Report Writing Rules | |
| D-40 | Harrison County Sheriff's Dept. General Order #10, Weapons and Use of Force | |
| D-41 | Omitted | |
| D-42 | Harrison County Sheriff's Dept. General Order #62, Employee Discipline | |
| D-43 | Harrison County Sheriff's Dept. General Order #65, Professional Standards Unit | |
| D-44 | Diagram of Jail | |
| D-45 | Diagram of Booking Department | |
| D-46 | ACA Accreditation Contracts<br>(ACA Contract dated 01/13/01, Pg. 1-4)<br>(ACA Contract dated 03/18/02, Pg. 5-8)<br>(ACA Contract dated 11/05/02, Pg. 9-12)<br>(ACA Contract dated 5/03/05, Pg. 13-15) | |
| D-47 | Steve Martin's Reports<br>(July 25, 2000, Pg.1-9)<br>(April 20, 2001, Pg. 10-17)<br>(February 20, 2005, Pg. 18-27) | |
| D-48 | Letter to Steve Martin from Capt. Phil Taylor 05/24/06 (Pg. 1-2) | |
| D-49 | IA Report; IA2002-81 (Pg. 1-2) | |
| D-50 | IA Report; IA2003-05 (Pg. 1-2) | |

8/23/10

D-51  IA Report; IA2003-06
      (Pg. 1-6)

D-52  IA Report; IA2003-08

D-53  IA Report; IA2003-09

D-54  IA Report; IA2003-11
      (Pg. 1-2)

D-55  IA Report; IA2003-14
      (Pg. 1-3)

D-56  IA Report; IA2003-15
      (Pg. 1-2)

D-57  IA Report; IA2003-19
      (Pg. 1-2)

D-58  IA Report; IA2003-21
      (Pg. 1-4)

D-59  IA Report; IA2003-22
      (Pg. 1-4)
      -Termination Letter of Scott Thompson
      (Pg.5)

D-60  IA Report; IA2003-23

D-61  IA Report; IA2003-23
      (Pg. 1-3)

D-62  IA Report; IA2003-24
      (Pg. 1-4)

D-63  IA Report; IA2003-29
      (Pg. 1-7)

D-64  IA Report; IA October 23, 2003

D-65  IA Report; IA2003-34
      (Pg. 1-4)

8/23/10

**D-66**  IA Report; IA2003-37 (Pg. 1-2)

**D-67**  IA Report; IA2003-44 (Pg. 1-2)

**D-68**  IA Report; IA2004-001 (Pg. 1-9)

**D-69**  IA Report; IA2004-02 (Pg. 1-9)

**D-70**  IA Report; IA2004-03 (Pg. 1-9)

**D-71**  IA Report; IA2004-04 (Pg. 1-5)

**D-72**  IA Report; IA2004-08 (Pg. 1-2)

**D-73**  IA Report; IA2004-09 (Pg. 1-4)

**D-74**  IA Report; IA2004-13 (Pg. 1-3)

**D-75**  IA Report; IA2004-18 (Pg. 1-3)

**D-76**  IA Report; IA 2004-19 (Pg. 1-4)

**D-77**  IA Report; IA2004-20 (Pg. 1-4)

**D-78**  IA Report; IA2004-22 (Pg. 1-10)

**D-79**  IA Report; IA2004-27 (Pg. 1-6)

8/23/10

**D-80**  IA Report; IA2004-30
 (Pg. 1-4)
 -Letter of Disciplinary Action of Patricia Farris
 (Pg. 5)

**D-81**  Omitted

**D-82**  IA Report; IA2005-05
 (Pg. 1-4)

**D-83**  IA Report; IA2005-06
 (Pg. 1-5)
 -Letter of Disciplinary Action of Lee Otis Jackson
 (Pg. 6)

**D-84**  IA Report; IA2005-07
 (Pg. 1-9)
 -Letter of Disciplinary Action of Daniel Evans,
 05/06/05 (Pg. 10)

**D-85**  IA Report; IA2005-008
 (Pg. 1-3)

**D-86**  IA Report; IA2005-10
 (Pg. 1)
 -Notice of Hearing of Hearing of Deputy Jerred Necaise
 5/5/05 (Pg. 2)
 -Letter of Resignation of Deputy Jerred Necaise
 5/09/05 (Pg.3)

**D-87**  IA Report; IA2005-14
 (Pg. 1-2)

**D-88**  IA Report; IA2005-16
 (Pg. 1-5)

**D-89**  IA Report; IA2005-18
 (Pg. 1-5)

**D-90**  IA Report; IA2005-22
 (Pg. 1-3)

8/23/10

**D-91**   IA Report; IA2005-23
          (Pg. 1-2)

**D-92**   IA Report; IA2005-24
          (Pg. 1-2)

**D-93**   IA Report; IA2005-25
          (Pg. 1-3)

**D-94**   IA Report; IA2005-34
          (Pg. 1-6)
          -Admin. Leave Letter for Dedri Caldwell,
           12/12/05 (Pg. 7)
          -Letter of Discplinary Action for Dedri Caldwell
           12/21/05 (Pg. 2)
          -Written Reprimand to Justin Richards,
           1/11/06 (Pg. 9)
          -Written Reprimand to Dereck Blankinchip,
           1/11/06 (Pg. 10)
          -Notice of Hearing to Kenneth Roberson,
           1/03/06 (Pg. 11)
          -Written Reprimand to Kenneth Roberson,
           1/11/06 (Pg. 12)
          -Written Reprimand to Morgan Thompson,
           1/11/06 (Pg. 13)
          -Notice of Hearing to James Nicholson,
           1/6/06 (Pg. 14)
          -Termination Notice to James Nicholson,
           1/13/06 (Pg. 15)
          -Written Reprimand to Ben Lamey,
           1/11/06 (Pg. 16)

**D-95**   IA Report, IA2006-04
          (Pg. 1-6)
          -Letter of Disciplinary Action to Dereck Blankinchip
           2/08/06 (Pg. 7)
          - Letter of Disciplinary Action to Eddie Collins
           1/26/06 (Pg. 8)

**D-96**   IA Report, IA2006-05
          (Pg. 1-8)
          - Letter of Disciplinary Action to Daniel Evans

          4/4/06 (Pg. 9)
          - Letter of Disciplinary Action to Karl Stolze
          4/4/06 (Pg. 10)

**D-97**   IA Report, IA2004-30 (pg. 1)**(Duplicate See Exhibit D-80)**
       - Letter of Disciplinary Action of Patricia Farris (pg. 2)

8/23/10

**D-98**   IA Report, IA2006-02A
       (Pg. 1-2)

**D-99**   IA Report, IA2006-06
       (Pg. 1-3)

**D-100**  IA Report, Investigation of complaint by
       Gretchen Bravo, 3/29/06

**D-101**  IA Report, IA2006-0015
       (Pg. 1-2)

**D-102**  IA Report, IA2006-17
       (Pg. 1-4)

**D-103**  IA Report, IA2006-16, April 27, 2006
       (Pg. 1-2)

**D-104**  IA Report, IA2006-21, May 22, 2006
       (Pg. 1-2)

**D-105**  Notice of Hearing of Dedri Caldwell,
       8/16/05 (Pg. 1)
       - Letter of Disciplinary Action for Dedri Caldwell
       8/18/05 (Pg. 2)

**D-106**  IA Report, IA2004-29
       (Pg. 1-6)
       -Use of Force Report of Joseph Towner, 11/12/04
       (Pg. 7)
       - Letter of Disciplinary Action of Matin Lipscomb
       1/31/05 (Pg. 8)
       - Letter of Disciplinary Action of Michael Minor
       1/31/05 (Pg. 9)
       - Letter of Disciplinary Action of Jerred Necaise
       1/31/05 (Pg. 10)

      - Letter of Disciplinary Action of Justin Branning
       1/31/05 (Pg. 11)
      - Letter of Disciplinary Action of Jeffrey Brawner
       1/31/05 (Pg. 12)
      - Letter of Resignation of Jay Cox
       1/4/05 (Pg. 13)

**D-107** Use of Force Report of Uther Street,
      11/16/04 (Pg. 1-2)
      - Rule Violation Report of Uther Street,
       11/16/04 (Pg. 3
      - Narrative Form of Nathan Ellsberry,
       11/16/04 (Pg. 4 -5)
      - Narrative Form of Joel Phillips,
       11/16/04 (Pg. 6)
      - Narrative Form of Jeffrey Brawner,
       11/16/04 (Pg. 7-8)
      - Narrative Form of Phillips
       11/16/04 (Pg. 9)
      - OC Administration Warning
       11/16/04 (Pg. 10)

**D-108** Use of Force of Henry Johnson,
      11/28/04 (Pg.1-2)
      - Narrative Form of Justin Branning
       11/28/04 (Pg. 3)

**D-109** Use of Force of Alonzo Reeves,
      12/14/04 (Pg. 1-2)
      - Narrative Form of Nathan Ellsberry,
       12/15/04 (Pg. 3
      - Narrative Form of Justin Branning,
       12/14/04 (Pg. 4)
      - Narrative Form of McBeath,
       12/15/04 (Pg. 5)
      - Narrative Form of Thomas Wills,
       12/14/04 (Pg. 6-7)
      - Narrative Form of Ryan Teel,
       12/14/04 (Pg. 86)

**D-110** HCADC - Booked In/Released Inmates Chart;
      2000-2006.
      (Pg. 1- 2)

8/23/10

| | | | |
|---|---|---|---|
| **D-111** Inter Office Memo from Capt. Rick Gaston - Handling of Inmates, 4/12/05 | | | 8/23/10 |
| **D-112** HCADC Booking Area Video - June 11, 2006, 18:20 - June 19, 2006, 07:20 | | | 8/23/10 |
| **D-113** HCADC Booking Area Video- June 16, 2006, 17:15 - June 17, 2006, 18:21  **(D-112 & D-113 have been compiled into one DVD Exhibit D-112)** | | | |
| **D-114** Dr. Jordan Medical Records (Bates Labels, Carrubba Southwest Ctr. for Ortho. 001 -003) | | | 8/23/10 |