IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARGUERITE CARRUBBA** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CAUSE NO. 1:07CV1238-LG-RHW** |
| | § | |
| **HARRISON COUNTY, MISSISSIPPI;** | § | |
| **KARLE STOLZE; and WILLIAM PRIEST** § | | **DEFENDANTS** |

## FINAL JUDGMENT

This action came on for trial on Monday, August 23, 2010, before the Court and a jury with Honorable Louis Guirola, Jr., United States District Judge, presiding. The issues have been duly tried, and the jury has heard all of the evidence and argument of counsel and received instructions of the Court, including a Verdict Form. The jury retired to consider their verdict and returned upon their oaths, into open Court, the following verdict, to-wit:

### PART I

**Question Number One**

Do you find by a preponderance of the evidence that Defendant Karle Stolze intentionally committed acts constituting the use of excessive force against the Plaintiff while she was in custody as a pretrial detainee?

Answer "Yes" or "No.":    No    .

**Question Number Two**

Do you find by a preponderance of the evidence that Defendant William Priest intentionally committed acts constituting the use of excessive force against the Plaintiff while she was in custody as a pretrial detainee?

Answer "Yes" or "No.":    No    .

**IT IS THEREFORE ORDERED AND ADJUDGED**, that Plaintiff Marguerite

Carrubba shall take nothing, that the action be dismissed on the merits, and that the Defendants Harrison County, Mississippi; Karle Stolze; and William Priest recover costs from the Plaintiff Marguerite Carrubba.

**SO ORDERED AND ADJUDGED** this the 26th day of August, 2010.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE